# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Trevor Dellno Keeth,
Plaintiff,
v.

James R. Jarmusch,
Defendant.

Case No. _____

**COMPLAINT (Jury Trial Demanded)**

Plaintiff Trevor Dellno Keeth alleges as follows:

1. Plaintiff authored the original screenplay "Dead" in 2003. It was registered with the U.S. Copyright Office, Reg. No. PAU002779531 (2003 deposit). A true copy of the registration deposit is filed separately as Exhibit D.

2. Plaintiff authored a subsequent revision of "Dead" circa 2016, retaining the core plot, structure, and protected expression, with limited updates. Defendant's later work incorporates material from both the 2003 deposit and the 2016 revision. The 2016 revision is filed separately as Exhibit E.

3. Defendant James R. Jarmusch authored and released the motion picture "The Dead Don't Die" (2019).  Defendant's work contains substantial similarities to Plaintiff's screenplay "Dead," including specific characters, locations, names, dialogue, narrative structure, unique set pieces and near-verbatim copying.

4. Defendant's work incorporates unique phrases and elements first appearing in Plaintiff's 2016 revision, demonstrating access to Plaintiff's work beyond coincidence.

5. Comparisons are documented in Exhibit A (Plaintiff's parallels report) and Exhibit B (Independent Reader Report by Kathryn Reiss). The full comparative video is Exhibit C (on DVD), which will be submitted conventionally to the Clerk's Office by mail at 500 Pearl Street, Room 120, New York, NY 10007. Exhibit D is Plaintiff's 2003 registered deposit. Exhibit E is Plaintiff's 2016 revision.

6. Plaintiff has been damaged and Defendant has profited by the infringement. WHEREFORE, Plaintiff respectfully demands judgment against Defendant as follows:

(a) An award of damages in an amount to be determined at trial, but in any event not less than Twenty

Million Dollars ($20,000,000), a figure consistent with Defendant's reported worldwide revenues of approximately $45 million from "The Dead Don't Die";

(b) Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages under 17 U.S.C. § 504 (including enhanced damages for willful infringement); (c) Costs, disbursements, and reasonable attorneys' fees as allowed by law;(d) Such other and further relief as the Court deems just and proper.

August 28, 2025

Respectfully submitted,

/s/ Trevor Dellno Keeth


Trevor Dellno Keeth (pro se)
P.O. Box 7087
Rochester, MN 55903
Phone: (507) 321-9740