# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Trevor Dellno Keeth, Plaintiff

v.

James R. Jarmusch, Defendant

Case No. _____

## Plaintiff's Exhibit List

Exhibit Description

A   Plaintiff's Parallels Report – 5-page summary of similarities between 'Dead' and 'The Dead Don't Die'.

B   Independent Reader Report (Kathryn Reiss) – analysis of similarities between the works.

C   Plaintiff's Comparative Analysis Video (DVD, filed conventionally with Clerk).

D   2003 Registered Deposit of Plaintiff's screenplay 'Dead' (U.S. Copyright Office Reg. No. PAU002779531).

E   2016 Revision of Plaintiff's screenplay 'Dead' (supplemental draft showing additional copied dialogue/scenes).