# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Trevor Dellno Keeth, Plaintiff

v.

James R. Jarmusch, Defendant

Case No. _____

## Exhibit A

Exhibit A – Plaintiff's 5-page parallels report, highlighting structural and scene-by-scene similarities between Plaintiff's screenplay 'Dead' and Defendant's 'The Dead Don't Die' (2019).

1

## Introduction

This report highlights the copyright infringement of Trevor Keeth's screenplay *Dead* by Jim R. Jarmusch and his screenplay *The Dead Don't Die*. A detailed assessment of Keeth's and Jarmusch's screenplays and the character equivalencies, setting parallels, narrative structures, thematic elements, and specific wording between the two presents a unified overview of the substantial similarities and verbatim copying between the two screenplays.

## Verbatim Copying Between *Dead* and *The Dead Don't Die*

There are many notable instances where specific wording and descriptions present in *Dead* appear to be mirrored in *The Dead Don't Die* with minimal to no alteration.

The introduction of the unique zombie characters:

> *(Dead)* "Some are in funeral dress, some naked, a couple even in football uniforms. All of them are in various states of decay."

> *(The Dead Don't Die)* "Some are dressed as though for Sunday school, others as super-heroes, athletes, Halloween characters, a cub scout, etc. All are covered in a considerable amount of dirt"

The character's remarks on a unique narrative theme: the undead's reluctance to die:

> *(Dead)* "Some folks around here just don't like to stay dead is all"

> *(The Dead Don't Die)* "So, the dead just don't want to die today."

The visual depiction of scenes on the page:

> *(Dead)* "POW! Duckie's right hook is pure power. He hits the zombie in the nose, and the zombie's face collapses"

2

> *(The Dead Don't Die)* "BLAM! The shotgun blast leaves a large hole in the center of the Zombie's head, essentially removing its face"

The introduction of the equivalent police characters:

> *(Dead)* "They all wear the identical, black, padded leather armor of the Coffin's Bluff Zombie Squad. Each has a black canvas bag in one hand and a small, sawed-off shotgun in the other."

> *(The Dead Don't Die)* "Both men wear the khaki uniforms of small-town police officers, and both wear similar, but not identical, retro-looking eyeglasses with thick dark frames. DEPUTY PETERSON cradles a pump-action 12 gauge shotgun.

These examples, in addition to numerous others (**see appendix** for more) throughout *The Dead Don't Die*, demonstrate a level of specificity that transcends thematic similarity. Such verbatim scene description and character action, particularly in the context of unique vernacular or inventive elements, suggests more than coincidental resemblance and points towards direct appropriation of textual elements from *Dead* into *The Dead Don't Die*.

## Location and Character Equivalents

**Locations:**

| *Dead* | *The Dead Don't Die* |
|:---:|:---:|
| Woods | Woods |
| Diner | Terminal Diner |
| Sheriff Station | Police Station |
| Gas Station & Convenience Store | Gas Station/Mini-mart |
| Medical Center | Detention Center |

3

The matching of key locations that also serve as focal points for significant plot developments further underscores the structural resemblance between the narratives. As these settings not only align but also host similar events or character interactions, it suggests a replication of the narrative framework.

**Characters:**

| *Dead* | *The Dead Don't Die* |
|---|---|
| Hank | Hank |
| Sheriff | Sheriff Robertson |
| Deputy Dwayne Dog | Deputy Don Peterson |

Another striking similarity is the transformation and amalgamation of two distinct characters from *Dead* into a single character in *The Dead Don't Die:*

*(Dead)* Doctor Diedrich + Captain Kephart, a secret zombie doctor with a secret room and an undead cop who wields a samurai sword.

*(The Dead Don't Die)* Zelda, a secret alien coroner with a secret room who wields a samurai sword.

This blending of characters, with their traits and functional roles, suggests an appropriation of character dynamics beyond coincidence.

The direct correlation between ensemble casts…

*(Dead)* Hank & Earl

*(the Dead Don't Die)* Hank & Bobby

…and their narrative roles further supports the assertion of character-based similarities.

4

The uniqueness of the "Zombie Town Drunk" characters sleeping on "cots" in the jail cell:

> *(Dead)* "He was a town drunk. Died before your time, years back" "We finally get to see the other cell … A zombie is sitting up on the cot, its back to the wall. He appears to be sleeping, a bottle of rum in his hand."

> *(The Dead Don't Die)* Marty O'Brian – "formally the well-known town drunk." "corpse of Marty O'Brien is just visible, lying on a cot in the open jail cell."

