# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Trevor Dellno Keeth, Plaintiff

v.

James R. Jarmusch, Defendant

Case No. _____

## Exhibit B

Exhibit B – Independent Reader Report by Kathryn Reiss, analyzing similarities between Plaintiff's screenplay 'Dead' and Defendant's 'The Dead Don't Die' (2019).

March 10, 2024

To Whom it May Concern:

I was asked by Trevor Keeth, author of the screen play DEAD (2003) to read his work and compare it to the screen play THE DEAD DON'T DIE (2018) by Jim R. Jarmusch.

I have never met either of these writers, nor had I read anything they have written until now.

My field of expertise in this matter lies in the fact that I am the author of twenty novels of suspense, have had a long career as a professor of English and Creative Writing at Mills College (Now Mills College at Northeastern University), and am currently retained as an Expert Witness in a high-profile plagiarism case.

Believing that Jim Jarmusch plagiarized his work, DEAD, to write THE DEAD DON'T DIE, Trevor Keeth contacted Stephen Doniger, of Doniger/Burroughs law firm.   Stephen Doniger suggested that Keeth ask me to review these materials and offer my assessment.

Stephen Doniger, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
(310) 590-1820
[stephen@donigerlawfirm.com](mailto:stephen@donigerlawfirm.com))

The materials I have read are Keeth's original screenplay, DEAD, and Jarmusch's screenplay, THE DEAD DON'T DIE, as well as Keeth's REPORT.

One question I had is whether Jarmusch had access to Keeth's screenplay.  The answer I received from Keeth was that DEAD was a finalist in a number of competitions, received some good reviews and was passed around to producers and directors.

My findings are that 1) Despite certain genre conventions (such as the undead roaming around killing people), the two storylines do not unfold in the same way.  They are not telling the same story.

2) HOWEVER, despite the genre conventions and tropes, there are some very notable similarities in setting, characters, and details in the unfolding of the stories that stood out to me.  Some unusual details appear to have been cherry-picked from Keeth's manuscript and used in Jarmusch's screenplay.

These are the examples of unusual and specific details of remarkable similarity that stood out to me:

### 1. **Welcome signs to Small Towns --with population number left blank:**

In both works the population number is left blank.  Both towns are set in rural districts.

A faded billboard reads "Welcome to Coffin's Bluff. Pop //" The space where a number would be is faded and illegible. Duckie squeezes the accelerator and flies by, leaving a plume of dust and smoke.  (**Dead,  8**)

A hand-painted sign on the edge of a **semi-rural** highway reads: welcome TO CENTERVILLE, POP. [TBD]

Title card TBD

…**agricultural fields** roll up to the highway, bordered in the distance by more wooded areas. In the distance of farmhouse is visible.

(**The Dead Don't Die,  4**)

### 2. **Police described in a very similar way (details AND phrasing):**

"They all wear the identical, black, padded leather armor of the Coffin's Bluff Zombie Squad. Each has a black canvas bag in one hand and a small, sawed-off shotgun in the other."  (**Dead, 12**)

"Both men wear the khaki uniforms of small-town police officers, and both wear similar, but not identical, retro-looking eyeglasses with thick dark frames. DEPUTY PETERSON cradles a pump-action 12 gauge shotgun.  (**The Dead Don't Die, 2**)

### 3. **Zombies stumbling through the streets, wearing a variety of outfits:**

Dozens of zombies are parading their way down Main Street. Some are in funeral dress, some naked, a couple even in football uniforms. All of them are in various states of decay.

**(Dead, 33)**

Some are dressed as though for Sunday school, others as super-heroes, athletes, Halloween characters, a cub scout, etc. All are covered in a considerable amount of dirt.

**(The Dead Don't Die, 56)**

### 4. **Zombies Eating Candy:**

M & Ms   **(Dead, 85)**

Skittles    **(Dead don't Die, 55 )**

### 5. **Zombie Town Drunks Sleeping it off in Jail Cells:**

Phil - "He was a town drunk. Died before your time, years back."

**(Dead, 45)**

Marty O'Brian - "formally (sic)  the well-known town drunk."

