**NOTICE OF CONVENTIONAL FILING OF NON-ELECTRONIC EXHIBIT (EXHIBIT C)**

PLEASE TAKE NOTICE that Plaintiff submits Exhibit C in physical form pursuant to the Court's electronic filing procedures.

Exhibit C is a DVD containing Plaintiff's Comparative Analysis Video referenced in the Complaint. The DVD will be lodged with the Clerk of Court at the below address and is not being filed via CM/ECF due to format limitations.

Clerk of Court
U.S. District Court – Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 120
New York, NY 10007
A copy of the DVD will be served on Defendant with the Summons and Complaint.
Dated: ___August 28___, 2025 Respectfully submitted,


  /s/ Trevor Dellno Keeth
_____




Trevor Dellno Keeth (pro se)
P.O. Box 7087
Rochester, MN 55903
(507) 321-9740