The existence of these unique characters adds a critical dimension to the plagiarism argument. Their unique behaviors, roles within the narrative, and interactions with other characters represent a striking example of intellectual property overlap that transcends the realm of coincidental archetype usage.  In *Dead*, the Zombie Drunk's presence in the specific jail cell location makes rational sense, woven into the narrative.  The lack of a convincing narrative explanation for the character and its actions in *The Dead Don't Die* is startling.  This character parallel not only underscores direct content duplication concerns but also serves as a poignant illustration of the deeply-rooted and pervasive nature of the similarities between these two screenplays.

## Plot Structure and Sequence

*The Dead Don't Die* exhibits plot structures and sequences that closely mirror those in *Dead*. The progression of events and key plot points align significantly between the two screenplays:

> 1) the Zombies' desire to return to their old lives & in their specific costumes

> 2) the presence of a "town drunk" sleeping in a jail cell

> 3) the Zombies providing comic relief via their goofy hijinks at a local diner

> 4) the revelation of a non-human character's secret nature,

and their eventual escape at the end

…and the sequence of events leading the police to a climactic confrontation in a church/cemetery, are mirrored in both works, and are not generic to the genre.

## Conclusion

It is the opinion of this reader that Jim Jarmusch likely held the screenplay *Dead* in his left hand while writing *The Dead Don't Die* with his right.  A side-by-side comparison of characters, plot, scenes, expressions, and visual storytelling elements, particularly in unique or creatively distinctive passages, reveals a pattern of replication that contributes to a "total concept and feel" that is strikingly similar between the two screenplays. It is evident that *The Dead Don't Die* shares a substantial similarity with *Dead* that extends beyond the permissible bounds of inspiration or genre conventions and into the realm of willful plagiarism. The rampant degree of verbatim or near-verbatim copying outlined presents a clear violation of Trevor Keeth's copyright, warranting further legal examination.

6

# Appendix

## 1

*(Dead)* A faded **billboard reads "Welcome to Coffin's Bluff. *Pop //"***

*(The Dead Don't Die)* A hand painted **sign says "Welcome To Centerville. *Pop [TBD]"***

## *2*

*(Dead)* **Dwayne and Earl sit on the ground,** their backs to one of the cars. They are **silent for a while, looking off down the road.**

*(The Dead Don't Die)* **The two men remain sitting** there **for a while, not speaking, looking off into space.**

## 3

*(Dead)* Still there, near the edge, **lays the severed arm** of the Old Priest, **the black wristwatch above the hand.**

*(The Dead Don't Die)* ...his left hand clutching **a dark-skinned severed arm, a blingy watch still attached to its wrist.**

## 4

*(Dead)* The thin, pale DWAYNE DAWG sits at his desk in the **center of the room.** A **few empty cells line the side wall.** Beside him **stands the SHERIFF,** mid-60's and mild mannered, watching the conversation with interest. The ROOKIE **sits nearby, typing up a report.**

*(The Dead Don't Die)* "**Sheriff** Robertson **stands in one of the station's only two jail cells,** it's barred door wide open." "Mindy sits **on top of the main desk,** her cross legs dangling, drinking coffee from a paper takeout cup. **Deputy Peterson sits behind another desk, tidying up a stack of papers."**

**5**

*(Dead)* Alone, Earl stands in front of **his car, parked across a lonely road near the edge of town.**

*(The Dead Don't Die)* **...on the outskirts of town, the patrol car is stopped halfway down the narrow road.**

**6**

*(Dead)* "The formula is **in... a back room,** in my office."

*(The Dead Don't Die)* "**...in those creepy back rooms.**"

**7**

*(Dead)* **INT. SECRET LAB --** CONTINUOUS

*(The Dead Don't Die)* "you know, **in those secret rooms** in the funeral home"

**8**

*(Dead)* The zombies **have crowded around the door,** all eager to get out and none able in the press of the crowd.

*(The Dead Don't Die)*...zombies are **trying to squeeze through the door.**

**9**

*(Dead)* The Crony **fires off two** slow, **carefully aimed shots** from his **large revolver** before the truck slams into him.

*(The Dead Don't Die)* he quickly pulls up **a big .357 handgun... planting both feet and aiming the gun ... he fires two shots** in the the chest of the nearest invader.

8

**10**

*(Dead)* Duckie **disappears under a pile of zombies** as the CHURCH BELL begins to ring.

*(The Dead Don't Die)*...soon **disappears beneath the clamoring zombies...** the ghouls now swarm over both men, **covering them as though in a macabre football pileup.**