**(The Dead Don't Die, 21)**

### 6. Description of zombie in police/sheriff's station:

We finally **get to see the other cell, side by side** with Duckie's. A zombie is **sitting up on the cot, its back to the wall**. He appears to be sleeping, a bottle of rum in his hand.

**(Dead, 43)**

Suddenly, her eyes widen, now **looking past them and through the opened doors to the adjacent room** containing the jail cells. There, the corpse of MARTY O'BRIEN is **sitting upright** and staring straight at her.

**(The Dead Don't Die, 50)**

### 7. Wrist-watch and Severed Arm:

In **DEAD:**

The wristwatch of the priest turns up on a severed arm eaten by a zombie in his lair:

The priest ushers the men through the heavy door and shuts it behind them.

As he walks back towards his desk, the alarm on his wristwatch chimes, its bright LCD flashing the word "PILLS."   **(Dead, 5)**

He gets down on his knees to get a better look into the zombie's lair.

Still there, near the edge, lays the severed arm of the Old Priest, the black wristwatch above the hand. The alarm is beeping, the word "PILLS" flashing on its LCD screen.

POV BOTTOM OF PIT
The Rookie points into the hole.

ROOKIE (CONT'D)
See, on that arm? That's the old man's watch; it's standard issue. He used to use that alarm for just about everything.   **(Dead, 87)**

In **THE DEAD DON'T DIE:**

The wristwatch on hipster Zack turns up on severed arm being eaten by a zombie:

> Zack emerges from the bathroom drying his face with a hand towel. He looks at his bling gold watch with the fancy bracelet, and taps on it in frustration.
>
> ZACK
> Dammit man! My watch is all messed up. Supposed to be totally waterproof. Thing was mad expensive, too.   **(The Dead Don't Die, 47)**

> A shadowed figure awkwardly steps into the doorway. It's Ronnie Perkins, the proprietor.
>
> As he takes a step over the threshold his bloody face and glazed eyes become visible, his left hand clutching a limp dark skinned severed arm, a blingy wrist watch Still attached to its wrist. He nibbles on the arm, and turns, chewing and grunting.   **(The Dead Don't Die, 62)**

## 8.  **Description of 3 People in Police/Sheriff Station Track Similarly:**

The thin, pale **DWAYNE DAWG sits** at his **desk in the center of the room. A few empty cells line the side wall**. Beside him s**tands the SHERIFF,** mid-60's and mild mannered, watching the conversation with interest. The ROOKIE **sits nearby, typing up a report.**

**(Dead, 10)**

 "**Sheriff** Robertson **stands in one of the station's only two jail cells**, it's barred door wide open." "Mindy sits **on top of the main desk,** her cross legs dangling, drinking coffee from a paper takeout cup. **Deputy Peterson sits behind another desk, tidying up a stack of papers.**"

*(***The Dead Don't Die, 14***)*

### 9. Killing Zombies with Samurai Swords:

In **DEAD:**

Kephart reaches in and presses a switch in the top of the cupboard. The inside panel unhinges and a hidden door slides open to REVEAL a fine samurai sword, still in its sheath. Below it, a lever-action sawed-off shotgun and a sash full of incendiary grenades. It's Captain Kephart's personal stash.

Kephart lifts the sword free and drapes it over his back. He reaches behind his head and grasps the hilt, pulling the well-oiled blade free. He holds it out before him and regards the zombies in the room. They are still now, staring at him.

He lifts the sword and brings it down fast, slicing off a head. He thrusts forward, skewering the next zombie through the cheek.

A zombie approaches him from behind. Kephart pulls the sword free, spins around and cuts off the top of its scalp. With a fine grace, he brings his sword back up in a ready position and holds a moment.   **(Dead, 85)**

SWOOSH! Captain Kephart's samurai sword arcs outward for just an instant. In the blink of an eye, it is sheathed again. He walks past, leaving the zombie standing there.

But only for a moment. As Kephart walks away, the zombie's head slowly tilts backwards, revealing the razor thin cut of the blade. The head slides off and the body finally drops.  **(Dead, 101)**

In **THE DEAD DON'T DIE:**

Striding confidently toward the station and crossing the street in front of it is Zelda Winston. She is dressed in her trench coat, her pale hair flowing behind her. In each hand she grips a katana with complete self assurance.

As she reaches the parking lot, three or four zombies are slowly drawn toward her, but she whirls the deadly blades in a propeller like motion, cleanly and efficiently decapitating any zombie that approaches. Their locked off heads roll around her feet like deflated volleyballs as she continues toward the Station.  **(The Dead Don't Die, 63)**

## 10. Assembling Weapons and Tools to Kill Zombies:

An assortment of knives, pistols and sawed-off shotguns line the inside of the doors. The shelves on the back wall are covered in ammunition, metal collars and a few extra cattle prods.

**(Dead, p. 75)**

Sheriff Robertson and deputy Peterson enter the station, their arms loaded with boxes of shotgun, shells, an ax, several machetes, large hedge clippers and a coil of thin wire.

**(The Dead Don't Die, 49)**

## 11. The Only Way to Kill a Zombie is to Destroy its Head:

TINY
I'm gonna pop some caps in some asses, man. Pop some caps!

PAUL
Heads, Tiny. You wanna aim for their heads.

**(Dead, 74)**

BOBBY WIGGINS--
And that is really the only way to stop zombies. Kill the head. Complete decapitation.

**(The Dead Don't Die, 40-41)**

## 12. Zombies are Reluctant to Die:

"Some folks around here just don't like to stay dead is all."  **(Dead, 47 )**

"So, the dead just don't want to die today."  **(The Dead Don't Die, 53)**

## 13. Zombies and Sports:

Zombies in Football uniforms
**(Dead, 33)**

Zombies in football, baseball, tennis uniforms
**(The Dead Don't Die, 66)**

## 14. Revelry and Mayhem in the Diner:  Zombies in the Diner, Feasting

In **DEAD:**

It's zombie time. The jukebox is at full volume now. The diner is full of zombie patrons feasting on human remains, partying, and making a general ruckus. Dierdre and the Cook are unharmed, as they serve up piles of raw beef and chicken to the zombies at the counter, who dig in greedily.

Drunken Pete is unharmed as well, oblivious to the chaos around him. Dale is standing at the jukebox, filling it with quarters.

The couple at the booth, Mave and Steve, are now on the table, cut into pieces - human serving platters for the zombies that now sit there.

The recently Deceased Teenager at the booth has turned, and awakened as a zombie. His eyes open to find his companions still feasting on his organs. He waves them away and pulls his intestines back to him, watching his cohorts with distrust as he begins to snack on his own parts.

**(Dead, 37, 40)**

In **THE DEAD DON'T DIE**:

The sounds in the diner are now very disturbing. Gurgling noises, flesh being ripped, and the squishy sounds of internal organs being dislodged.

After several moments of feeding the attackers return to normal speed and slowly rise to their knees. Their faces are now clearly visible, their skin and hair, partly covered in blood and dripping with shreds of flesh. Their eyes are wild as they achieve standing positions. A Piece of ferns entrails, dangles from the mouth of the male, who grunts in delight as he bites into it.

Just then, the female spots, the partially full cups of coffee still on the counter. Immediately, her eyes widen with wild delight as she attempts to 'throw' the coffee from the cups into her mouth. She gurgles happily as the male watches. He too grunts with delight. He discard the piece of intestine that he's been chewing, and it falls to the floor with a splat.

He then two lurches toward 2 1/2 full glass pots of coffee on the heating elements sitting on the counter. He dumps one into his open mouth as the female lurches over and awkwardly grabs the second pot. She pours it onto her face and into her mouth with visible glee.

**(The Dead Don't Die, 23)**

In conclusion, although the *storylines* in the two manuscripts do not unfold in the same way, some of these points of similarity are unlikely to be coincidental and I believe warrant further scrutiny by an expert in the Zombie genre.

Best regards,

Kathryn Reiss

March 10, 2024