# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Trevor Dellno Keeth, Plaintiff

v.

James R. Jarmusch, Defendant

Case No. _____

## Exhibit D

Exhibit D – 2003 Registered Deposit of Plaintiff's Screenplay "Dead" This exhibit consists of the official 2003 Library of Congress copyright deposit of Plaintiff Trevor Dellno Keeth's screenplay "Dead," registered under U.S. Copyright Office Registration No. PAU002779531. This exhibit establishes Plaintiff's ownership of the copyrighted work and provides the legal foundation for this infringement action.



# COPY OF DEPOSIT

# PAu 2-779-531

# DEAD



PAu 2 – 779 – 531

*PAU002779531*



LIBRARY OF CONGRESS
JUL 8 7 2003   OO
COPY
COPYRIGHT OFFICE

# DEAD

By
Trevor Keeth

Trevor Keeth
24 Preston Rd. #2
Somerville, MA   02143

(617) 623-2439
tkeeth@2tokens.com

06/13/03

registered WGAw

"Dead"


BLACK.

A loud, deep snorting.

Iron scrapes against iron.  A heavy door hinge creaks.

INT. CHURCH CELLAR - SERVICE ENTRANCE -- EARLY MORNING

The cellar door swings open to let a harsh, early light down
the ramp of an inclined hall.  At the top, silhouetted in
the doorway, a huge shadow walks in- it is the source of the
snorting.  Its hulk suggests some gigantic, terrible beast.

SERIES OF SHOTS:

A) Huge, black hooves.

B) A black, hairy flank.

C) Black animal eyes.

D) A soft, cuddly white ear.

The cow "moo's."

                    HANK (O.S.)
          Aw, git yer big, hairy ass a movin',
          Earl.  We ain't got all day.

The light in the hall adjusts to reveal HANK, a large, burly
New England farmer in a plaid, flannel overcoat, patting the
cow on the flank.  He has his hand around a leather collar
as he leads it down the ramp.

A younger farmer, EARL, enters, holding a handful of iron
chain.

                    EARL
          I'm coming, I'm coming.  Why you got
          such a bug in your rug?

Hank walks the cow to the bottom of the incline to an ancient
wooden door.  A large, brass crucifix in the center stares
at the cow's black eyes, and the cow stares back.

>               HANK
>     Ah, you know me.  I hate this part.

He scratches the cow affectionately as Earl moves to the
door and grabs the cross, breaking the staring contest.
It's a door knocker - the back of Jesus' cross slams into a
metal plate as Earl knocks.

>               EARL
>     Father?

>               VOICE (O.S.)
>          (from the other side
>           of the door)
>     Just a moment, there.

Hank and Earl stare at the door while they wait, the cow
standing between them.

The cow lets out another "moo," and Hank sniffles.

The door opens and Father Dan waves them in.

INT. CHURCH CELLAR -- CONTINUOUS

>               FATHER DAN
>     Do what you need to do, now.  Mind
>     the hole.

There's an incredibly big hole in the middle of the dank,
earthen cellar.  It is covered from end to end with a steel
grate.  The two handlers lead the cow towards a raised steel
pen on the opposite side.

The cow is terrified of the hole as they pass.  Hank and
Earl don't seem to appreciate it much, either, as they try
to calm the animal and secure it in the pen.  They give it a
wide berth on their way back.

>               EARL
>     You all set, father?

>               FATHER DAN
>     Yes, I have it from here.  You should
>     go.

A gassy, gurgling sound escapes from the pit, followed by a
soft moan.  The cow looks really scared as Hank grabs his
friend by the shoulder.

>               HANK
>     Yeah, Earl, c'mon.  He's got it.
>     Let's just go.

>               FATHER DAN
>     Quickly, now.

The priest ushers the men out the door and locks it shut behind them.

As he walks back towards his desk, the alarm on his wristwatch chimes.  He shuts it off quickly, but the things in the pit have already heard.  A few more sighs and moans float up.

                    FATHER DAN (CONT'D)
                (to the hole)
          Feeling peckish?

He digs a bottle of pills out of his pocket and pops two in his mouth.  He washes them down with a swig from the small flask in his jacket pocket.

The pit continues to stir.

                    FATHER DAN (CONT'D)
          Alright, that will do.

The priest grabs a large wheel that protrudes from the ground on the edge of the hole and turns, slowly.  A section of the grated covering slides away over near the cow-

And the room is hushed.

The Priest eyes the new opening warily as he approaches a similar wheel on the back of the cow's pen.  He turns this one, too, and the pen slowly tips.

The cow lets out a last, awkward "moo" as it slides over the edge and down into the pit.

The pen lowers itself back down with a creak.  The priest peeks into the hole, disgusted at the sight.

He coughs and moves back to the first wheel.  He struggles as he tries to turn it - it's stuck.  Muscles tighten as he strains.  Sweat beads at his forehead.  The wheel gives slightly as a pained look crosses his face and he lets go, clutching at his arm.

In the throws of a heart attack, the Father Dan takes a few steps toward the gate, stumbles over and dies.

And at this, the pit gets quiet again.

A pair of leather-gloved hands scramble their way out of the pit and grab the priest by the hair.  They drag the body into the hole, head first.

As the priest's legs disappear into the abyss, another pair of hands scramble into view.  They are dead, rotten, skeletal hands.  They grab hold of the stone ledge and begin to pull.

                                        FADE TO:

4.

EXT. QUIET NEW ENGLAND ROADWAY -- DAY

A beautiful, forested New England highway cuts between the
hills.  It is autumn, and the trees are full of color.  A
solitary motorcycle breaks the stillness.

Wearing a mirrored helmet, the rider's face reflects the
trees along the road. The white collar of the priesthood
peeks out beneath his black riding jacket.

The leather clad rider is FATHER KYLE BRADY.  And he's going
really fast.

POV BRADY as he speeds along the road at very uncomfortable
speeds.  As the trees pass by in a blur, there's a quick
movement on the right.

Brakes squeal.

The bike takes its time stopping amidst a cloud of burning
rubber;  Brady barely manages to keep it upright.  Pulling
to the side of the road, he removes his helmet and runs a
hand through his unruly hair.  An easy, early 30s with a
rugged look, he sits a moment, then takes a glance over his
shoulder toward the man that caught his eye.

A few hundred feet back stands DUCKIE, aka BILL "MAD DUCK"
MCGUINNESS.

The first thing most people notice about Duckie is this:
Duckie is a big guy.  Very solidly built. The next thing
that calls the priest's attention is the massive fist - held
out in front, thumb extended in the hitchhikers unspoken
plea.  In his other hand he grips a footlong turkey sandwich.

Brady smiles, and calls back over his shoulder.

                    BRADY
          Need a lift?

Duckie smiles back, his fist transforming into a waving hand
as he joins the waiting biker.  He notices the priest's
collar.

                    DUCKIE
          Thanks for stopping, father.

                    BRADY
          Kyle Brady, nice to meet you.

He holds out his hand, and Duckie shakes it vigorously.

                    DUCKIE
          Duckie McGuinness.

> BRADY
> I'll bet you are.  I'd ask for an
> autograph, but I don't think I have
> a pen.

> DUCKIE
> It's alright.  I don't have a
> signature.  I got half a sandwich,
> though.

> BRADY
> Then I've got a new best friend.

Duckie hands him half the sandwich and they sit aside the road, chowing down.

> BRADY (CONT'D)
> How far you going?

> DUCKIE
> Not too much further, I think.  How
> about you?

> BRADY
> As far as I can before I get there.
> But you never can tell.

They take a moment to chew their sandwiches.

> BRADY (CONT'D)
> How's life been doing you these days?

> DUCKIE
> I fly low, and it gets me by.  But
> thanks for asking.  Most folks just
> demand their money back.

Finished eating, Brady hands the hitchhiker his helmet.

> BRADY
> Here, I'd feel safer if you wore
> this.

Duckie accepts the helmet and climbs on the back of the bike.

> DUCKIE
> I suppose it's good luck to be picked
> up by a priest, right?

Brady revs the engine.

> BRADY
> Good luck what you're after, Duckie?

6.

                         DUCKIE
          I'm after pretty much anything you
          can give me, padre.  Except herpes,
          I suppose.

                         BRADY
          Well, let's get to it, then.

The bike takes off with a lurch;  Duckie grabs the seat and
holds on.

Around the next bend they pass a police car, parked on the
side of the road.  A cop stands in front of it by some broken
guardrails, looking off into the woods.

INT. HARPER'S LIVING ROOM - EVENING

Two children, a BOY, 10, and a GIRL, 8, are sitting in front
of the television set watching television and laughing
hysterically.  Their mother, HARRIETTE HARPER, walks through
the room loosening her apron and straightening the blouse
beneath.

                         HARRIETTE
          I told you to turn that off and get
          ready for supper.

The kids ignore her.

                         HARRIETTE (CONT'D)
          Hey, what did I just say?

                         BOY
          We're ready already!

                         GIRL
          Dad ain't even home yet.

                         HARRIETTE
          Well, he'll be here any minute and
          supper's ready.  Let's go.  Turn it
          off.

She leaves the kids watching television and walks through
the dining room, past a nicely set table.

INT. HARPER'S KITCHEN -- CONTINUOUS

Harriette dumps her apron on the counter.  We hear the front
door open and Harriette turns to leave, but stops by the
phone as it rings.

                         KIDS (O.S.)
          Hi, dad!

                    HARRIETTE
              (towards the other
               room)
        Hi, Hon.   Just be a second.

She picks up the phone.

                    HARRIETTE (CONT'D)
        Hello?

                    DWAYNE (O.S.)
              (over phone)
        Mrs. Harper?   Harriette H. Harper?

                    HARRIETTE
        Yes, can I help you?

The rest of the house has gone dead quiet.   A chair squeals
as it drags across the dining room floor.

                    DWAYNE (O.S.)
        Ma'am, this is Deputy Dwayne Dawg
        over at the Sheriff's station.

A pause.   Harriette is preoccupied with a spot on her blouse,
scratching at it with her finger.

                    DWAYNE (O.S.) (CONT'D)
        Hello?

                    HARRIETTE
        Oh, hello, Deputy.   What is it?

                    DWAYNE (O.S.)
        Well, I'm afraid I've got some bad
        news.

A juicy cough echos from the dining room.

                    DWAYNE (O.S.) (CONT'D)
        Do you own a brown, late model Duster?

                    HARRIETTE
        Yes, that's my husband's car.

                    DWAYNE (O.S.)
        Ma'am, was he involved in a traffic
        accident recently?

                    HARRIETTE
        No, of course not.   He's been out of
        town.

                    DWAYNE (O.S.)
        Well, it's just that we found the
        car abandoned over by 101.   There
        was evidence of an accident.

                         HARRIETTE
          Well, he just walked in the door -
          and we have supper waiting.  Can
          this wait?

                                             CUT TO:


INT. SHERIFF'S STATION -- CONTINUOUS

The pale DWAYNE DAWG sits at his desk in the center of the
room.  A few empty cells line the side wall.  Behind him,
from the desk in the corner, the SHERIFF, a pleasant middle-
aged man, watches his conversation with interest.

                         DWAYNE
          Wait ma'am, please.  I'm real sorry
          to drag you away from your table,
          but do you think I could speak with
          your husband for just a moment?  I
          won't be but a minute.

                                             CUT TO:


INT. HARPER'S KITCHEN -- CONTINUOUS

Harriette's getting aggravated.

                         HARRIETTE
          Well, I suppose so.  Hold on, I'll
          go get him.

She walks out of the kitchen with the phone and into the
dining room.

                    HARRIETTE (O.S.) (CONT'D)
          Honey, there's a man on...

The phone drops back into the kitchen, pulled by its swinging
cord.  Harriette is screaming like a banshee.

                                             CUT TO:


EXT. HARPER'S HOUSE -- CONTINUOUS

The small, remote New England home basks in a picturesque
sunset as Harriette screams at the top of her lungs.

                                             CUT TO:


INT. SHERIFF'S STATION -- CONTINUOUS

Dwayne is holding the phone away from his head as the screams
echo through the earpiece.  He turns to look at the Sheriff.

                         DWAYNE
          I think we found Harper.  Sounds
          like he just sat down to dinner.

> SHERIFF
> Aww, crap.  Today?

The Sheriff lets out a sigh.  He gets his gun out of the top drawer of his desk and checks to make sure it's loaded.  It isn't.  He pulls out a box of bullets and gets to it.

> SHERIFF (CONT'D)
> Call the boys, Dawg.  Tell 'em we got one walking.

> DWAYNE
> Sure thing, Sheriff.

Harriette's screams are still echoing through the phone.

> SHERIFF
> Jesus, Dwayne, hang up that damn phone.

> DWAYNE
> Sorry, Sheriff.

Dwayne hangs up the damn phone.

INT. HARPER'S DINING ROOM -- LATER

We're looking over the dinner table at Harriet holding her kids to her protectively at the far end.  They are wide-eyed and dead quiet.  Frozen.

We can see the back of Harper's head as he sits at the head of the table.  His hair is dirty and disheveled.

Harper lets out a low moan.  The boy sniffles.  His mother holds him tighter.  In the distance, police sirens are growing louder.

Harper picks up a chicken leg and bites into it.  He makes an angry sound and spits it out, throwing the chicken leg across the table at his family.  It hits the little girl right in face, and she busts out crying.

The police sirens cut out, and car doors slam.

> SHERIFF (O.S.)
> Mrs. Harper?

We hear the front door open, and four men march into the dining room.

The Sheriff, Deputy Dawg, Hank, and Earl size up the scene, all wearing identical black, padded leather armor.  Each has a black canvas bags in one hand, a small sawed-off shotgun in the other.  A long pole with a loop on one end is strapped to Hank's back.

The family stares at them, terrified.  The girl, who had stopped crying upon seeing them, bawls even harder than before.

                    SHERIFF (CONT'D)
          Earl, get the family out of here.

Earl drops his bag to the floor, holsters his gun, and moves to lead Harriette and the kids out of the room.

                    EARL
          Give a hollar if you need me.

The remaining three men fan out around the end of the table, watching Harper.  We still only see Harper from the back of the head.

                    DWAYNE
          I hate that smell.

                    HANK
          Harper was my bowling partner.  Let's
          do this and get it over with.

The three men set their bags on the floor and pull out mean looking cattle prods.  Hank hoists the looped pole off his back and climbs onto the table.  The other two stay to either side as they make their way towards Harper.

Harper lets out another moan.

                                        CUT TO:


INT. HARPER'S LIVING ROOM -- CONTINUOUS

Earl is leading the stricken family towards the front door. He looks back nervously at the noise that comes from the kitchen:  Harper moaning, chairs overturning.

                    DWAYNE (O.S.)
               (from the kitchen)
          Get it on there, dammit!

                    SHERIFF (O.S.)
          The head!  Get it on its head!

                    HANK (O.S.)
          No kidding.  Ahhh...hurry up, Dawg.

                    DWAYNE (O.S.)
          Got it?  Got it?

                    HANK (O.S.)
          Shit.  Move it already!

                    DWAYNE (O.S.)
          I'm clear!

The cattle prods come into play.  Loud, electric POPPING.

                    SHERIFF (O.S.)
          I got him.  I got him.

The sounds fade as Earl gets the family out the door.

EXT. MAIN STREET, PETERBOROUGH -- EVENING

The Sheriff and Dwayne are standing with the Harper family
beside a white police van parked near the station.  There is
some evening foot traffic as locals pass by and head into
the diner across the street, or homeward bound.  None of
them give much notice to the sheriff or the family.

                    SHERIFF
          We'll take care of everything, don't
          you worry.

The little girl, clinging to her mother's dress, interrupts
the two men.

                    GIRL
          Sir, is my daddy dead?

Harriette starts sobbing.  The nervous Sheriff holds Harriette
closer and clears his throat.

Just then, the door to the van flips open and Harper falls
to the ground.  He's wrapped in an odd, old-fashioned gothic
strait-jacket, his head covered by a hood, all chained with
a large padlock.

He rolls to the girl's feet, moaning and writhing.  The girl
starts bawling again.

                    SHERIFF
          Aww, crumply christ, Dawg, didn't
          you check the lock?

He tries to shield the family from the sight as Dwayne hoists
Harper up and throws him back in the van.

                    DWAYNE
          I thought Hank did it, he rode back
          there with it on the way home.

The mother runs her children across the street towards the
diner, screaming.

Duckie and Brady have just pulled up to the diner as well,
Duckie now driving.  They are getting off the bike as the
family runs toward them.

Brady moves quickly to the screaming woman, while the police
finish securing the truck across the street.  The woman is
starting to get some attention from the locals that pass.

12.

                    BRADY
          Easy, easy.  It'll be alright.  Take
          deep breaths.

Harriette stares into his face, takes two deep breath, and
screams again.

                    DUCKIE
          Enjoy the new flock, father.

From out of the diner comes DOCTOR DAVID DIEDRICH.  He runs
over to the screaming Harriette, trying to collect the
children in his arms.  Duckie sits by the motorcycle,
watching.

Diedrich is a man in his forties, but looks far older.  He
has an odd air about him, heightened by the obvious fact
that he is wearing makeup.  Light colored powder covers his
face, a hint of rouge on his cheeks.  It's not a great makeup
job, but it gets him by.

                    DOC DIEDRICH
          Harriette, what happened?
               (to Brady)
          What's wrong?

                    BRADY
          I don't know.  I just got here myself.

The Sheriff finally runs over as Hank drives off with the
van.

                    SHERIFF
          Hi'ya, Doc.  Thanks.

Brady hands Harriette over to the Sheriff's arms.

                    BRADY
          Is everything going to be alright?
          What happened?

                    SHERIFF
          She's had a real bad day.  Doc, I
          wonder, do you think you could look
          after her and the kids for a bit?
          Harper went walking tonight, and I
          have to get down to the church.

The Doctor understands immediately, and gives a sad nod.

                    DOC DIEDRICH
          Of course, Sheriff.  You let me know
          if you need anything else, yeah?

                    SHERIFF
          Thanks, Doc.

                     BRADY
         I'm sorry, Sheriff?  You're on your
        way to the church?

The Sheriff and the Doctor turn their attention to Brady.

                    SHERIFF
        Maybe.  Can I help you with something?

Brady holds out his hand in greeting.

                    BRADY
        I think I'm gonna be your new priest.

The Sheriff looks him over.

                    SHERIFF
        You Brady?

                    BRADY
        That's what my parents used to call
        me.

The Sheriff shakes his hand.

                    SHERIFF
        The old man said were coming along
        today.  Doc Diedrich, meet Father
        Brady.

The Doc nods hello.

                SHERIFF (CONT'D)
        Yeah, I suppose I probably should
        take you out there first.  Introduce
        you, show you around.  C'mon, you
        can ride with me.

                    BRADY
        Thank you, Sheriff.

                    DUCKIE
        Hey pops!  I'm gonna get a bite.
        Catch up with you later?

                    BRADY
        Yeah, Duckie.

Duckie heads into the diner.  The Sheriff leads Brady off to
his cruiser while Doc leads the Harper family down the street.
He pauses by the diner window to wave at DIERDRE COLLINS,
the lovely waitress, smiling at him through the diner window.

Behind him, a shambling old mailman in a ragged uniform drops
some mail into a slot a few doors down.

14.

INT. DINER -- CONTINUOUS

It's a standard gem diner.  Little Richard is on the juke box.  A few locals are seated at the counter and amongst the booths.  In a booth near the back, four rowdy looking townies are huddled over their food, whispering and stealing glances as Duckie takes a seat at the counter.

A dirty pair of boxing gloves hangs from the wall above him. The plaque below commemorates Hollis "The Hat" Hendershot, a prize fighter.  The black and white photo in the center shows the fighter, fists at the ready, a straw 10-gallon hat perched on his head.

The hat itself sits on a shelf under the words "Home of the Hat."

                    DIERDRE
          Hello.  Something to drink?

                    DUCKIE
          A lemonade would be great, thanks.

                    DIERDRE
          Sure.

Dierdre clears the Doc's half-eaten plate.  One of the locals at the other end of the bar raises his voice over the juke box.

                    LOCAL #1
          Hey Dee, why'd Doc run off?

                    DIERDRE
          Doc's business, I'm sure.  Eat your
          steak.

A burley COOK sweats in the kitchen.  He drops a plate in the window and slams a bell.

                    COOK
          Order up!

Dierdre serves the two men to Duckie's left and brings over his lemonade.

                    DUCKIE
          Ol' Hollis Hendershot was from around
          here, huh?

Dierdre smiles and looks over her shoulder at the plaque.

                    DIERDRE
          Holly the Hat, home town hero.
          Owner's not here, or he'd talk your
          ear off over him.  What can I get
          you?

15.

Duckie orders while the two locals continue their
conversation.

                    LOCAL #1
          You'll never believe what I got in
          the mail today.

                    LOCAL #2
          Then why even bother telling me?

                    LOCAL #1
          The Clapper.

                    LOCAL #2
          Oh, no.  You can get that from the
          mail now?

Dierdre puts Duckie's order on the rack and slams the bell.

                    DIERDRE
          Cook it!

She gives the rack a spin.  Cook grabs the order as it passes
and goes back to work.  It is a routine they have down pat.

                    LOCAL #1
          No, "THE Clapper."  You know, for
          lights and such.  The thing is, I
          must've ordered that thing, oh, 10
          years ago!

                    LOCAL #2
               (incredulously)
          And it's just getting here now?

                    LOCAL #1
          How about that?

                    LOCAL #2
          How on earth you been getting by?

Duckie has been gazing at the boxing gloves on the wall,
letting his mind wander.  The familiar sounds of a boxing
match softly fade in - crowds cheering, gloves hitting skin,
a faint voice-

                    ANNOUNCER (V.O.)
          It's over!  It's all over!

The round ends, a bell rings.

                    COOK
          Order up!

Duckie's head jerks as he's brought back to the present, and
he sips at his lemonade.

16.

INT. SHERIFF'S CAR -- EVENING

The Sheriff and Father Brady are driving up a darkening forest
road on their way to the town church.

                    SHERIFF
          So how'd you come bearing "Mad Duck"
          McGuinness?

                    BRADY
          Everybody needs a lift now and then.
          What I want to know is, what was up
          with that guy in the makeup back
          there?  He looked a little freaky.

Sheriff shakes his head.

                    SHERIFF
          Doc?  Not too sure.  Skin cancer,
          maybe.

                    BRADY
          That's awful, I'm sorry.

                    SHERIFF
          Or leprosy.

Brady just looks at him.  The Sheriff lowers his head, as if
he's spilling a secret.

                    SHERIFF (CONT'D)
          Personally, I think so, but I'm not
          100%.

                    BRADY
          You're joking.

                    SHERIFF
          People don't talk about it much.

                    BRADY
          I don't suppose I will then, either.

                    SHERIFF
          That's probably a good idea.  But I
          suppose you're going to find out
          most of this town's little quirks,
          eventually.  Trust me, you're going
          to love it here; this is one hell of
          a church going town.

                    BRADY
          I've already got the job, then?

                    SHERIFF
          They said they were gonna send us a
          priest.  They sent us you.  You a
          priest?

                    BRADY
          Well, I got the clothes.

Sheriff hesitates at this next bit.

                    SHERIFF
          Thing is though, there are a lot
          of...different...responsibilities
          that come with this congregation.
          Some things that, frankly, not many
          men can handle.  And definitely more
          than a few you're going to have to
          keep under your hat.  You think you're
          up for that?

Brady laughs.

                    BRADY
          Kid the new guy, right?

                    SHERIFF
          Here, you'll see.  Father Dan will
          fill you in.

The car pulls to a stop at the church, and they both get
out.

EXT. CHURCH -- CONTINUOUS

They walk up to the front door.  Sheriff gives it a tug, but
it's locked.

                    SHERIFF
          I'll go around back and see if that's
          open.  Wait here, I'll let you in.

Brady sits on a step while the Sheriff walks around back.
He looks the church over, frowning as he sees the lower sets
of windows protected by iron bars.

                    BRADY
          Hey!  What's-?

He lowers his voice when he realizes the Sheriff is no where
around to hear him.

                    BRADY (CONT'D)
          What's with the bars?

EXT.   BACK OF CHURCH -- CONTINUOUS

The Sheriff gets around back and sees the white van Harper had been in.   The van's door is hanging open.

> SHERIFF
> Hank?  You here?

The Sheriff notices the door to the basement is standing wide open as well.

> SHERIFF (CONT'D)
> Hank, you can't leave the door open like that.  I've told you a hundred friggin' times.

The Sheriff disappears inside.

INT. CHURCH CELLAR -- CONTINUOUS

> SHERIFF
> Father?  Hank?

The Sheriff sees the pit door standing open and draws his gun, ready for action.

He sneaks over to the edge of the pit and a look of horror crosses his face when he sees...IT'S EMPTY.

EXT. CHURCH - FRONT -- CONTINUOUS

As Brady sits on the step enjoying the fresh air, he spies Harper near the edge of the tree line.  He is bent over, heaving, his back to Brady.

> BRADY
> Hello?

He gets up to take a closer look.

> BRADY (CONT'D)
> You alright?

As Brady approaches from behind, Harper, still tied up in his jacket, lifts his head - the guy is ALL MESSED UP. Walking dead time, he's zombied out and bloody.  His face is covered with gore from the dead rodent he's been snacking on.

> BRADY (CONT'D)
> Mister, are you sick?

Harper snears, his eyes shifting in Brady's direction.

A muffled gunshot gets Brady's attention, and he looks away just as Harper turns towards him.

19.

A cluster of zombies has appeared near the sheriff's car, some of them climbing inside.  Brady, still clueless as to their undead nature, calls out.

                    BRADY (CONT'D)
          Hey!  What are you doing over there?

Harper growls and lunges at Brady, who turns back just in time to catch him.

Brady manages to push Harper away as they both fall to the ground.  Brady lays there a moment, staring at his attacker, wide eyed.  His mouth opens to say something.

Instead, he just screams.

Harper snaps his teeth at Brady as he wriggles on the ground. Brady jumps up and starts back toward the car, where one of the zombies is now behind the wheel.

More gunshots ring out from behind the church.

The zombies around the car turn to face him, and Brady stops dead in his tracks.

4 more gunshots.  The zombie at the wheel shifts into drive and the cruiser goes sailing.  It narrowly misses the Sheriff, who runs around from the corner.

The car hits the stone wall of the church, fast.

Brady looks on, mystified.  Sheriff runs to him, capping 2 more zombies in the head along the way.  They drop.  On the third, the gun clicks empty.

                    SHERIFF
          Hey, Brady.

Brady looks at him, his mouth open, still trying to talk.

                    SHERIFF (CONT'D)
          Brady!

                    BRADY
          Ahhhh!

                    SHERIFF
          We gotta get out of here.

A big crowd of Zombies starts to pour from behind the church, blocking the way back to the van on the other side.  Sheriff spins Brady around toward the road and gives him a shove.

                    SHERIFF (CONT'D)
          C'mon.

They run down the hill, down the road towards town.

INT. DINER -- NIGHT

Duckie is finishing up a slice of pie.  DALE, one of the
townies near the back, pats Dierdre on the ass as she passes.

                    DALE
          Doc's one lucky fella, Dee.

He pats her ass, his hand lingering.

                    DIERDRE
          You're a sweetheart AND a gentleman,
          Dale.

Dale gives her a squeeze.

                    DALE
          A sweetheart, that's me.

                    DIERDRE
          Move your hand or loose it at the
          wrist.

                    DALE
          What do you say to slipping on over
          to Harlowe's and letting me buy you
          one?

Doc walks in the door, and Dale immediately lays off.

                    DALE (CONT'D)
          Howdy, Doc!

                    DOC DIEDRICH
          Dale.

Dierdre takes Duckie's empty pie plate and gives Doc a smile.

                    DOC DIEDRICH (CONT'D)
          Hello, Dee.

She wipes up the crumbs in front of Duckie.

                    DIERDRE
          Can I get you something else, sweetie?

Duckie drops some bills on the counter.

                    DUCKIE
          Couldn't possibly.

Dierdre smiles and thanks him as he leaves.  At the booth in
the back, Dale and the other townies get up and follow Duckie
outside.

EXT. MAIN STREET -- CONTINUOUS

Duckie pats his belly as he walks towards Brady's motorcycle.
The townies follow from behind.

PAUL, a large, bully of a man, motions for the rest to stop.
Next to him, an Expendable Cronie nudges his arm, urging him
to say something.

                    PAUL
          Fuck you.

Dale chuckles.  The others stare at Duckie, waiting to see
what he'll do.

                    PAUL (CONT'D)
          Yeah, you heard me.  Fuck you, you
          fat, bald bastard.

TINY, the smaller man at the back, speaks up.

                    TINY
          He ain't bald!

                    PAUL
          Fuck you, too, Tiny.

The diner door opens again and a worried Dierdre and Doctor
Diedrich step outside.

                    DIERDRE
          Get your ass back inside, Paul Wilson.
          I don't want any trouble out of you.

                    PAUL
          Trouble's standing right in front of
          you, Dee;  you've got no idea.

                    DUCKIE
          Hey, come on.  You don't know me,
          fellas.  I'm just passing through.

                    DOC DIEDRICH
          Leave him alone, what's he done to
          you?

                    TINY
          500 bucks!

The Doc looks confused, but Duckie doesn't flinch.  The
bullies fan out around Duckie and the motorcycle.  It looks
like trouble.

                    PAUL
          500 bucks.

22.

                         DUCKIE
              It's my fault you can't hold on to
              your money?

Dale pushes the motorcycle over, kicking the seat for good
measure.

                         DUCKIE (CONT'D)
              That's not even my bike.

                         PAUL
              The T.V. said you threw that fight.
              Newspapers said you got cold feet.
              Froze up.

                         TINY
              Turned chicken!

                         PAUL
              Either way, after what you did to
              Lockjaw Wilson in the ring, 500 bucks
              on you shoulda been a sure thing.

Dale kicks at the motorcycle a few more times.  Doc,
realization setting in, is seeing Duckie in a new light.

                         DOC DIEDRICH
              Well, fellas, I don't think you want
              to do this.

                         PAUL
              Ah, but punchy here's all punched
              out.  Ain't that right, killer?

Paul sends a fist into Duckie's stomach, and he buckles over.
The Expendable Cronie and Dale hold Duckie by the arms,
pinning them back.

Doc steps in to help, but Tiny steps in his way, holding him
back.  Dierdre runs off in the direction of the Sheriff's
station.

Paul sends a few more punches in the direction of Duckie's
face.  Duckie makes no move to fight back.

                         PAUL (CONT'D)
              What you do you think?

                         DALE
              Still got a few more hundred to go!

                         DIERDRE (O.S.)
              Stop it!

Dierdre runs up to Paul, Dwayne Dawg in tow.

          PAUL
Hey, Dawg, look who's here.  Wanna
get your share?

Dwayne pulls out his handcuffs and takes Duckie's arm from
the Expendable Cronie.

          DWAYNE
Alright, it's over.  Let's go.

          DOC DIEDRICH
You're arresting him?  What charge?

          PAUL
Throwing fights and ripping people
off.

          TINY
Ripping us off!

          DWAYNE
Disturbing the peace is good enough
for me.

          DUCKIE
Interesting perspective.

          DOC DIEDRICH
I'm gonna take this up with the
Sheriff, Dwayne.  You've got no right.

          DWAYNE
I could leave him here with these
boys.

Paul cracks his knuckles.

          DWAYNE (CONT'D)
Best he come with me, I think.

          DOC DIEDRICH
I'll take care of this, Mr.
McGuinness.  Don't you worry.

          DWAYNE
Shut up, Doc.

          DUCKIE
It's okay.  I needed a place to sleep,
anyway.

          PAUL
Sleep on this, killer.

Paul gives him the finger.  His friends get a chuckle out of
it.  Dwayne grabs it and bends it back painfully.

                    DWAYNE
          I think it's time you boys went home.

                     PAUL
          Yeah, sure.  Shit, Dawg, alright.
          Let go.

He lays off him, and Paul rubs his hand.

                  PAUL (CONT'D)
          You almost broke my finger.

                    DWAYNE
          Now!

Paul tries to make Duckie flinch, but Duckie doesn't move.
Angry, Paul leads his buddies off down the road.

                   DIERDRE
          You boys have a lot to be proud of.

                     PAUL
          Ha!  Beatin' up the toughest guy in
          the world?  That's one for the
          grandkids.

The group walks off, leaving the Doc and Dierdre alone in
the doorway of the diner.

                 DOC DIEDRICH
          Yeah, but I bet his grandkids will
          be real shitheads, too.

EXT. EARL'S GAS STATION -- NIGHT

Earl is standing behind the door of his gas station, lighting
up a cigar.  He flips over the "closed" sign in the window,
shuts off the lights, and starts out the door.

A man in a dirty old army coat is standing by the pumps,
flicking the lever up and down.

                     EARL
          I'm closing up, friend.  You need
          gas?

The man ignores him, flipping the lever absently.

                  EARL (CONT'D)
          Hey, you need some help or something?

He takes a few steps towards the pumps.

                  EARL (CONT'D)
          Run outta gas-?

The man turns around and lunges for Earl.  His cheeks and neck are rotten through, the bottom of his jaw barely holding on.

INT. SHERIFF'S STATION -- NIGHT

A cell door closes on Duckie.

Dwayne sits at the desk and watches him, swinging the key absently.

                    DUCKIE
          I want my phone call.

Dwayne snorts.

                    DWAYNE
          Calls cost money.  You got 500
          dollars?

Duckie hangs his head.

                    DWAYNE (CONT'D)
          Hell, you got a dime?

                    DUCKIE
          I got tossed out of a diner.  Is
          that a crime?

                    DWAYNE
          Throwing fights is.

Duckie sighs and sits on the cot.  He looks around his cell - it looks like it was decorated by one of the officers' wives.

                    DWAYNE (CONT'D)
          "Mad Duck" McGuinness.  In the flesh.

Duckie lies back on the bed and closes his eyes.

                    DWAYNE (CONT'D)
          You were something, you know that?
          A genuine fucking miracle of nature.

                    DUCKIE
          You're an asshole.

                    DWAYNE
          Yeah, probably.  But I'm an asshole
          what's out well-bet money, thanks to
          you.

The phone rings, and Dwayne grabs it.

                    EARL (O.S.)
          Sheriff, you there?

                    DWAYNE
          Hey, Earl.

                    EARL (O.S.)
          Dawg, I think we got a problem.  Is
          the Sheriff around?

                    DWAYNE
          He's out at the church with Hank.  I
          think.

                    EARL (O.S.)
          I was afraid of that.  I think you'd
          better get out there ASAP.

                    DWAYNE
          Why?

                    EARL (O.S.)
          Eddie Murnane just stopped by the
          gas station.

Dwayne is surprised.

                    DWAYNE
          Bullshit.  We collared him 6 months
          ago.

                    EARL (O.S.)
          Yeah, well, he's over here now.  All
          over.

                    DWAYNE
          You alright?

                                        CUT TO:

EXT. EARL'S GAS STATION -- NIGHT

Earl is behind the register, and there's blood all over.
Gore is clinging to wall, the counter, the phone, and Earl.
The body of his assailant is at his feet.

                    EARL
          Sure, I'm fine.  But if he's here,
          and Sheriff's over there, I think
          that's where you ought to be right
          now, too.

                    DWAYNE (O.S.)
          You think there's trouble?

Earl looks down at the carcass on the floor.

                    EARL
          Dwayne, just go.  Hurry up and go.

INT. SHERIFF'S STATION -- NIGHT

Dwayne sets the phone down.

> DWAYNE
> Big bunch'a waste of my time.

He checks his revolver and holsters it.  He grabs a few extra quick loaders and the shotgun from behind the desk.

He pauses a moment, thinking.  He walks to the window and pulls the blinds open and takes a look at the street outside.

He looks down one direction and sees nothing out of the ordinary.  Then he looks down the other.

> DWAYNE (CONT'D)
> Cripes all Friday.

EXT. MAIN STREET -- CONTINUOUS

We see Dawg peering out the window of the station as we PULL AWAY to reveal what's caught his attention.

The zombies are on their way down Main Street.  Some are in funeral dress, some naked, all in various states of horrid decay.

A few look around aimlessly.  One scrapes up against a car. The odd citizen runs past screaming, ducking into a storefront or a car and speeding away.

A zombie in a rotten suit, strolling past the police station, pauses to look into the window.  When he sees Dwayne staring at him, he drops his rotten jaw and lets out a bone chilling wail.

INT. SHERIFF'S STATION -- CONTINUOUS

Dwayne walks over to the gun cabinet and grabs two more pistols, which he puts behind his belt.

> DUCKIE
> Leaving so soon, asshole?

Dwayne tosses his coffee cup at Duckie's cell.  It hits Duckie in the forehead and spills out on his face.

> DUCKIE (CONT'D)
> Ahh!  Hot!  Fucking jerk.

> DWAYNE
> I'll deal with you later.

Duckie wipes his face with his shirt and lays back on the bed.

Dwayne grabs a key from the Sheriff's desk and walks to the front door.  He pauses before he leaves, turning back to Duckie.

                    DWAYNE (CONT'D)
          Hey.  That fight...not the one you
          threw.  The other one.

Duckie doesn't look as if he's heard.  He just lays there with his eyes closed.

                    DWAYNE (CONT'D)
          Tell me one thing - did you know he
          was dead in the ring?  Or later,
          when you saw it on the news?

Duckie takes a second to answer.

                    DUCKIE
          I knew it when I hit him.

Dawg nods, and opens the door.

                    DWAYNE
          Don't go nowhere.

                    DUCKIE
          While you're gone I'm going to take
          a shit on your nice clean floor.

EXT. MAIN STREET -- NIGHT

Dwayne runs for a telephone pole next to the station house, and the alarm box on the side.  The zombie in the suit, still out front, ignores him in favor of a scraggly cat and starts to chow down.  He shoves in the Sheriff's key, gives it a turn, and sirens begin to wail.

He turns and heads for his police cruiser.  A young couple runs past him screaming, being chased by a zombie woman, dressed in her sunday best.

Dwayne pauses to blast her in the back with his pistol.  The zombie stops, turns, and starts to run for Dwayne, who jumps into the car and drives away.

Over at the diner, a few zombies shamble inside.

INT. DINER -- CONTINUOUS

The jukebox is turned up, the music drowning out the sound of the siren outside.  Dee is in the back with Cook.  There's an old man sitting at the counter, DRUNKEN PETE.  His head is buried in his arms, sound asleep.  The few people at the booths ignore the newcomers, not noticing their current state of decay.

The zombies take a seat at the last booth.

> DIERDRE (O.S.)
> (from the kitchen)
> I'll be with you folks in a minute,
> okay?

STEVE, the man in the booth a few spots down from the dead, sits across from his wife, MAVE.  He makes sour face, and waves at the air in front of his nose.

Mave chuckles.  Steve makes as if to turn around and say something when Mave slaps his arm.

> MAVE
> Shh.  Don't say anything, you'll
> embarrass me.

Drunken Pete has no such restraint.

> DRUNKEN PETE
> Hey, Cook.  What the fuck died in
> there?

> DIERDRE (O.S.)
> You watch that mouth, Pete.  We got
> real customers, you know.

> DRUNKEN PETE
> That better not be my order!

He puts his head back in his arms.

> DRUNKEN PETE (CONT'D)
> Smells like old, dead cow crap around
> here.

Dierdre walks out wiping her hands on her apron and reaching for her order book.  She smacks Pete and leans in as she passes.

> DIERDRE
> Shame on you.

She shakes her head a bit as she walks to the zombie's booth, still not really looking at them.

> DIERDRE (CONT'D)
> I'm sorry, what can I get you folks
> to drink-

She sees them now.  Her face pales.  As she stares, her grip on the pencil breaks the tip into the pad.

One of the zombies starts to growl.

                    DRUNKEN PETE
          Big wiffer!

EXT. ROAD -- NIGHT

Brady and the Sheriff are running.  They're covered in sweat,
and breathing hard.  In the darkness behind them we can hear
moans and footfalls on the pavement, but only shadows hint
at what may be lurking there.

                    BRADY
          Have you looked back lately?

                    SHERIFF
          No.  But I wouldn't if I were you.

Brady takes a quick glance.

                    BRADY
          I can't see anything.  Oh, wait...

The moonlight spills through the trees to REVEAL a grizzly
marathon of zombies in their wake.

                    BRADY (CONT'D)
          Nevermind.

They continue their conversation between hard, ragged
breathing.

                    SHERIFF
          So I suppose I owe you a bit of an
          explanation.

                    BRADY
          Oh, I don't know, I think I've got
          the general idea.  Those things are
          dead, right?

                    SHERIFF
          Deader than us.

                    BRADY
          And they don't like us much, do they?

                    SHERIFF
          Don't take it personally.

                    BRADY
          Are they going to eat us?

A scrape and gurgle not far behind gets their attention.
The Sheriff starts to run a little faster.

                    SHERIFF
          Well, they sure as hell ain't eating
          me.

31.

They go on like that a few more seconds before Brady looks up into the air.

                    BRADY
          Do you hear that?

Sheriff listens, and nods.  The sound of the alarm is faint but audible.

                    SHERIFF
          It's Dwayne, one of my men.  He hit
          the panic button.

                    BRADY
          Good thing, 'cause I think I'm going
          to panic soon.

                    SHERIFF
          You see that tree up ahead?  The one
          on the right?

                    BRADY
          No.  I see a bunch of trees on the
          right.

He keeps looking.

                    BRADY (CONT'D)
          I see one on the left.

                    SHERIFF
          That's the one.

They sprint the last of the distance and arrive at the base of a big, old tree.  Sheriff holds out his hands, fingers laced together.

                    SHERIFF (CONT'D)
          I'll give you a boost.

Brady awkwardly balances on the Sheriff's laced fingers until he finds a hold.  He pulls himself up, then reaches a hand down to the Sheriff.

                    SHERIFF (CONT'D)
          We'd probably better keep going.

They climb up a few more branches before realizing they've gotten as high as they're going to get.  Brady takes a look down.

The zombies are starting to arrive at the base of the tree. Some mill about, looking up at them.  Some claw at the tree. One walks up the trunk and sits down with his back to it, as if resting up.

                    BRADY
          Can they climb?

Sheriff shrugs his shoulders.

                    SHERIFF
          At this point, does it matter?

He shifts his weight on the large tree limb, and rests his
back against the trunk.  Brady follows his lead and allows
himself some time to breathe.

                    SHERIFF (CONT'D)
          Welcome to Peterborough, Reverend.

We leave them in the tree and move away over the woods, back
to the center of town.  We pull in on the window of the diner,
where it sounds like there's a party inside.

INT. DINER -- NIGHT

It's Zombie time.  Music is blaring from the jukebox.  The
diner is full of dead patrons, feasting, partying, and making
a general ruckus.  Dee and the Cook are unharmed, as they
serve up piles of raw beef and chicken to the zombies at the
bar, who dig in greedily.

Drunken Pete is unharmed as well, oblivious to the chaos
around him.

The couple at the booth, Mave and Steve, are now on the booth,
cut into pieces; human serving platters for the zombies that
sit there.

The bell rings, and a hamburger on a plate plops down under
the heat lamps.

                    COOK
          Order up!

Dee grabs it and slides it across the bar.  The zombie there
snaps at her, then looses interest and grabs at the plate,
devouring it greedily.  It spits the food out in a hurry,
though, and looks at Dierdre with anger.  He snarls and slams
his fist on the counter.

                    DIERDRE
          Darn it, Cook, stop cooking them!
          They'd just as soon eat me!

                    COOK
          I think they'd just as soon eat you
          anyway, honey.

Another burger lands on a plate, this one raw.  The bell
rings again.  Cook looks at her with weary eyes.

33.

                         COOK (CONT'D)
               Sorry Dee, lost track of that one.
               Order up!

The corpse of a local sits still in a booth as the zombies
sitting with him chow down on the organs they've pulled out
of his stomach and onto the table.

                         DIERDRE
               How we doin' on beef?

                         COOK (O.S.)
               Not too good.  I'm gonna have to
               start hitting the scrap buckets soon.

                         DIERDRE
               Can you speed it up?

He throws a handful of raw sausage in a bowl and slides it
to her.

The music's stopped.  A zombie strolls to the jukebox and
puts in a quarter.  He mashes the buttons with his palm, and
"Staying Alive" starts to play.  He looks pissed off, and
kicks at the machine, punching the coin return to no avail.

As Dee puts an order of raw chicken down at a table, a zombie
grabs her wrist and pulls her close.  Before he can bite
her, Dierdre shoves the chicken into it's mouth and pushes
herself free.

Drunken Pete lifts his head and looks at the zombie next to
him, who is smacking the back of a ketchup bottle, trying to
get it to flow into his mouth.

                         DRUNKEN PETE
               You gotta hit the side of the bottle.

Pete notices who he's talking to.

                         DRUNKEN PETE (CONT'D)
               Gary!  Holy Christ, Gary, how you
               doing?  Where the hell you been,
               buddy? I ain't seen you in...hell.

He slaps Gary on the back, knocking the ketchup bottle into
his face.  Zombie Gary holds the bottle away, angry at it
for hitting him.

                         DRUNKEN PETE (CONT'D)
               I thought I heard you died or
               something.  Dee!  Beers for me an
               Gary!

The bell rings.

                        COOK
      Order up!

                                         CUT TO:


INT. SHERIFF'S STATION -- NIGHT

Duckie is sitting on the edge of his cot.  We hear the front door open and close, and slow footsteps.

                      DUCKIE
      Hey, Deputy Dogshit, it's about time
      you got back.  Your phone's been
      ringing off the hook.

The phone starts to ring, right on cue.  No one moves to answer it.

                    DUCKIE (CONT'D)
      Man, answer your phone!

It rings for a little while longer, and finally stops.

                    DUCKIE (CONT'D)
      Hello?

The footsteps start up again, slowly getting closer and closer to the cell.  Duckie strains at the bars to get a better look.

                    DUCKIE (CONT'D)
      Dogshit?  That you?

The footsteps stop just shy of his door.  Duckie wrinkles his nose at the smell.

                    DUCKIE (CONT'D)
      Aww, man, you get sick or something?

A cold chill runs down Duck's spine, and he backs away from the door, nervous.

                    DUCKIE (CONT'D)
      Who's there?

The door to the cell next door slams shut with a loud clatter. The footsteps pad around the cell, and we hear someone lay down on the cot inside.

Duckie moves to the back of his cell and sits down in the corner, a watchful eye on his door.

He tries to make a fist, but as he looks down at his hands, the fingers relax, and he instead rubs them over his head in frustration.

35.

EXT. ROAD -- NIGHT

Brady and the Sheriff are still stuck in their tree, but they're not alone.  They're standing now, stamping on the fingers of one of the zombies that's managed to climb the tree.

>                    BRADY
>          I thought you said they couldn't
>          climb!

>                    SHERIFF
>          I never!

He grinds his heel into the dead hand, severing the fingers off and forcing the zombie to let go.  It drops to the ground amongst its friends.

>                    SHERIFF (CONT'D)
>          I suppose it figures, though.  They
>          got out of that pit well enough.

>                    BRADY
>          What pit?

>                    SHERIFF
>          Uh, well,...

At that moment police sirens wail, and a cop car speeds to the scene.  It crashes into the crowd of zombies around the tree, backs up, and then runs over some more.

Dwayne Dawg jumps out of the car, guns blazing.  He is firing into the crowd, but it's having little effect.  Even the ones he pumps full of lead just get back up and keep coming.

>                    SHERIFF (CONT'D)
>          You can shoot the heads, dumbass!

Dwayne alters his attack, and bodies start to drop, permanently.

He clears away the area around the car, and calls up to the men in the tree.

>                    DWAYNE
>          You're all clear, Sheriff.

The Sheriff's legs swing into view, and he drops down next to Dwayne.

>                    SHERIFF
>          Let's get the hell outta here.

Sheriff heads for the car as Brady swings down after him. Dwayne spins around at the sound, aims his gun at Brady's face, and pulls the trigger.

It clicks empty.

Dwayne doesn't waste any time, and smacks Brady in the face with the butt of the gun, knocking him down.

                    BRADY
          AHH!

Sheriff moves between them.

                    SHERIFF
          Dammit, Dwayne.  He's with me.

Sheriff helps Brady to his feet and the three jump in the car and take off for town, running over a few more zombies for good measure.

INT. DINER -- NIGHT

A zombie pours salt on a plate of raw meat.  He looks at the salt shaker for a moment, then throws it over his shoulder for luck.  It smacks into the forehead of the zombie behind him, who looks up from the foot he's eating in alarm, watching out for whoever must've hit him.

The corpse at the booth has turned, and awaken as a zombie. His eyes open to find the others still feasting on his organs. He waves them away and pulls his intestines back to him protectively, watching his cohorts with suspicion as he begins to snack on his own parts.

The bell rings.

                    COOK
          Order up!

Dierdre sets more food down in front of Zombie Gary.  Pete looks down at the plate and frowns.  Out of the good stuff now, Cook has loaded up this platter with whatever meat he could scrape together.  It's nasty looking.

                    DRUNKEN PETE
          What the hell you eating, Gary?

Zombie Gary gives up on the ketchup, handing the bottle to Pete.

                    DRUNKEN PETE (CONT'D)
          Yeah, that'll help.

Pete starts pouring ketchup all over the plate.

At a table, Dee sets her last dish down.  It's only enough for a few of the zombies sitting there;  the rest start clawing after Dierdre.

The bell rings.

37.

                         COOK
          Order up!

Dee runs back to the counter to grab the grub.  The zombies
follow and block her in as she pushes the meat towards their
eager hands.

Gary has cleared his plate, and looks up at Drunken Pete.

                     DRUNKEN PETE
          Damn, Gary.  Chew your food.

Gary grabs Pete by the head and, without hesitation, bites
into his forehead.  Another zombie grabs his feet and together
they lay him flat on the counter.  More zombies rush to the
counter to join in on the fresh kill.

Dee shrinks as far away as possible, her back to the kitchen.

The bell rings and a platter is slid up behind Dee.  She
reaches back to pick it up, and brings it around.

Cook's head is sitting on the plate, surround by garnish.

Dee screams and drops the plate on the counter.  She turns
around to find zombies in the kitchen now, raiding the pantry
and gorging on Cook's decapitated body.

She turns to face the room, and the scene is getting ugly.
Most of the zombies have turned their attention to her now,
slobbering and looking mean.

Behind the horde, the front door flies open and Doc Diedrich
runs in, a cattle prod in each hand.  He starts zapping
zombies left and right, clearing a path to the counter.

He holds the mob at bay, the cattle prods held like torches
in front of him.

                     DOC DIEDRICH
          Dee, run!  Now!

Dierdre lunges for the door.  She scrambles over the counter,
but as she's sliding off, a zombie manages to snatch her
exposed ankle and take a bite.

Dee screams as blood gushes from between the zombie's teeth.

Doc moves in with a prod, zapping the offending zombie.  It
shocks the crap out of Dierdre, though, too, who trembles
violently, blood flowing freely from her ankle as the zombie's
jaw lets go.

Doc lays off with the stick, supports Dierdre over his arm,
and runs for the door.

A zombie jumps in the way.  Doc punches it in the face with his free hand and tries to run past.  The punch doesn't do much, though, and the zombie's head comes back around to snap at them.  Doc shields Dierdre with his body, waiting for the inevitable, but it never comes.  The zombie gets close, moans, and turns away.

Doc and Dierdre count their blessings as they run out onto the street.

EXT. MAIN STREET -- CONTINUOUS

The scene on the street is no less imposing.  Doc and Dierdre lean against the diner's door, taking in the scene and looking over their options.

Zombies and dead townsfolk are everywhere.  The old mayor, a fat cat zombie in a nice suit with a rotten sash, is parading down the center of the street, waving to the sidelines as he passes.

                    DOC DIEDRICH
          Mayor Jenson.

At the sound of his name the zombie turns to them, smiles, and waves.  As he looks around, Doc notices other zombies caught up in grotesque imitations of their former lives.

A zombie bluegrass band has set up on the corner under a storefront awning, and is trying to provide a soundtrack to the scene.

Two elderly Zombie Men sitting in lawn chairs on the sidewalk, watching everyone else stroll pass.

A dead workman in a hardhat is in the middle of the street, pounding away on a manhole cover with his palms.

As Doc and Dee watch, a zombie is thrown through the diner window and crashes to the sidewalk beside them.  The zombies inside begin to stagger out through the opening.

Dee leans on Doc's arm as they run off through the mayhem.

INT. SHERIFF'S CAR -- NIGHT

The trio are maneuvering through the busy street on their way back to the station.  A zombie slaps the window of the car as it passes, and Brady jumps at the sound.

                    SHERIFF
          This is getting way out of hand,
          guys.

A zombie dressed as a crossing guard jumps in front of the car with her hand up, forbidding them to pass.  Sheriff, who's driving, slams on the brakes.

The zombie looks at them through the windshield for a moment, then back over her shoulder.

>                    DWAYNE
>           What the...?

Doc and Dierdre hobble past the zombie, and the doctor stares in at them in surprise.

>                    BRADY
>           Is that -

>                    SHERIFF
>           Doc!

Sheriff waves him on.

>                    SHERIFF (CONT'D)
>           Keep going!   Keep going!

The crossing guard steps back out of the way and waves them on, her duty done.

The car speeds off and stops at the station house as Doc and Dierdre are arriving.

EXT. SHERIFF'S STATION -- CONTINUOUS

The three jump out of the car and head for the safety of the police station.  Brady sees Dee's hurt, and moves to help Doc carry her through the doorway.  The door slams shut behind them, and the locks are thrown.

INT. SHERIFF'S STATION -- CONTINUOUS

They scramble inside the station, breathless.  The Doc is having a particularly hard time of it, coughing up spots of blood into a handkerchief, which he quickly folds and stuffs away in a pocket before the others notice.

Duckie jumps up at the noise and runs over the bars of his cell.

>                    DUCKIE
>           Hey!  What the hell is going on around
>           here?

>                    DWAYNE
>           Oh, yeah.  I forgot to mention-

He stops mid-sentence as he stares into the cell next to Duckie.

>                    SHERIFF
>           Who in the...

As each person catches sight of the cell, they stop and stare.

DUCKIE
What?

Duckie starts to get worried, backing away from the adjoining
wall of the two cells.

DUCKIE (CONT'D)
Aww, crap.  What?  Huh?  What?  What
is it?

DWAYNE
That's something you don't see every
day.

We finally get to see the other cell, side by side with
Duckie's.  A zombie is sitting up on the cot, his back to
the wall.  He appears to be sleeping, a bottle of rum in his
hand.

The Sheriff grins.

SHERIFF
It's Tank.

DWAYNE
You're shitting me.

SHERIFF
No, that's him.  Remember how he'd
save us the trouble of rounding him
up and just come on in here to sleep
it off?

BRADY
You knew this guy?

SHERIFF
He was a town drunk.  Died a few
years back of liver failure.

DUCKIE
Say that again?

Dierdre groans.  Sheriff remembers her plight and retrieves
a first aid kit.  He hands it off to Doc, who starts to clean
and bandage her wound.

BRADY
Duckie, what are you doing in there?
Are you alright?

DUCKIE
Brady, who or what is in that fucking
cell?

SHERIFF
Dwayne, get him out of there.

41.

                    DWAYNE
          He's a prisoner, Sheriff.

                    SHERIFF
          Bullshit.  Open that cell.

Dawg huffs as he fishes for his keys.

                    DUCKIE
          I gotta tell you, little doggie, you
          open that door and I'm gonna kick
          your ass.

                    DWAYNE
          Yeah, sure you will.

                    SHERIFF
          Dawg, you open that door or I'll
          kick your ass.
              (to Duckie)
          I'm sorry about this, Dwayne here's
          kind of a jerk-off sometimes.

                    DWAYNE
          You don't even know what he did.

Sheriff takes the keys from him and unlocks the cell himself.

                    SHERIFF
          He's only been here a couple hours,
          Dwayne.  I can guess.

He holds the door open.  As Duckie walks past, Sheriff gets
a look at the bruise Paul left on him.

                    SHERIFF (CONT'D)
          He do that to you?

Duckie and Dwayne stare each other down.

                    DUCKIE
          No.  He didn't.

Duckie looks past Dawg and into the next cell.

                    DUCKIE (CONT'D)
          Jesus.

Sheriff throws the keys on his desk and grabs some ammo,
reloading his weapons.

                    DUCKIE (CONT'D)
          So, what's the deal?  The guy died
          in there?

The zombie shifts his weight.  Duckie jumps back in alarm.

42.

                    DUCKIE (CONT'D)
          Holy shit!

                    BRADY
          This isn't the only one, either.

Duckie looks at Dwayne, then walks defiantly over to the
window.

He looks out for a moment before closing the curtain.  He
walks over to a desk, pulls out a chair, and sits down calmly.

                    DUCKIE
          Is this for real?

                    BRADY
          Looks that way.

                    DUCKIE
          Okay.  Vampires, huh?  I get it.

Dwayne snorts with laughter.  As Duckie's temper rises, Brady
rests a calming hand on his shoulder.

                    BRADY
          Zombies, Duck.  These are zombies.

                    DUCKIE
          God, do you guys throw everything in
          jail?

                    SHERIFF
          It's kinda hard to explain.

                    DUCKIE
          Get started.

                    SHERIFF
          Some folks around here...just don't
          like to stay dead, is all.

Silence.

                    SHERIFF (CONT'D)
          Not everybody, of course.  But enough.

                    DUCKIE
          And no one's ever heard of this?

                    SHERIFF
          Well, they're not supposed to get
          out like this.

                    BRADY
          Out of where, exactly?

Sheriff doesn't answer, distracted by the Doctor Diedrich.

                    SHERIFF
          Hey Doc, you alright?

Wrapping Dierdre's wounded ankle, the Doc is spacing out.
His head is bent down close to the bloody gauze, and he's
looking a bit catatonic.

                    SHERIFF (CONT'D)
          Doc?

Dierdre reaches out and brushes Doc's cheek lightly with her
fingertips.  He shakes himself out of it, and goes on as if
nothing was wrong.

                    DIERDRE
          It's been going on as far back as
          anyone can remember.  I used to hear
          stories...in the old days, they used
          to just shoot them.  Or torment them,
          or tease them.

Sheriff glares at Dwayne.

                    SHERIFF
          Oh, did they?

                    DIERDRE
          Just why they started rounding them
          up...I don't know.  Personally, I
          think, these were friends.  Neighbors.
          Loved ones.  The pain of losing them
          once was enough.

She looks lovingly at Doctor Diedrich, touching his hair.

                    DIERDRE (CONT'D)
          Besides, if God didn't want these
          people to leave the Earth just yet,
          who were we to go telling him
          otherwise?

Doc finishes his ministrations, but continues to fawn over
her, his worried eyes glancing back to her ankle often.

                    SHERIFF
          So now we round 'em up, and the priest
          takes care of them from there.

Brady is speechless.

                    DWAYNE
          Where the hell is he, anyway?  He's
          gonna have a lot to answer for in
          the morning.

>                    SHERIFF
>         Last I saw, he was laying at the
>         bottom of the hole.   In pieces.

He looks at his watch.

>                    SHERIFF (CONT'D)
>         Might still be there.

>                    DUCKIE
>         He's smarter than us if he isn't.

Duckie gets up to leave.

>                    DUCKIE (CONT'D)
>              (to Brady)
>         You coming, man?

>                    SHERIFF
>         You're leaving?  You won't get 20
>         feet out there on your own.  I'm
>         sorry, forget it.

>                    DOC DIEDRICH
>         Well, we've got to do something.
>         Dierdre is in trouble.

Dierdre really isn't looking too good.  She's lost a lot of blood, and her face is starting to get pale.

>                    DIERDRE
>         Oh, don't worry about me.

Her eyes roll back into her head and she nods off.

>                    DOC DIEDRICH
>         The bites are infectious.  She'll
>         turn over if we don't get help soon.

>                    DWAYNE
>         Well, hell.

Dawg picks up a gun and walks over to her chair, pointing it at her head.  Sheriff reacts fast and grabs it before he can pull the trigger.

>                    DWAYNE (CONT'D)
>         The last thing we need is one of
>         those things running around in here,
>         Sheriff.

Doc, meanwhile, has pulled a small pistol from his boot, and holds it inches from Dwayne's chest.

                    DOC DIEDRICH
          Even on a normal day, it wouldn't
          take much, Dwayne.  And this sure as
          hell ain't no normal day.

                    SHERIFF
          Easy!  Come on, let's just put the
          guns down.

                    DUCKIE
          Nah, I say you let the Doc shoot
          that other one.

                    DOC DIEDRICH
          I can help her.  If we can get her
          over to my office, I can help her.

At this, even the Sheriff is surprised.

                    SHERIFF
          Are you serious?

                    DOC DIEDRICH
          I think so.  I've figured out the
          formula.

The Sheriff looks a bit suspicious.

                    SHERIFF
          Shit, Doc, when did that happen?

                    BRADY
          Will it work for the rest of them?

                    DOC DIEDRICH
          A cure for the dead is out of the
          question.  They're dead.  But it's
          not too late for Dee.

                    SHERIFF
          Are you certain?

Doc is sweating, and his makeup is running; dark patches of
skin are starting to show through beneath.  His eyes are
wide.

                    DOC DIEDRICH
          The only certainty here, Sheriff, is
          the fact that I will blow the heart
          out of your Deputy's chest if as
          much as touches her.

They stare each other down.

                    BRADY
          Guys.  Come on.

                    DWAYNE
          Ah, what do you know?

Dwayne gives in and holsters his weapon.  The Sheriff takes
Doc's hand and lowers his gun.

                    DWAYNE (CONT'D)
          I guess you'd better get going,
          though.  She isn't getting any warmer.

                    SHERIFF
          And we've got some zombies to bottle.
          Dwayne, I want you to get the other
          boys on the radio and have them meet
          you over on Town Line Road.  It's
          the only way outta here, and we've
          gotta put a cork on this shit ASAP.
          I want you to set up the road block.

                    DWAYNE
          Got it.

                    SHERIFF
          Doc, how about Dee?

                    DOC DIEDRICH
          She can't stay here.  I've got to
          sew this up.  Might have to amputate.
          I won't know 'till I get her up on
          the table.

                    SHERIFF
          Alright.  We'll take her on over to
          your place.
               (he turns to Brady)
          After that, we'll help you clean up
          this mess.

                    BRADY
          Me?

                    DUCKIE
          Next time I suggest you take a closer
          look at the job description.

Sheriff grabs some guns and starts passing them out.  When
he gets to Duckie, Dawg steps in.

                    DWAYNE
          Not him.

                    DUCKIE
          Okay, that's it!
               (to the Sheriff-)
          Gimme a gun.

47.

                    DWAYNE
          He's a drifter, Sheriff.  Cops and
          Collars only.

                    DOC DIEDRICH
          Now is not the time, Dwayne.

                    DWAYNE
          You going to be responsible when his
          head gets bit off?

                    SHERIFF
          I'm sorry, but he actually has a
          point.  We've got rules about this,
          I'm afraid.  Cops and Collars only.
          You stay here.

                    DUCKIE
          I am not staying here, by myself-
               (he points at the
                zombie drunk)
          -in the same room as that.

                    BRADY
          Duckie, come here.

                    DUCKIE
          Why?

                    BRADY
          Just come here.

Duckie stands in front of Brady.

                    BRADY (CONT'D)
               (to Sheriff)
          Cops and Collars only, huh?

He nods.  Brady turns back to Duckie.

                    BRADY (CONT'D)
          Do you believe in God, the
          church...and...and, uh, doing right
          by all the people in the world?

Duckie gives a sideways glance at Dawg.

                    DUCKIE
          Not necessarily.

                    BRADY
          You've got to work with me here,
          Duck.

                    DUCKIE
          Okay, okay.  Yeah, sure.  Whatever.

48.

Brady makes the sign of the cross and smacks Duckie in the forehead with his palm.

> DUCKIE (CONT'D)
> What was that for?

> BRADY
> I've never done this before, just go with it.

> DWAYNE
> What the hell's this?

> BRADY
> William McGuinness, by the power given me by the Church and God Almighty, I hereby ordain you...
>    (Brady smiles)
> Reverend "Mad Duck."

He turns to the Sheriff.

> BRADY (CONT'D)
> Now, give the man a gun.

The Sheriff happily obliges.  Duckie looks at Brady with a bit of wonder.

> DUCKIE
> For real, pops?

> BRADY
> For real, father.

> DWAYNE
> Can he do that?

> DOC DIEDRICH
> Works for me.  Let's go.

Doc lifts Dee and heads for the door.  Brady moves to help him, but Doc shakes his head.

> DOC DIEDRICH (CONT'D)
> You're gonna need your hands free, I'm afraid.

Brady grabs a shotgun instead.

At the bottom of the door, the mail slot creaks open.

The room gets quiet as they watch some letters fall through. Duckie picks them up, studying them.

> DUCKIE
> Know someone named Kephart?

                        SHERIFF
            What?

He drops the letters to the floor.

                        DUCKIE
            Postmarked 10 years ago.

He nods towards the door, and Brady takes a look out the
peephole.

                        SHERIFF
            Anything?

                        BRADY
            Couple of dead people, bunch of
            zombies.  It's all good.

Sheriff nods and turns to Dawg.

                        SHERIFF
            Call Hank and Earl.  Be careful, but
            be quick.

                        BRADY
            Sheriff, wait.  Just for the record,
            I'm somehow in charge of this mess
            now, right?

                        SHERIFF
            Sorta, yeah.

                        BRADY
            And these things go down for good if
            you put one in the head?

                        SHERIFF
            Yup.

                        BRADY
            Then enough of this coddling crap;
            Gentlemen...

He cocks the shotgun.

                        BRADY (CONT'D)
            Aim high.

Sheriff throws open the door, and they head out into the
night.

EXT. MAIN STREET -- NIGHT

A woman, MIRIAM, is crouched in the doorway of an office
building.  She's clutching an infant to her protectively.
She peeks around the corner; the coast seems clear.

                          MIRIAM
                Hang on.

She puts her car keys in one hand, grabs the babe tighter,
and runs for the street.

She turns the corner of the building and runs straight into
Zombie Mayor Jenson.

Miriam is frozen, a scream forming.

Mayor Jenson reaches out for the baby.  The zombie's arms
open wide as its head bends down towards it, its dead, rotten
lips parting.

Miriam watches helplessly as the zombie gives her baby a
big, wet kiss.

Mayor Jenson looks up at Miriam and gives a smile.

                     BRADY (O.S.)
           Hey lady, watch out!

A gunshot, and the Mayor's head explodes all over Miriam and
the baby.  The zombie drops.  Brady pauses as their group
runs past.

                     BRADY (CONT'D)
           You okay?

                     SHERIFF
           Get the fuck home, Miriam!

Miriam runs off to her car, covered with goo.  Brady and his
new pals run across the street to the Medical Center.  The
Sheriff covers them as they scramble inside.

INT. MEDICAL CENTER -- NIGHT

                     DOC DIEDRICH
           Down the hall, and take a right.

The group runs through the lobby, but comes to a halt as
they see past the open double doors into a large room beyond.

                     DUCKIE
           Well, at least they're keeping busy.

INT. BINGO HALL -- CONTINUOUS

Duckie and the others are looking in on the Peterborough
Saturday Night Bingo Rally.  A room full of zombies are
huddled over their bingo cards, watching eagerly as a Zombie
Host at the front of the room spins the lot of numbered white
balls.  Half eaten patients and medical staff are strewn
about the floor.

As the balls spin down, one of the Host's eyeballs falls
into the bowl.  An elderly Zombie Woman reaches in and
randomly pulls out the eyeball, holding it up for everyone
to see.

She moans, and the bingo players mark off their cards.  One
of them stands up and holds his card up, wailing incoherently;
the zombie equivalent of "Bingo!"  A few cards fly at his
head as the other players throw them in anger.

The Zombie Woman who drew the eyeball shoves it into her
mouth.  The Host reaches out to her in vain, watching on
with his good eye as she chews into it.

INT. MEDICAL CENTER -- CONTINUOUS

                    BRADY
          Screw this job.

Doc, still holding Dierdre, pushes past him.

                    DOC DIEDRICH
          Keep going, before they notice us.

They run to the end of the hall and turn into Doctor
Diedrich's office.

INT. DOCTOR'S OFFICE -- CONTINUOUS

They throw the lock, and Brady and Duckie throw some of the
waiting room furniture in front of the door for good measure.

                    SHERIFF
          Doc, work fast.

Doctor Diedrich walks past exam room #1 and flips on the
lights.

                    DOC DIEDRICH
          Put her in here.  I'll go get the
          serum.

They rest her on the bed.  Duckie watches as Doc walks to a
closet marked "Storage," keys it open, and disappears inside.

                    BRADY
          They were playing bingo.

Doc reappears with a syringe, some needles, and a couple
vials of dark, brown liquid.

                    DOC DIEDRICH
          I figure we'll take along some extra,
          for the rest of us, just in case.
          You can wait out here while I work
          on her.

He closes the door, leaving the others to wait outside.

> BRADY
> Why were they playing bingo?

> SHERIFF
> It's a fun enough game.

> BRADY
> I'm not denying that, Sheriff.  Why
> are the zombies playing it?

> DUCKIE
> Better that than eating us.

Duckie leaves them and takes a peek into the storage room
Doc was using.

> SHERIFF
> It's strange, I know.  Most of the
> time we're called out to round up a
> fresh one, we'll find 'em at work,
> or at home.  Sometimes at the bar.
> I think they get a little confused,
> being dead and living life - but
> they've got something inside telling
> them to keep at it.

> BRADY
> There are so many of them.  We're
> never going to be able to round them
> all up again.  You know that, right?

> SHERIFF
> Round 'em up?  Hell, I don't even
> know how we're gonna find them all,
> much less cap the boogers.  I just
> hope the boys get that road block up
> in time.  At least with the mountains
> around I don't think there's any
> other real way for them to get out
> of here.

Duckie calls out to them from the storage closet.

> DUCKIE (O.S.)
> Hey guys!  Come have a look at this.

They follow him inside.

                                                    CUT TO:


INT.  EXAM ROOM #1 -- NIGHT

> DOC DIEDRICH
> Nasty little bite you've got there.

Dierdre is laying on the bed, Doc is at the counter.  He's
lining up everything he's going to need - the shot, the
needles, the stitches, Novocaine.

>                    DIERDRE
>          It was awful.  They ate Cook.  And
>          Pete.

He takes her skirt and starts to roll it up her legs.

>                    DOC DIEDRICH
>          Excuse me.  I need to get this out
>          of the way.

>                    DIERDRE
>          Stop for a second.  Come over here.

He walks over, leaning close to her head.  She runs her
fingers over his cheeks, the makeup coming off on them.

>                    DOC DIEDRICH
>          You're going to be alright, you know.

>                    DIERDRE
>          I know.

She pulls him closer and gives him a little kiss.  Then
another.  What was a simple peck ends up a long, heavy smooch.

>                    DIERDRE (CONT'D)
>          Okay, Doctor.  Now, tend to that
>          gash.

INT. STORAGE CLOSET -- NIGHT

It's a standard storage closet, full of your standard doctor's
office storage.  Duckie is standing at the other end, holding
open a door with shelving bolted to it.  If it had been
closed, you'd never know it was there.

He looks back over his shoulder at the Sheriff and Brady,
and nods in the direction of hidden room beyond.  Sheriff
walks inside.

INT. SECRET LAB -- CONTINUOUS

The first thing to hit him is the smell.  Sheriff makes a
face, then holds his nose.  The others follow him in.

>                    BRADY
>          Whoa.  What's that?

Doctor Diedrich's secret workroom is a cluttered affair.
Instruments are strewn about on worktables, surrounded by
body parts in various states of decay.

                    SHERIFF
          Doc never said a word about this.

A severed arm is lying across one table, writhing in an iron
restraint.  Electrodes run from the bloody, severed end to
the open skull of a zombie's head, which sits on a table by
itself.

The skull's eyes rove around, studying the newcomers.

                    SHERIFF (CONT'D)
          What the devil has he been up to?

On the walls, other body parts are hung on nails and placed
on shelves.  In a cabinet, rows of bottles containing the
Doc's serum are labelled by date.  Duckie picks one up.

                    DUCKIE
          His zombie juice.  This one's labelled
          almost 5 years ago.

The zombie head opens its mouth.  It looks like it's trying
to speak, but a lack of lungs or chest cavity prevents it.

                                        CUT TO:

INT. EXAM ROOM #1 -- NIGHT

Doc has stitched Dee's bite, and is wrapping fresh gauze
around the wound.  As he finishes, he strokes his handiwork,
grazing skin.

He hesitates, his hand slowly moving up bare leg.  His head
lowers and he gives her thigh a kiss.

Dierdre sighs with pleasure, and her legs part slightly.

                                        CUT TO:

INT. SECRET LAB -- NIGHT

Duckie is poking the zombie head with a metal pointer.  The
skin is rotten and squishy, and it slides into the cheek
with ease.

                    SHERIFF
          Quick poking him.

                    DUCKIE
          He's dead, what's he gonna care?

The zombie's jaws snap shut suddenly, and Duckie jumps back
a bit, startled.

                    DUCKIE (CONT'D)
          Hey!

Brady, who has been sifting through the piles of paper on one of the tables, picks up a leather photo album.  It falls open to the last page.

There's a Polaroid of a zombie's face, somewhat rotten, but not too far gone.

                         BRADY
              Sheriff, look at this.

Sheriff takes the book, then compares the photo to the head on the counter.

                         SHERIFF
              I wonder where the rest of him went.

He flips back a page to another picture of what appears to be the same zombie, only in a slightly less state of decay.

                                             CUT TO:


INT. EXAM ROOM #1 -- NIGHT

Doc is looking a little freaked out as he showers Dierdre's thigh with sensual kisses, leaving little smears of lipstick as he works his way up her leg.  His eyes are wide and bloodshot as he pushes Dee's dress higher.  Dee reaches down and pulls his head along with it.

Doc's head is about to disappear under Dee's dress when he backs off a moment, staring up her leg intently and licking his lips.

                                             CUT TO:


INT. SECRET LAB -- NIGHT

Brady is looking at the head on the counter while it struggles to get its mouth into biting range.

                         BRADY
              Sheriff, I don't think this is the
              zombie in the picture, tell you the
              truth.

Sheriff flips the page back again, and here, once more, the same zombie, only slightly more fresh.  He's wearing a different shirt this time - a green turtleneck sweater.

                         SHERIFF
              Oh, no.

Sheriff looks up at Brady in alarm.  He flips the whole book over, and opens up to the first page.

It's a picture of Doctor Diedrich.

                                              CUT TO:


INT. EXAM ROOM #1 -- NIGHT

Doc lunges at Dierdre's thigh and rips off a nice, bloody chunk of flesh.

Dierdre screams and rolls off the table, falling hard onto the floor.  Doc grabs the chunk in his teeth and holds it steady while he chews off a smaller piece.

                    DIERDRE
          David!  No!

Doc almost comes to his senses.  He looks at the flesh in his hand, and at Dee, and spits the rest out onto the table.

                    DOC DIEDRICH
          Dier...dre...ahh...

His eyes well with tears and he grabs at his hair. He pulls off layers of scalp, the hair clinging to the bloody skin. He looks at the scalp in his hands with amazement and holds it out to Dierdre.

                    DIERDRE
          Get back!  Go away!

Doc is finding it hard to talk, as he begins the last stages of turning over.

                    DOC DIEDRICH
              (gasping)
          I...love...ohhh...

Dierdre wails as her leg bleeds and her heart breaks.

                                              CUT TO:


INT. DOCTOR'S OFFICE -- CONTINUOUS

Sheriff, Brady and Duckie run into the hallway in time to catch a glimpse of Doctor Diedrich making for the front door. He throws the furniture out of the way rather easily and runs out of the office.

                    SHERIFF
          Doc?  Doc!

Brady points his gun at the fleeing Doctor, but the Sheriff knocks his hand aside.

                    SHERIFF (CONT'D)
          No!  Wait!

                              DUCKIE
                    Son of a bitch!

Dierdre's crying draws their attention to the scene in the
exam room.  They stand in the doorway taking it all in.
It's quiet, but for the sniffles of the dying woman.

And from the hall, we begin to hear the footfalls of zombies.

                         DUCKIE (CONT'D)
                    Here they come.

                                                      CUT TO:


INT. MEDICAL CENTER -- NIGHT

Duckie carries Dierdre as the Sheriff and Brady flank him on
either side, shotguns in hand.  They run down one hall and
turn a corner into the next.

Their path is packed with zombies.

                              DUCKIE
                    Ah, crap.

At the sound of his voice, the zombies turn and notice them.
They moan as a collective, the sound chilling to the bone.

                         DUCKIE (CONT'D)
                    Ah, crap!

                              SHERIFF
                    Let's move!

The shotguns clear a path through the oncoming bingo horde
as they break for the exit.

The Sheriff is the better shot, blasting heads open and
knocking zombies off their feet.  Brady doesn't do too bad -
the ones he doesn't put down for good are at least knocked
backwards long enough for the group to get by.

An old zombie woman comes up from behind and grabs Duckie by
the waist.  Already struggling with the weight of Dierdre,
he almost collapses.

                              DUCKIE
                    Little help here!

Brady whips around and puts the barrel of the gun up the
zombie's neck.  He squeezes the trigger, blasting shot through
the other side and into the wall behind.  Her head flops
over to the side, hanging on to her body by a thick cord of
flesh.  It's enough to make her let go, and Brady shoves
Duckie forward once more.

EXT. MAIN STREET -- NIGHT

The group pours out onto the street and runs for the police station.

As they get to the corner they see the Zombie Crossing Guard standing in the middle of the street, holding its hand out to the non-existent traffic in warning and waving them forward.

They are about to run past as The Sheriff shouts out a warning.

                    SHERIFF
          Hold up, Chuck!

A pick-up truck rounds a corner and comes barreling down on the crossing guard, smashing into the zombie and splattering it over the hood of the vehicle.

The truck wavers drunkenly down the road.  Two zombies are in the front seat.  A handful more are sitting in the back, tossing out beer cans and jeering at the heroes on the corner. One of them is a freshly turned Zombie Hank.

A beer can rolls to the curb at the Sheriff's feet, as Brady takes a moment to reload his shotgun.

                    SHERIFF (CONT'D)
          I think that was Hank.

He turns a worried face to Brady.

                    SHERIFF (CONT'D)
          If he's here, who the hell is holding
          the roadblock?

                                                CUT TO:


EXT. ROAD BLOCK -- CONTINUOUS

Earl stands in front of his car, parked across the road near the edge of town.  Dead zombies line the pavement in front of him.

He howls a fearsome battle cry as he lifts both hands, a gun in each, and starts emptying rounds past us into the street beyond.

                                                CUT TO:


EXT. MAIN STREET -- CONTINUOUS

The group runs past the remains of the crossing guard.  They get to the station door and find it locked.  Sheriff fishes for his keys as the zombies in the street come closer and closer.

59.

A new group of zombies rounds the corner of the building and comes at them. Brady jumps in front of the others, his shotgun at his shoulder.

                    BRADY
          Open that door!

Brady gets off one blast before the crowd is on him. Two of them stop for Brady, the rest keep coming. Sheriff drops the keys in favor of a pistol. Duckie drops Dierdre and runs forward to help his friend.

Duckie pushes straight through the oncoming crowd to where Brady is struggling with his attackers. Brady has one of the zombies pinned against the wall with his shotgun, and is trying to hold off the other with awkward kicks.

Sheriff caps a few of the zombies headed his way, but hesitates at shooting near Duckie and Brady, not wanting to hit the wrong man.

Duckie plows into the second zombie and pushes him against the wall next to Brady's.

                    SHERIFF
          Hit 'em!

Duckie holds his zombie against the wall by the chest, dodging the creature's snapping teeth. It grabs hold of Duckie's shirt and starts to pull him closer.

Brady pushes hard against his zombie's throat with the shotgun, and the steel begins to sink through the rotting flesh. Bones snap as the zombie's windpipe collapses under the pressure.

Sheriff turns to the street and sees more zombies headed his way. He grabs Dierdre and drags her around the other side of a parked car for cover.

                    SHERIFF (CONT'D)
          Just hit him!

A few more zombies round the corner and come to join the fray. Duckie sees them and finally listens to Sheriff's plea. He lets go of the zombie and pulls his fist back, ready to deliver a hammering blow. But when the zombie comes for him, Duckie hesitates. It grabs him by the throat and tries to chomp down.

Brady tips the shotgun a bit, moves his left hand over to the trigger and squeezes. Shot flies into the shoulder of Duckie's attacker, knocking them to the ground. The recoil has freed the zombie pinned against the wall, and it grabs at Brady.

                    SHERIFF (CONT'D)
          Aww, hell.

Sheriff decides to take his chances and fires.  The bullet
bounces off the wall next to them, narrowly missing Brady in
the process.  The second shot hits the zombie in the neck,
not even slowing it down.

Suddenly, the station door flies open and ZOMBIE CAPTAIN
KEPHART steps out.

This zombie, though, is a bit different than the rest.  For
starters, he's decked out in the familiar armored suit of
the town's Zombie Squad.  A pistol on each hip and a cattle
prod in each hand, he steps down the stairs into the crowd
of angry dead.

Sheriff and Dierdre watch on, amazed, as Kephart shoves his
cattle prods into the mass of zombies.  The two he zaps buckle
over, and Kephart lifts the prods over them and brings them
down hard on their heads, spilling their brains on the
sidewalk.  He swings the prods like medieval maces, smashing
them into the faces of the dead.

He shoves one prod through the back of a zombie's head,
leaving it there as the zombie falls to his knees, smoldering.

His hand free, Kephart snatches a pistol from his holster
and fires from the hip, quick-draw style.  He hits Brady's
attacker right between the eyes.

                    BRADY
          Holy shit.

The rest of the zombies back away, but Kephart doesn't spare
them.  He clips off the last remaining few, gives his pistol
a little twirl and holsters it, barrel still smoking.

Kephart grabs the keys off the ground and tosses them back
over his shoulder to the Sheriff as he walks off down the
street and disappears into the darkness.

Brady and the Sheriff stand over Duckie.

Duckie lifts his head and looks down at himself, then lets
his head fall back to the pavement with a hard thud.  Brady
grimaces for him.

Duckie's vision is failing, his friends' words bleary and
hard to hear as he drifts into unconsciousness.

                    SHERIFF
          Mad Duck, you alright?  Mad Duck?

>                    BRADY
>          C'mon, Sheriff, let's bring them
>          inside...

                                                FADE TO:


EXT. ROAD BLOCK -- NIGHT

It's quiet now.  The bodies have been moved to the side of
the road.  Earl is nowhere to be seen.

Headlights approach, fast, illuminating Earl's car.

As the oncoming vehicle slows, Earl pops up from behind his
hood and starts unloading shotgun rounds into the approaching
headlights.

Tires lock, the siren squeals, and the cruiser's red and
blues shine.  Earl lays off with the shotgun.

From the shattered driver's window, Dwayne's head appears.

>                    DWAYNE
>          You about done?

Earl lowers his gun, grinning from ear to ear.

>                    EARL
>          Sorry 'bout that, Dawg.

The cruiser's doors open and Dwayne, Paul, Tiny and the
Expendable Cronie, all armed, step out.  Dwayne is decked
out in his Zombie Armor, belts of ammo strung over his
shoulders, a pistol holstered on each leg.  His cattle prod
is clipped to his belt, and he holds it out of the way as he
steps out onto the pavement.

>                    EARL (CONT'D)
>          Yeah!  Fucking calvary.

>                    DWAYNE
>          Dammit, Earl!  What the hell did you
>          think you were doing?  Those things
>          don't drive!

                                                CUT TO:


EXT. ROAD -- NIGHT

The pick-up truck full of zombies is careening through the
wooded lane.  The zombie next to Hank picks up an empty beer
can and crushes it on his head.  The can doesn't buckle all
the way, though, and presses into the soft, rotten flesh.

When his hand comes down, the can stays stuck in his forehead,
sticking out halfway.

The other zombies nod and moan their approval as they ride into the darkness.

                                                        CUT TO:


FLASHBACK -- A BOXING MATCH

INT. STADIUM - BOXING RING

The lights are BRIGHT.  It's a packed house at a Las Vegas fight.  Two men are in the ring.

One of them is Bill "Mad Duck" McGuinness.

The other man is unrecognizable.  His face is swollen and bloodied beyond recognition.  Why this fight has not yet been stopped is anyone's guess.

Duckie takes a huge punch to the side of his head.  He stumbles.  The bell rings.  The ref steps in, and Duckie walks back to his corner.

He goes through the routine - water, spit.  Cut-man smearing crap all over his face.  His TRAINER and the TOWEL BOY step up behind him.  The trainer is a classic, grizzled old veteran.  The towel boy is a weasely, pimply-faced nerd.

The old man is massaging his shoulders.

                    TRAINER
          This guy's dead out there, Duck.

                    TOWEL BOY
          You're killing him, Duckie!  You're
          killing him!

                    TRAINER
          Just smack him and let's go home,
          huh?  Get ready for the champ.

                    TOWEL BOY
          Finish him off, Duckie.

                    TRAINER
          Look at him!  He's ready to go down,
          Duck.

Duckie looks at his opponent in the opposite corner.  Nearly obscured by corner men, fight doctors and photographers, the man is clearly beaten.

                    TRAINER (CONT'D)
          He's a ten dollar hooker, Bill.

                    TOWEL BOY
          He's a hooker, Duckie.

                         TRAINER
                 He WANTS to go down.

                         TOWEL BOY
                 He wants it.

                         TRAINER
                 He likes it down there!

                         TOWEL BOY
                 He likes it, Duckie!  He likes it!

                         TRAINER
                 You just have to tap him.

Duckie's mouthpiece goes back in.

                         TOWEL BOY
                 Just tap him...

The bell rings.

Duckie's opponent lifts his gloves up to his face.  Duckie's
magic fists find their way between them.

The glove smacks skin.  Blood, snot and sweat ripple off.
The man's head flies back, and his body follows it over the
ropes and out of the ring.

                         ANNOUNCER (V.O.)
                 I can't believe it!  It's over!
                 It's all over!

END FLASHBACK.

                                                    FADE TO:


INT. SHERIFF'S STATION -- NIGHT

Duckie's eyes flutter open.  He's looking at the tiled ceiling
of the police station.

He turns his head and looks across the room.  Dierdre is
laying back in the chair next to the window, staring out,
oblivious to the world.  Tank, the zombie drunk, is sitting
at the gate of his cell.  His arms dangle through the bars,
a tin cup about to slip out of his fingers.

Duckie turns his eyes back to the tiles on the ceiling, takes
a deep breath, and closes them again.  A moment later, he
turns and takes another look.

The scene hasn't changed.  Tank rattles his tin cup across
the cell bars with a clang.

                         SHERIFF (O.S.)
                 Knock it off!

The clanging continues until Brady walks into the room and snatches the cup away.  Tank moans and lays back down on his cot.

                    DUCKIE
          Brady?

Brady grins at him and walks over.

                    BRADY
          You're up.

                    DUCKIE
          I didn't throw that fight, you know.

                    BRADY
          Pardon?

                    DUCKIE
          My last fight.  I didn't take the
          dive.

Brady reaches out a gentle hand to Duckie's shoulder.

                    BRADY
          Duckie, what's wrong?  Are you
          alright?

                    DUCKIE
          I just couldn't hit him.  Not again.

Duckie sits up a little.

                    DUCKIE (CONT'D)
          You know, it's not so bad, really.

                    BRADY
          Duckie, what are you talking about?

                    DUCKIE
          Being dead.

                    BRADY
          You're not dead.  You're fine.

Duckie looks unconvinced.

                    DUCKIE
          Yeah?  How do you know?

Brady flicks a finger at Duckie's ear, and the boxer yelps in pain.

                    BRADY
          You're fine.  Just a knock on the
          head is all.

Duckie is still worried.

                    DUCKIE
          I could've had internal injuries.

Brady flicks him again, harder.

                    DUCKIE (CONT'D)
          Hey, quit it!

                    BRADY
          Then get up.

He does, holding his head as he swoons with the effort.  He
walks to the window behind Dierdre and checks out the sights.

The zombies are congregating around the station now.  Some
are at the front door, slapping at it effortlessly.  Some
are leaning against the building.  The rest of the street
looks deserted.

The Sheriff walks in, holding the photo album from Diedrich's
office.  He tosses it onto a desk next to Brady.

                    SHERIFF
          Leprosy, my ass.  From the looks of
          this, we'd do good to stay away from
          that tonic.

Duckie taps at the glass on the window while he watches the
zombies outside.

                    DUCKIE
          What did I miss?

                    SHERIFF
          I think they're getting hungrier.
          Hopefully, everyone else made it
          home.  We must be all that's left in
          town.

A zombie notices Duckie at the window.  It lifts a finger
and points, wailing pitifully.

                    BRADY
          Yeah, they do that.

As they watch through the window, Zombie Captain Kephart
returns to the scene.  He walks up behind the wailing zombie
and wraps an arm around its rotten neck.

Kephart squeezes and twists, popping the head off and letting
the body drop.  Holding the head between his hands, he lifts
it in the air and throws it to the ground, smashing it onto
the pavement like a rotten pumpkin.

                    DUCKIE
          What in the hell is that?

Sheriff points to the mantle, where a photograph of a rugged
looking man in a police uniform sits next to a silver urn.
Duckie walks over and picks up the picture.

                    SHERIFF
          Captain Kephart, my old boss.  Died
          10 years ago.

Duckie brings the picture to the window, holding it up for
comparison.  Kephart pulls a pistol and walks off down the
road, pausing now and then as he shoots a zombie.

                    SHERIFF (CONT'D)
          That was a bad day.  Some folks got
          together for a field trip down to
          the casinos.  The bus got in an
          accident;  killed everybody.  Just
          about all of them turned over at the
          same time, and busted loose from the
          funeral home.  It was a long
          afternoon, that's for sure.  Kephart
          took a bite, died later that night.

Sheriff takes the picture from Duckie, looking at it proudly.

                    SHERIFF (CONT'D)
          He was, hands down, the toughest son
          of a bitch I ever met.  He lived to
          bag zombies.

                    BRADY
          And he's been in that pit with them
          ever since?  Poor bastard.

                    SHERIFF
          No, he wasn't down there.  I'd have
          seen him.  Hell, Earl told me they
          had him cremated.

Brady takes the urn off the mantle and twists it open.

He reaches inside, pulls out a peanut M&M, and throws it in
his mouth.

                    DUCKIE
          Oh, yeah!  Pass those over, I'm
          starving.

Sheriff looks in at the candy, amazed, as Duckie takes a
handful.

                    BRADY
          So, if he wasn't in the pit...

67.

                         SHERIFF
              He must've been hanging around
              somewhere.  Laying low, waiting.
              For this, I wonder?

                         BRADY
              With him on our side, maybe we've
              got ourselves a fighting chance.

                         DUCKIE
              Is that what we need?

They look at the Sheriff.

                         SHERIFF
              No, you're right.  We need a plan.

Dierdre takes this moment to fall out of her chair and spill
onto the floor.  Brady runs over and helps her back up.

                         DUCKIE
              Is she dead?

                         BRADY
              I fixed her up as best I could, but
              honestly, I don't know why she isn't.
              She lost a lot of blood.

                         DUCKIE
              Isn't it obvious?

Brady gets her back in the chair, looking out the window.

                         SHERIFF
              She's turning over.  We'll have to
              take care of her before too long.

At the window, Brady leaves Dierdre staring out at the crowd
of zombies.  They ignore her, milling about in their zombie
way.  One of them, though, in the center of the crowd, fixates
on her.

The crowd thins, and Zombie Doctor Diedrich walks up to the
glass.  Dierdre smiles, and touches the glass lightly.  Doc
reaches up and touches the other side.

Brady notices her movement and walks over to check things
out.  By the time he gets to the window, the Doctor is gone.

EXT. ROAD BLOCK -- NIGHT

Earl is patrolling the edge of the woods while Dawg, Tiny,
and the Expendable Cronie take up positions behind the road
block.  The cars have been moved to completely block the
lanes.  Some sawhorses with police lights on them finish off
the blockade.

Paul is out in front, cutting up a pig with a butcher's cleaver in the middle of the road.

                    PAUL
          Just why the hell is this necessary?

                    DWAYNE
          We need bait.  It doesn't do us much
          good if the fuckers just walk around
          past us through the woods.

                    EXPEDABLE CRONIE
          Whoa!  We're bringing them to us?  I
          thought we were here to keep 'em
          from leaving?

                    TINY
          And why the hell would psychos be
          baited by a dead pig, anyway?

Earl looks at Dwayne suspiciously.

                    EARL
          Psychos, Dawg?

Dwayne ignores him.

                    DWAYNE
          'Cause they're fucking nuts, Tiny.

Paul looks at Dwayne with disgust.

                    PAUL
          Bunch of bullshit, if you ask me.
          Only crazies out here are us.  Those
          things were Zombies.

                    EXPEDABLE CRONIE
          Zombies?

Paul leaves the cleaver in the pig and walks back to the group.  Dwayne offers a towel.

                    DWAYNE
          Here, go clean up.

                    TINY
          Psycho zombies!

The radio in the squad car lets out a squelch.

                    SHERIFF (O.S.)
          Dwayne, you there?  Come in.

Dawg drops the towel on the ground and runs over to the cruiser.  Paul scoops up the towel and walks away, cursing under his breath.

69.

Dwayne jumps inside and grabs the radio.

                DWAYNE
I'm here, Sheriff.  What's up?

                SHERIFF (O.S.)
Thank Pete.  You at the roadblock?

                DWAYNE
Roger that.

                SHERIFF (O.S.)
Who've you got with you?

                DWAYNE
Earl, Paul, and a couple of his boys.
Everything's fine, so far.

                SHERIFF (O.S.)
I saw Hank.  He's, uh...not gonna be
joining you.

Dwayne hangs his head.

                DWAYNE
Roger that.

                SHERIFF (O.S.)
Tell Earl I'm sorry.

                DWAYNE
I'll tell him later.

                SHERIFF (O.S.)
You gonna be okay there for a while?

                DWAYNE
Ain't nothing I can't handle, Chief.

                SHERIFF (O.S.)
Which car you in, anyway?

                DWAYNE
Mine.

                SHERIFF (O.S.)
Good.  You still got the big gun in
there?

                DWAYNE
We're just about to set it up now.

Dwayne reaches down and pops the trunk.

                SHERIFF (O.S.)
Alright.
         (MORE)

                         SHERIFF (O.S.) (CONT'D)
              And don't take any shit from Paul's
              boys, we don't have time for it.
              You understand?

                         DWAYNE
              Loud and clear, Sheriff.  Over and
              out.

He hangs up the radio and gets out, looking over his men.

They peer into the darkness, sweaty and nervous.  Earl
crouches in front, pistols in hand, prowling the road.  His
head jerks sharply at every sound - he's ready for anything.

                         TINY
              Man, I hate psychos.

                         EXPEDABLE CRONIE
              Zombies, man.  Crazy mo-fo's.  Killing
              folks?  You really saw 'em though,
              Dawg?  I mean, actually killing folks?

                         DWAYNE
              I don't know what the fuck I saw.
              But whatever they were, they was
              nuttier than shitcakes, that's for
              sure.

                         TINY
              I'm gonna pop some caps in some asses,
              man.  Pop some caps.

                         PAUL
              Heads, Tiny.  You wanna aim for their
              heads.

Dwayne walks back to the trunk of his cruiser.

                         DWAYNE
              Hey Earl, come on over here.  I'm
              gonna need some help with this.

In the bottom of the trunk, where a spare tire would be, is
a sparkling M-60 machine gun.

INT. SHERIFF'S STATION -- NIGHT

Sheriff opens the locker that houses the police officer's
zombie equipment.  He pulls out his suit of armor and lays
it across a desk.  Inside the locker, a second door is opened
to reveal rows of guns and ammo, odd looking clamps, collars,
a strait jacket like the one Harper had been wearing, and a
few extra cattle prods.

                         DUCKIE
              So we got a plan?

Sheriff starts dressing in his body armor.

                    SHERIFF
          Sorta.  We're gonna go get the list.

                    DUCKIE
          Pardon?

                    SHERIFF
          Priest used to keep a list of who's
          who down in the pit.  I'm not sure
          how far back it dates, but it'll do
          for starters.  I figure at some point,
          most of these things are going to
          try to go back to livin'.  If we
          know who they were, maybe we can
          head them off at the pass.

                    DUCKIE
          It's pretty thin.

                    SHERIFF
          It's all I got.

Brady is browsing through the weapons in the Zombie locker.
He picks up a strange looking instrument – a rusty, metal
hood.  A large spike on a hinge is attached near a hole at
the back of the head.

Brady springs the mechanism, and the spike slams through the
hole with surprising force.

                    BRADY
          You guys don't fool around.

By the window, some faint music drifts in, and Dierdre peers
out to find its source.  She sees nothing but hungry zombies.

She slowly gets out of her chair, her joints creaking loudly.
The others watch her with surprised looks as she slowly walks
across the room and into one of the other offices, hunting
for the music.

                    BRADY (CONT'D)
          Where's she going?

                    SHERIFF
          Dee?  You probably want to sit down,
          honey.

He calls after her.

                    SHERIFF (CONT'D)
          Dee?

                    DUCKIE
          Ah, leave her alone.  Poor kid.

                    SHERIFF
          Anyway, there's just one bummer.

                    BRADY
          Just the one?

                    SHERIFF
          The list, far as I know, is at the
          pit.  In the basement of the church.

INT. OFFICE - SHERIFF'S STATION -- CONTINUOUS

Dierdre walks to the window and opens the shutters.  Down
below her on the street is Doctor Diedrich, with the zombie
blue-grass band that had been playing on the street earlier.

Dierdre smiles a bloody grin and puts her hand on the glass
to push it open.

The music drifts inside.  Doc holds one hand to his chest,
the other extended with a single, dead flower.

He starts to sing.  Badly.

                    DOC DIEDRICH
          Agghhh!  Agghhh!  Oh!

Dierdre rests her head on her arms as she enjoys her serenade.

                    DOC DIEDRICH (CONT'D)
          Argg!  Ahh!

As he finishes, Doc walks to the wall beneath the window.
Dierdre leans out, her head tilted forward for a kiss.  As
their faces draw close, she coughs, spitting blood all over
him.  Doc doesn't mind, and their faces lock.

She coughs again, and the blood spills out from between their
lips.

INT. SHERIFF'S STATION -- CONTINUOUS

Brady is loading shells into a pistol grip shotgun.  Sheriff
is slipping bullets into the loops on his belt.

                    DUCKIE
          Hey, I gotta go drown a squirrel.
          Sheriff...which way is the-?

Sheriff points down a hallway.

                    SHERIFF
          Back there, first on the left.

Duckie heads off for the bathroom.

No one notices Dierdre as she silently leaves the office and follows Duckie down the hall, her dreamy smile drenched in blood.

EXT. ROAD BLOCK -- NIGHT

The road block is quiet.  In the street, a lone zombie pokes at the dead pig with his foot.

Dawg and the boys are laying low, watching and waiting. Tiny is behind the M60 with Paul beside him, holding the ammo belt.

                    TINY
               (whispering)
          Now?

                    PAUL
          No, hold up.  There's only the one.

The zombie bends over and starts chew on the pig while the others sit and watch.

                    TINY
          It's working!  He's going for it!

Paul slaps him on the back of the head.

                    PAUL
          Shh!  Whisper.

Dwayne, crouched low, moves past them as he crawls past the cars.

                    DWAYNE
               (whispering)
          Don't shoot 'till I do, you got it?

                    TINY
          Whites of their eyes, right?  Got
          it!

The zombie in the road looks up at Tiny's exclamation, then resumes eating.  Dwayne cuffs him in the back of the head.

                    DWAYNE
          Shh!  Whisper!  And remember, short
          bursts.  That ammo can go quick.

He leaves them and moves down to where Earl is crouched behind the front wheel of the cruiser, his pistols ready.

                    DWAYNE (CONT'D)
          What do you think?  Take this one
          now?

                              EARL
                Shh, stay down.  They're coming.

Earl gestures to the road with his pistol, and Dwayne sees
them coming out of the moonlight.  Shambling down the street
towards them, first a few, then a handful.

                              TINY
                         (whispering)
                Man, he's eating all the pig!

                              PAUL
                So?

                              TINY
                So, that's our only one.

Paul sighs.

                              PAUL
                Wait here.

Paul waves the Expendable Cronie over to take his position
and crawls over to Dwayne.

                              PAUL (CONT'D)
                Hey, Dawg.  We got any more dead
                pigs?

From down the street, a car horn sounds as headlights
approach, revealing a few zombies previously concealed in
the darkness a few feet away.

Paul's eyes grow wide as he falls backward, struggling to
get the pistol out of the front of his pants.

Dwayne turns his head just in time - as a zombie reaches for
him, Dwayne squishes the barrel of his gun through its eye
and fires.

Tiny lets go with the M60 and street is blanketed in gunfire.

INT. SHERIFF'S STATION - BACK DOOR -- NIGHT

Dierdre walks down the back hallway towards the door at the
end.  She fumbles with the lock, throws the door open, and
falls into Doc Diedrich's arms.

As they kiss, a mass of zombies moves past the undead lovers
and into the station house.

They break the kiss and stroll away, hand in hand.

INT. SHERIFF'S STATION -- CONTINUOUS

Sheriff is sitting on the desk in front of Brady's chair,
his back to the hallway.

He's in the middle of a story; Brady is shaking his head and trying not to grin.

                    SHERIFF
          So.  Dawg's there, and he's holding
          this pair of legs.  And Hank's got
          an arm in each hand, and he's waving
          them back and forth...

                    BRADY
          Oh, no!

                    SHERIFF
          Oh, it gets better-

Behind him, the zombies come.  Brady sees them first and falls out of his chair reaching for a shotgun.

                    SHERIFF (CONT'D)
          Whoa, fella.

The Sheriff turns around, and is quick to react.  He pulls out his cattle prod and smacks the first one on the top of the head.  He kicks another in the crotch as it advances on the left, then shoves the prod into its chest.

Brady is up with the shotgun, but it's too late.  The zombies are pouring into the room, and there's no way they can hold.

                    SHERIFF (CONT'D)
          Run!  Go, go!

He shoves Brady ahead of him to the front door and turns to cover their exit, jabbing at the zombies with the cattle prod.

Brady flips the locks and opens the front door, only to find two zombies standing on the other side.

He blasts one in the chest with his shotgun forcing the zombie back a few steps.  The second zombie turns to his companion and points, gasping in horror at the wound.

Brady's victim stares down stupidly at the hole, his fingers picking at the broken ends of his ribs.

The second zombie turns away from the sight to look back at Brady.  He finds himself looking down the barrel of the shotgun, and his head is blown away.  The body drops to the ground and rolls out of the way.

Sheriff turns to follow and the zombies grab at him, catching his belt.  He gives a shout as he falls to his knees.

Brady, slinging his shotgun and drawing a pistol, turns and runs back to help.

76.

He grabs hold of the Sheriff's jacket with his free hand and tries to pull him forward, but the zombies are clinging tight.

A few of them manage to get quick bites in, but their rotten teeth are no match for the Sheriff's leather armor.  One zombie gets close enough to Brady to snatch the white collar from his neck, and Brady sends a bullet through it's forehead.

As he struggles drag the Sheriff free, the zombie woman Dwayne had shot earlier crawls up over the rest.  A silver cross on a chain swings from her neck.

Brady sees the cross and pauses, transfixed.  He looks towards another zombie, and sees a similar adornment pinned to its lapel.  He sees his collar clutched in the bloody fist of the dead zombie.

The swinging necklace breaks the distraction - the zombie woman grabs Brady's arm and bites into it like a chicken leg.  Brady screams as his blood pours down onto the Sheriff below.

                                                CUT TO:


INT. BATHROOM -- CONTINUOUS

Duckie is sitting on the toilet, his hands and feet outstretched to the door, bracing it shut.  We can hear the zombies walking past, and Brady's scream echoing through.

The door shakes, the knob wiggles, and Duckie tenses up.

                         DUCKIE
                    (quietly)
               Someone's in here.

                                                CUT TO:


INT. SHERIFF'S STATION -- CONTINUOUS

Sheriff twists around and finally manages to free them.  He pulls Brady with him as they run out the front door.

                         SHERIFF
               You okay?  Can you walk?

                         BRADY
               She bit my arm- I can run.

They start to run down the street towards some parked cars, and Brady pulls up short.

                         BRADY (CONT'D)
               Where's Duckie?

Sheriff gives a worried glance back at the station and the zombies that are chasing them.

The zombie that bit Brady is sitting in the doorway, blocking the way for many of the others as she wipes the blood off her chin and scoops it into her mouth.

                    SHERIFF
          Ah, christ.

                    BRADY
          I hope he locked the door.  He'll be
          alright, but we'd better hurry.
          Come on!

He turns and runs for the cars.

                    SHERIFF
          Where are we going?

                    BRADY
          We're going to get them to come to
          us.

EXT. ROAD BLOCK - PICK-UP TRUCK -- NIGHT

Zombie Hank is standing in the bed of the pick-up truck as it swerves from side to side.  The truck bounces every so often as it runs down the other zombies headed for the road block.

As he tries to keep his balance, rounds from the M60 smash through the truck's windows and cut him apart at the knees.

EXT. ROAD BLOCK -- CONTINUOUS

Tiny is grinning as he squeezes the trigger on the gun and the spent shells fly by his face, illuminated in the muzzle blasts.

The truck's hood flies open, the tires pop, coolant steams.

The zombie behind the wheel takes a few bullets in the chest but keeps the truck on the road.

The next one that hits him takes off half his face, and the rest of his head falls forward into the steering wheel.  The car horn sounds and the truck veers sharply to the right.

The truck, about to crash into Tiny's position, swerves and instead heads directly for the Expendable Cronie, who is rising up to stand in front of the cars.

He gets off two slow, carefully aimed shots from his large revolver before the truck slams into him and pins his body to the side of the police cruiser.

The zombie in the passenger seat is thrown through the windshield and over the cruiser into the street beyond.

The cars sweep completely past Tiny, missing him by inches. He stops shooting and stares into the Cronie's face, who is struggling to breathe not a few feet away.

                    TINY
          Aww, man!

The zombies in the bed of the truck fall over the sides and start hobbling towards the Cronie. Tiny panics and tries to swing the M60 around to face them. He spills the gun on its side, and fights to right it again.

The Expendable Cronie reaches out a pathetic, pleading hand towards Tiny.

The zombies move closer. One of them shudders as Paul, on the other side of the street, takes a shot at them.

Another shot bounces off the ground near Tiny.

                    PAUL
          Dammit, Tiny, get the hell outta the
          way!

Tiny drops the M60 and runs over to where the Expendable Cronie is pinned between the cars. He reaches over the hood of the cruiser and grabs his outstretched arms just as the first zombie reaches him.

Tiny pulls, and the Expendable Cronie comes apart at the waist, his bottom half remaining wedged between the steel.

A Zombie grabs the exposed end of the Cronie's spine, and for a moment it and Tiny play a cruel tug-of-war.

The Expendable Cronie's dead face freezes in horrible agony. As more zombies join the game at their end, Tiny lets go and lets them have him.

Dwayne, Earl and Paul are behind the other car. Dwayne fires over the roof with a rifle, while Paul lets fly with his shotgun over the hood, Earl with his pistols beside him. Between them, they manage to hit more than a few of the oncoming zombies in the head, but more of them keep advancing through the gunfire.

From the edge of the woods, zombie arms reach out and grab Tiny by the ankles, dragging him back. The little man falls forward and disappears feet first into the trees.

Earl throws his spent pistols to the hood of the car and jumps over to where the M60 lies on the ground.

He lets out his battle cry and hoists the gun to his waist, swinging it towards the crowd.

Earl cuts the remaining zombies to ribbons.  Heads fly open, limbs are torn off, and bodies drop as the soft, rotten flesh suffers the hail of bullets.

As Paul and Dwayne look on in amazement, the zombie that had been thrown through the truck's windshield sneaks up on Paul and grabs him from behind.

The burly man gives a shout, swinging his arms and spinning helplessly as the zombie clings to him.  Dawg doesn't hear, the fight overwhelmed by the roar of the M60.

The dead creature on his back stretches its neck and takes a big bite out of the side of Paul's head, teeth cutting right through the ear.

Earl spends the last of his ammo and the street gets quiet again.  Dawg can finally hear the commotion beside him and spins around to see Paul falling to his knees.

The zombie looks up at him, its mouth chewing.  Dawg's fires, and the two slump to the ground.

Earl and Dwayne are left alone on the dark road.

EXT. CHURCH -- NIGHT

A car pulls to a stop in front of the church and idles.  The Sheriff and Brady get out, leaving the headlights on to illuminate the yard.  They're slow and careful as they approach the large front door.

                    BRADY
          So, you know where to ring the bell
          once we're in there?  If that place
          is full of corpses, I don't want to
          be dawdling.

Sheriff squints his eyes and gets on his tip-toes, trying to peek into the lowest set of windows.

                    SHERIFF
          I can't tell if it is or not.  How's
          the arm?

Brady's hand goes to the wound, now wrapped in a bloody rag.

                    BRADY
          It hurts.  Any idea how long I
          have...before I turn over?

Sheriff shakes his head.

                    SHERIFF
          It's always different.  I don't know
          why.

>                    BRADY
>          Well, first sign you see, shoot me.
>          Don't take any chances.

Brady stops short, caught up in a fit of juicy coughing.
There's blood on his hand when he takes it away.

He stares at his blood for a moment, aware of the Sheriff's
eyes on him.

>                    BRADY (CONT'D)
>          Okay, second sign.  Second sign.

Sheriff is solemn, and just gives a curt nod in reply.  They
start back towards the door.

>                    BRADY (CONT'D)
>          Maybe even third.

They get to the front door, and the Sheriff gives it a tug.
It's locked.

>                    SHERIFF
>          We're gonna have to go around back.

As they turn to leave-

>                    BRADY
>          Hey, wait.
>               (then)
>          The lights are all on.

>                    SHERIFF
>          Yeah...why?  Were they off before?
>          I didn't notice.

>                    BRADY
>          Neither did I, I was just saying.

>                    SHERIFF
>          Well, somebody is in there.

Brady pulls back and follows the Sheriff's gaze.  Up in the
balcony a shadow can clearly be seen moving about behind the
stained glass.

>                    SHERIFF (CONT'D)
>          Probably the old priest.  If he's
>          it, we're lucky.

He holds up his pistol as he turns to leave.

>                    SHERIFF (CONT'D)
>          And lucky, we ain't.

81.

INT. SHERIFF'S STATION - BATHROOM -- NIGHT

Duckie is still sitting on the toilet.  He looks bored, holding his head in his hand.

His other hand rises slowly and gives the toilet paper roll an absent-minded flip, spilling the paper onto an already growing pile on the floor.

The doorknob wiggles.

                    DUCKIE
          Someone's in here.

The knob stops.

Quiet.

His hand rises again and gives the toilet paper roll another flip.

INT. SHERIFF'S STATION -- NIGHT

Many of the zombies are still here, shuffling about aimlessly as zombies will do.

One finds the urn full of M&Ms, and spits them out in disgust. The zombie tosses it over his shoulder and moves on.

The urn clatters to the floor and rolls out of the room, down the hallway towards the open back door.

It comes to rest under the upturned boot of Captain Kephart, who squashes it beneath him has he walks into the station.

He walks past the other zombies in the office and stops by the old, wood locker that housed the Sheriff's zombie arsenal.

Kephart reaches in and presses a switch in the top of the cupboard.  The inside panel unhinges and the inner door slides open to REVEAL:

A fine Samurai sword, still in its sheath.  Below it, a lever-action sawed-off shotgun.

Both weapons are mounted on the back wall of the gun cupboard.

Kephart lifts the sword free and drapes it over his back. He reaches behind his head and grasps the hilt, pulling the well-oiled blade free.

Kephart holds the sword out before him and regards the zombies in the room.  They are still now, staring at him.

He lifts the sword and brings it down, slicing off a head.

He thrusts forward, skewering the next zombie through the cheek.

A zombie comes up behind him.  He pulls the sword free, spins around and cuts off the top of its head.  He brings his sword up in a ready position and holds a moment.

The other zombies in the room pause, their eyes shifting from Kephart...to each other...to the floor...and finally, to the front door.

The zombies turn and shamble as fast as they can for the exit.

Kephart relaxes and walks back over to the cupboard, where he retrieves his shotgun.

The zombies are backed up at the door, all too eager to get out, and none able.  Kephart walks up behind them.

He thrusts his sword into the back of one of the fleeing zombies.

From inside the press of the crowd, we see one of them fly backwards as it's skewered and pulled away.  Kephart flips the shotgun around on the lever and loads a shell, lifts it into the opening in the crowd and fires.

INSERT BATHROOM

A few more blasts.  Duckie jumps at the sound, which soon gives way to silence once again.

BACK TO SCENE.

Kephart stands alone in the front hall.  Dead zombies are everywhere.  Blood covers the walls and ceiling, dripping down onto Kephart.

The zombie on the end of his sword struggles to free himself, grasping the blade and trying to wriggle off the end.  Kephart turns to him, lifts his boot, and scrapes the zombie off his blade.

As the zombie drops free, Kephart spins the shotgun in his hand, cocking the another shell as he flips it around.  He aims at the zombie's head and blasts it open.

Kephart spins the shotgun again, cocking it, and rests it up on his shoulder.  He wipes his sword clean on the shirt of the zombie at his feet.

He holds the blade to his side as he marches out the door and into the night.

In the hallway, the bathroom door opens slightly.  An eye peers out through the tiny crack for a moment, then vanishes.

83.

The door BURSTS OPEN as Duckie throws himself through it and into the hallway beyond, smashing into the opposite wall. He's worked himself into a frenzy.

                    DUCKIE
          Fuck ya'll mother fuckers!

He lifts his fists, ready to fight anything.

All alone, Duckie stares at the empty office and the corpses on the floor, his eyes wide at the sight of the funky police station.

EXT. SHERIFF'S STATION -- CONTINUOUS

Duckie runs out the back door, gasping for breath and happy to be alive.

He takes a last look back and sees a few zombies, the Bluegrass Band among them.  They've stopped playing now, and are gnawing on the bones of someone's lower legs.

When they see Duckie, they drop the meager snack and give chase.  Duckie takes one last breath and runs off into the street.

INT. CHURCH CELLAR -- NIGHT

The Sheriff pushes uselessly against the wooden door to the church near the back of the pit.  Brady is standing near the pit's edge, peering in.

                    SHERIFF
          Shut tight.  And all the lower windows
          are barred.

Brady kicks a rock into the pit.

                    BRADY
          We could try ringing the doorbell.
          Maybe the Priest would just let us
          in.

They are interrupted by a beeping sound from the bottom of the pit.  The Sheriff smiles.

                    SHERIFF
          Or maybe we could just get him to do
          it for us.

He gets down on his knees to get a better look into the zombie's lair.

Still there, near the edge, lays the severed arm of Father Dan, the black wristwatch above the hand.

POV BOTTOM OF PIT

84.

The Sheriff points into the pit for Brady to see.

> SHERIFF (CONT'D)
> See, on that arm?  That was Father
> Dan's watch;  I gave it to him for
> Christmas.  He used to use that alarm
> for just about everything.

Our angle shifts, pulling back into the shadows as the Sheriff
points.  We hear something wet slide along the muddy floor.

END POV.

> SHERIFF (CONT'D)
> Lower me in.

> BRADY
> You're not serious.

> SHERIFF
> Come on!  We set the alarm, toss it
> through a window.  He's just a stupid
> zombie now.  We make him think it's
> Sunday morning, he'll ring those
> damn church bells for us!

> BRADY
> Throw it?

> SHERIFF
> Yeah!

> BRADY
> What, the whole arm?  That's
> disgusting!

> SHERIFF
> Just lower me down!

Brady grabs his wrists and lowers the Sheriff over the edge.

> BRADY
> This is never going to work.

He lets go, and Sheriff drops to the ground.  Sheriff scans
the floor and reaches for the severed arm of the Priest.

He lifts it in the air, along with a Zombie Skull that's
clamped down on the end of the arm with its jaw, a spinal
column dangling off the back.  A solitary eye in the skull
moves back and forth from the arm to the Sheriff, who holds
the grotesque sight at arm's length.

> SHERIFF
> Nasty.

He waves the arm in the air a bit, but the skull refuses to let go.

>                    BRADY
>          Oh, stop playing with it.

Sheriff lowers the arm until he can get a foot over the end of the zombie's spinal column.  He holds that end to the floor as he pulls on the arm, trying to get the monster's jaw to give.

Suddenly, another arm reaches out of the shadows and grabs onto the Sheriff's pant leg.

A zombie's upper half, the rest severed at the waist, is trying to pull itself up the Sheriff's pants and chow down.

Behind that, two more legless zombies, each with only one arm, are dragging themselves closer to the action, one pull at a time.

The Sheriff shouts as he swings the arm and skull at the new threat.  He smacks the severed Zombie Skull into the head of the legless terror, again and again.

The skull finally shatters, and the zombie lets go.  It snears at the Sheriff, then collapses as Brady fires a round through its forehead.

Sheriff looks up at Brady on the ledge, his pistol smoking. The priest is smiling and nodding slowly, impressed with his own marksmanship.

>                    SHERIFF
>          Knock it off and pull me outta here.

EXT. MAIN STREET -- NIGHT

Duckie is running through town, zombies chasing after him. He tries tugging on a couple of shop doors looking for an escape, but finds them all locked.

He rounds a corner and finds his way blocked with even more zombies.  He tries another direction - and ends up getting chased back the way he came.

INSERT - DOORWAY ON STREET

Across the street from Duckie, in a recessed doorway, the Zombie Doctor Diedrich peeks out at the action.  Satisfied it's not headed his way, he turns back around, shifting the weight of a leg on his left shoulder.

Dierdre's other leg lays out across his right shoulder, her dress riding up.  Doc leans forward and disappears beneath it.

BACK TO SCENE

Out of options, Duckie is herded off the street and into an alleyway.  At the other end, a wall of zombies blocks his path.

Behind him, the zombies giving chase block him in, and Duckie's got no place left to run.

In the center of the alley, Duckie leans against the side wall, catching his breath and waiting for the inevitable. He raises both arms and gives the finger to the zombies on either side.

                    DUCKIE
          That's what I think of you.

The zombies start to come for him.  They move together, the two hordes threatening to crush Duckie in the middle.

The zombies stop suddenly with about 20 feet to spare, leaving Duckie alone in the center.  Duckie, surprised, peers into the throng ahead of him.

Within the crowd, something big is headed his way.  The zombies ripple like a wave, getting out of its path.

Above the tops of the zombies' heads, a 10-gallon straw hat bobs into view.

                    DUCKIE (CONT'D)
          You've got to be kidding me.

The wall of zombies parts to let a very dead HOLLIS "THE HAT" HENDERSHOT step through.  Easily the biggest zombie we've seen yet, he's bare chested and rippled with muscles. His face is a rotten mass of puss and bone.  The hat which had hung on the diner wall now sits atop his bald head.

                    DUCKIE (CONT'D)
          You must be Hollis.

Hollis cracks his neck and lifts his gloved fists in the air.  A bug jumps out of a hole over his eye.

Duckie holds out his palms in a calming gesture.

                    DUCKIE (CONT'D)
          Hey man, I'm retired.

The zombie lets fly with a massive right hook that hits paydirt.

Duckie drops to the ground, and the crowd roars.

EXT. CHURCH -- NIGHT

Brady and the Sheriff are walking the length of the church, starring up into the windows.  Sheriff is holding the old priest's severed arm by the hand, the skull still clinging onto the stump.

                    BRADY
          Hey, I think I see him!

Sheriff runs over to him and follows Brady's pointing finger. The Zombie Dan is walking past a second story window.

                    SHERIFF
          Alright, great.  Uh, break the glass.
          Look for a rock, we've got to break
          that glass next to him.  Before he
          walks off!

They search the ground around them for a rock, and Brady comes up with it.  Before he can throw, the Sheriff stops him.

                    SHERIFF (CONT'D)
          Wait- just one second.

He runs up to the front door, knocks loudly, and returns to Brady.  He watches the zombie for a moment, until he's satisfied knocking didn't work.

                    SHERIFF (CONT'D)
          Okay, do it.

Brady chucks the rock.  It sails through the window and cracks the dead priest in the head, knocking him back out of sight.

Brady lowers his head in apology as the Sheriff smacks him in the shoulder with the bloody arm.

                                        CUT TO:


EXT. ALLEY -- NIGHT

Duckie is in the midst of getting his butt kicked.  Bigtime.

Duckie buckles under two big blows to his stomach.  Hollis catches him by the collar, lifts him back up, and punches him in the nose.

Duckie wobbles backwards near the wall of zombies that help form the makeshift boxing ring.  One of them steps forward and grabs at him, but Hollis steps in and smashes it in the face with a right hook.  The zombie backs off and leaves Duckie alone.  The message is clear:  Duckie is to be saved for Hollis.

Hollis shoves Duckie in the chest with his left glove, sending him into the brick wall.  He bounces back right into the zombie's jab.

                         TRAINER (V.O.)
               Duck, what the hell are you doing?

Duckie cocks his head a bit as he listens to the voice in his head.

                         DUCKIE
               Pops?

He shakes his head clear, but Hollis just hits it again. Duckie drops to the ground.

He opens his eyes to see The Referee, a short zombie in a dingy grey shirt, kneeling next to him and waving his arms.

Behind him, Hollis waves his fists in resignation and turns away.  Seeing this, the zombies at ringside start to move a little closer.

                         TRAINER (V.O.)
               This guys's dead out there, Duck.
               Just smack him and let's go home.

Duckie scoots back along the ground, trying to push himself away from the oncoming zombies.  He gets his back to the wall, and begins to stand.  His head hangs low, weary and beaten.

                         DUCKIE
               I can't...it's over...it's all over...

                         TRAINER (V.O.)
               Bullshit!  You just need to tap 'em!

The zombie that grabbed at him earlier bares his teeth and steps forward from the rest.

                         TRAINER (V.O.) (CONT'D)
               What are you, an asshole?  Duckie!
               This pricks's already dead!

Duckie looks at his hands, realization coming across his face as he clenches his fists.

The zombie rushes at him -

Wham!

The zombie stops walking.

Wham!  Wham!

The zombie starts to wobble.

POW!  A thunderous right hook twists the zombie's head around 200 degrees on its neck.

Duckie brings his fist down like a hammer into the top of it's head, and it cracks open beneath the blow.  The zombie falls to the ground, unmoving.

In the crowd, Hollis has stopped.  He turns back around to face Duckie.

The crowd of zombies parts again and the ring reforms as Duckie tucks his head and puts up his dukes.

                    DUCKIE
          Let's try that again.

Hollis lifts his gloves and comes in swinging, but Duckie steps out of the way, smacking the zombie in the side of the face with a big right hook.

It doesn't even phase Hollis.  Duckie swings again and again, connecting big shots to the zombie's head.

A left jab knocks Hollis' head back, and the famous hat goes flying.  Hollis looks pissed, and he returns with a big head-butt that sends Duckie sprawling back.

EXT. ROAD BLOCK -- NIGHT

The roadblock is quiet again.  Dwayne and Earl sit on the ground, their backs to the remaining unmolested car.  They sit in silence for a while, looking off down the road.

They are the only ones left alive.

Dawg clears his throat.

                    EARL
          You should try the Sheriff again.

Dawg hawks a big loogie, rears his head back, and spits into the street.  He hits the leg of one of the corpses that rests there.

                    DWAYNE
          You do it.  He ain't ever home when
          I call.

Earl cocks his head to the side, stretching his neck.  He clears his throat, gets some phlegm, and spits at the same zombie.

It lands on its chin, dripping down onto the ground below.

                    DWAYNE (CONT'D)
          Dammit, Earl.

Earl grins and Dwayne gets up and stretches his legs.  He dusts his rear off as he walks towards the woods.

                    DWAYNE (CONT'D)
          Gimme a minute.

Dwayne walks to the edge of the woods, a little ways from Earl.  We stay on his face as he unzips his fly and starts to take a leak on a tree.

A few seconds later, Earl screams.

Dwayne turns his head to try and get a look, but his predicament keeps him from turning all the way around.

                    DWAYNE (CONT'D)
          Earl?  Earl, what the in the hell's
          going on?

A gunshot.  Dwayne looks down at his crotch, stops peeing, and buttons up.  He grabs his pistol as he runs back to help.

Earl, though, is in bad shape.  The top half of the Expendable Cronie lays under the car behind him, his head blown open. The zombie's arms are around Earl's waist, who is bleeding badly from a bite in his side.

Earl holds the bite closed with his free hand, the other still pressing the pistol up against the zombie's head.

Dwayne adopts a pained expression as he looks at his friend.

                    EARL
          I'm sorry, Dawg.  I must've missed
          one.

Dwayne looks away, his eyes looking out over the vast field of corpses Earl almost single-handedly killed that evening.

                    DWAYNE
          Nah, you did good, Earl.  Don't worry
          about it.

Earl nods, his eyes listless.  His hand slips away from his side, and some vital organs fall out in a fresh flow of blood.

                    EARL
          Gotta do it, though.

Dwayne lowers his head.

                    EARL (CONT'D)
          Hey, hurry it up, huh?  This shit
          really hurts.

When Dwayne looks back up, he looks as if he's about to cry. He lifts his pistol and points it at Earl's head, and pulls the trigger.

Earl's body slumps back against the car, still in a sitting position.

Dwayne turns and takes a few steps away, his eyes teary.  We again stay on his face as he unbuttons his pants.  His tortured expression gives way to relief, and then a loving smile as his eyes close and the flow is allowed to continue once more.

We hear a branch snapping, and Dwayne's eyes snap open.

He gets out one last scream as a pair of zombie hands reach up, grab the sides of his head and pull him down out of sight.

EXT. CHURCH -- NIGHT

Brady and The Sheriff are staring up at the broken window.

                    BRADY
          Wait - no.

                    SHERIFF
          I see him!  I see him!

Brady is relieved as Sheriff gets to work setting the alarm on the severed arm.

                    BRADY
          Here, you want me to-

                    SHERIFF
              (interrupting)
          I've got this one, thanks.

Sheriff takes aim and tosses the arm into the air.  It smacks into the side of the church and falls down to the ground, bouncing off the bars on the lower windows on the way down.

                    SHERIFF (CONT'D)
          Shit!

                    BRADY
          Oh, what was that?

Brady recovers the arm, inspecting the watch as he does. It's cracked, and the digital readout isn't legible.

                    BRADY (CONT'D)
          You busted it.

The Sheriff is crestfallen.

>                    SHERIFF
>          Are you sure?

>                    BRADY
>          Yes, I'm sure, you cheap bastard.
>          Nice watch.

He throws the arm to Sheriff, who starts mashing the buttons in vain.

>                    SHERIFF
>          Yeah, it was kinda crappy, now that
>          I think about it.

As he plays with the watch, he notices the one on his own wrist.

>                    SHERIFF (CONT'D)
>          Hey!  Hey!  We're alright.  We'll
>          just use mine.

He holds the severed arm between his legs as he swaps the watches, handing the broken one back to Brady.

>                    BRADY
>          You had a watch on the whole time?

Sheriff, busy setting the watch, isn't listening.

>                    SHERIFF
>          Wait - hell, I forgot what time it
>          was.  What time is it?

>                    BRADY
>          I don't know, my watch is broken.
>          Just throw the thing already, before
>          he leaves!

>                    SHERIFF
>          But I don't know what time it is!

Brady just stares at him.

>                    BRADY
>          So?

>                    SHERIFF
>          I already started setting the clock,
>          but I don't know what time it is.
>          How am I gonna set the alarm?

>                    BRADY
>          It doesn't matter!  You're supposed
>          to be setting it for Sunday morning
>          anyway!

                              SHERIFF
                    That's it.

          Sheriff snaps his fingers and goes back to work on the watch.
          Brady shifts his weight as he stands there, waiting.

                              BRADY
                    Sheriff...

                              SHERIFF
                    These buttons are small, gimme a
                    break.  Here!

          He hands the arm to Brady, who takes it and lines up his
          shot.

          But as the bloody, chewed end wavers near his face, the
          infected Brady gets distracted.  His eyes glaze as his mouth
          drifts near the flesh.

                              SHERIFF (CONT'D)
                    Well, what are you waiting for?
                    Throw the thing!

          Brady snaps out of it, and throws the arm.  It sails through
          the window and lands at the zombie's feet.

                              SHERIFF (CONT'D)
                    Yes!

          They watch as the priest picks the arm up and examines it
          closely, bringing it right up to his face.  When he sees the
          bloody stump, he cries out in recognition and presses the
          arm to his shoulder, trying to get it to re-attach.

          He presses and presses, but the arm just won't stick on.
          Disinterested, the zombie drops the severed arm back out the
          window.

          Brady and the Sheriff can't believe their eyes as the arm
          lands back on the ground at their feet.

          EXT. ALLEY -- NIGHT

          Duckie and his opponent circle each other, waiting for an
          opening.  Duckie takes a jab.  He shakes it off, and keeps
          moving.

          Another jab.  And another.

                              DUCKIE
                    Quit that!

          Duckie throws a left, and the zombie dodges.  Duckie throws
          a right, and the zombie ducks.

Duckie goes for a fake, and lands with a hard left hook.  A glint of hope in his eye, he follows up with a fast right- that Hollis catches!

Holding Duckie's fist in one hand, Hollis brings his elbow down hard into his upper arm.  Duckie shrieks at the pain.

EXT. CHURCH -- NIGHT

Sheriff looks back up at the window, and sees the Priest turning around.

                    SHERIFF
          There he goes!

The alarm on the watch starts beeping, and Brady springs into action.  He grabs the arm and sends it skyward.  The limb smacks into the Father Dan, who catches it in his free hand before it hits the ground.

The zombie stares at the beeping watch for a moment.  Without warning, he drops the arm to his side and disappears into the church.

The two men on the ground just stand there, waiting.

The Sheriff looks at the Brady expectantly.  Brady holds up his hands in surrender and shrugs.

EXT. ALLEY -- NIGHT

Duckie swings a left hook, but Hollis steps in and entangles. Duckie is mindful of the zombie's teeth, leaning his head back as he tries to free himself.  The Ref steps in between the fighters, breaking the hold.

Hollis throws Duckie away and follows him to the center of the ring, landing with a devastating combination of punches...

...and DUCKIE GOES DOWN.

The crowd moans approval and Hollis "The Hat" raises his hands in victory.  The Ref stands over Duckie and starts waving his arms in a count.

Duckie sees him... sort of.  One of his eyes is puffing closed.  The Ref is a little blurry as Duck watches his arms tick away the seconds.

He looks at the crowd of zombies, slobbering over him.  He looks at Hollis, his hands in the air.

Pulling on the last of his strength, Duckie somehow manages to get up.

He rushes unsteadily at Hollis, who can't get his hands down fast enough to block Duckie's right.

He blocks the follow up, though, and returns with some hard shots to Duckie's stomach.

Duckie buckles under the hammer of blows, one after another, into his abdomen.  The zombie hits him in the back of the head and Duckie falls again, his hand coming down to the blacktop to stop himself.

The Ref jumps between them, waving his arms at Hollis and giving Duckie a chance to stand up.

Hollis pushes the Ref aside to get at Duckie, but the Duck is ready for him.  He steps up with a series of combos, tagging head and body at will.  The zombie can't react fast enough to block them.

Duckie dances to the side and slams his fist into the zombie's ribcage, and the ribs shatter.  When the zombie turns to face him, Duckie jumps back again and smacks the exposed chin, knocking his jaw loose on the hinge.

Hollis staggers back.  Duckie lands a left jab, again on the broken chin.  And another.  Hollis is out of it now.

Duckie's smiling a bloody grin as he swoops in for the killing blow, and literally knocks the zombie's block off.

The body is lifted up a bit, then falls on its back onto the street.  Hollis' head flies off over the crowd and out of sight.

The Ref stands over the decapitated Hollis Hendershot and starts counting him out.  Duckie watches in a daze, his face drained.  The zombies in the crowd look on anxiously.

In the distance, the head is bouncing around the top of the crowd like a beach ball on graduation day.

The Ref counts 10 and Duckie's won the day.  He stands over his first fallen opponent in years - and he LOVES IT.

He looks into the crowd, and the zombies are cheering him! He raises his fists in victory.

As he scans the crowd, realization settles in: the zombies aren't cheering, they're moaning and sneering.

                    DUCKIE
          You ain't so bad.

He throws a few tired punches in air.

                    DUCKIE (CONT'D)
          That's right, ya' dumb dead bastards.
          You ain't so bad!

Duckie loosens up his shoulders, wiggles his arms at his sides, and lets out a deep, exhausted sigh.

He makes the sign of the cross.

                    DUCKIE (CONT'D)
          God bless you dead little fuckers.

Duckie lifts up his fists.

                    DUCKIE (CONT'D)
          Now, come over here and get a piece
          of the Duck.

For a moment he stands alone in the center of the crowd.
Then, all at once, they rush him.

As Duckie disappears under a mass of bodies, the CHURCH BELL begins to ring.

                                        CUT TO:


EXT. CHURCH -- CONTINUOUS

The Sheriff is sitting on the front steps of the church.
Brady stands nearby, looking up at the bell tower.

                    SHERIFF
          You really think they'll come?

                    BRADY
          Yeah, I'm the expert.

Brady turns around to watch the road.

                    BRADY (CONT'D)
          Let's just hope they're the good
          church going folk you had them figured
          for.

                                        CUT TO:


INT. DINER -- CONTINUOUS

Pretty much every surface in the diner is covered with blood and gore.  It's quiet now;  there are only a few zombies left, feasting on the remains.

One of them slides over near the door and picks up a leg, the pants still on it.  It slides the pant leg up to expose the calf, but instead finds it already gnawed to the bone.
The zombie throws it away in disgust, but then gives pause.

The faint sound of the church bell drifts inside.

The zombie reaches over and pushes open the door, and the bell sounds louder.

A dreamy look crosses its face as it gazes out into the fresh air.  A few zombies jog past the open door, heading down the street towards the sound.

In the back of the diner, the other two zombies eagerly struggle to their feet and head for the door.

EXT. SHERIFF'S STATION -- CONTINUOUS

The bell rings on as the zombies here slowly turn and begin to meander away.  The station door slips open and a few more zombies stumble out to join the parade.

EXT. MAIN STREET -- CONTINUOUS

The pair of old zombies are still chilling out comfortably in their lawn chairs.  As the bell rings, they push themselves up.  One of them gets to his feet and starts to walk off as the other collapses back into his chair from the effort.  He waves at his friend to wait as he tries again.

EXT. ALLEY -- CONTINUOUS

We're again looking at the pile of zombies that smothered Duckie, but it's smaller now.  One by one the zombies turn away from the pile and walk off towards the sound of the bell.  Duckie is slowly revealed at the bottom, crouched on the ground, his arms covering himself protectively.

As the last of the zombies leaves him, he peeks out between his arms.  He stands slowly, feeling his arms and legs for bites, watching the exodus of walking dead move past the end of the alleyway.

He moves forward for a closer look.

EXT. MAIN STREET -- CONTINUOUS

Moving through the crowd a little fast than the rest is Captain Kephart.  He swings his sword as he walks, hacking off heads left and right on his way towards the church.

Duckie jumps in line behind, following in his wake.

                                                    CUT TO:


EXT. CHURCH -- NIGHT

The Sheriff and Brady stand eagerly by the front door as someone inside works the lock.  Behind them, the zombies have started arriving.

The lock trips and the Zombie Dan holds the door open as the Sheriff and Brady scoot past.

                    SHERIFF
          There's some more ammo in the office,
          I'll drag a few boxes out here.  You
          get set up at the altar.

                    BRADY
          Don't forget the wine.

The Sheriff disappears in the back as Brady walks behind the
altar and lays his pistols on it.  Along the edge of the
altar he lines up his extra shotgun shells in a row.

The Sheriff returns with an ammo box, a carafe, and a silver
goblet for communion.

At the door, the zombies have started filing in.  The Zombie
Father Dan smiles at them as the begin filling the pews.

EXT. CHURCH -- NIGHT

Duckie arrives to sees a long line of dead paritioners leading
into the front door of the church.  He runs through when the
zombies thin out a little.

INT. CHURCH -- CONTINUOUS

Brady sees Duckie and gives a shout, waving him up to the
altar.

                    BRADY
          What'd you do, fall in?

                    SHERIFF
          Hey!  Alright!

Sheriff winces at Duckie's face, which is bruising nicely.

                    SHERIFF (CONT'D)
          What the hell happened to you?

Duckie grins and throws a couple of punches as he joins his
friends.

                    DUCKIE
          Quack, quack.

Duckie picks up one of the weapons set up on the altar.

                    DUCKIE (CONT'D)
          This is one fucked up church.

                    BRADY
          You don't even know.  Follow our
          lead.

Zombie Dan is walking toward them down the aisle.  When he
gets close-

                         SHERIFF
              Here we go!

Sheriff puts a bullet in him.  They watch the congregation
closely, but the zombies have no reaction.

Brady picks up the wine and motions for the zombie in the
first pew to come forward.  The row stands and files out, in
a line, for communion.

Sheriff and Duckie are ready with the guns.

The first zombie kneels in front of Brady.  He lifts the
goblet to its lips with one hand, a revolver to it's forehead
with the other.

                         BRADY
              The blood of Christ.

He pulls the trigger and sends the zombie's brain out the
back of his head.  Sheriff kicks the body over to the side,
making room for the next one.

                         SHERIFF
              You don't have to say that part of
              it, do you?  It's a little creepy.

Duckie nods his agreement as the next zombie in line,
oblivious to what's just happened, kneels in front of Brady.

Brady skips the bit with the wine and just shoots it.  The
zombie tumbles over and the next one takes its place.

                         BRADY
              Guess not.

He shoots.  A body falls.

The next ones to come forward are Doctor Diedrich and Dierdre,
hand in hand.  They don't kneel; instead they stand before
the altar gazing into each others eyes.

                         SHERIFF
              Oh, Doc.

Doc holds up Dee's hand for Brady to see; a gold ring adorns
her finger.  The two zombies look at Brady expectantly.

                         BRADY
              Are they kidding?  I can't do this.

Duckie sighs and steps forward, taking Brady's gun.

                         DUCKIE
              I'll do it.  By the power vested in
              me by this guy over here, I say you're
              man and wife.

100.

The zombies kiss, and Duckie brings up his gun.

The first shot splatters Dierdre all over the Doc's face.
Doc pulls away, surprised.

> DUCKIE (CONT'D)
> Sorry, Doc.

Another shot, and the Doctor falls back.

> DUCKIE (CONT'D)
> Dierdre.

Duckie turns to hand back the gun, but Brady stops him.

> BRADY
> Don't bother.  It's all you now, I
> think.

> DUCKIE
> What are you talking about?

> SHERIFF
> Is it time?

Brady nods.  His hand moves to his wounded arm, which Duckie
sees for the first time.

> DUCKIE
> Ah, what'd you go and do that for?

> BRADY
> Take care of them for me, will you
> Duck?

Duckie just nods.

> BRADY (CONT'D)
> (to the Sheriff)
> We'd better do this thing.

Holding back a tear, Sheriff lifts his gun and finishes Brady
off.  Duckie catches him as he falls, and lowers him gently
to the ground.

BEGIN MONTAGE

As the rows of zombies come forward more enter the church,
filling the pews from the back.  Sheriff drags away bodies
to make room for the fallen as Duckie loads the pistols.
Shots ring out, brains hit the floor, and zombie after zombie
is put down.

In the end, Sheriff and Duckie stand by the church as it
goes up in flames with the morning sun.

FADE TO:

101.

EXT. MAIN STREET -- DAY

Duckie is holding Brady's collar as he and the Sheriff sit on the steps of the station house.  Brady's motorcycle is parked in front of them.  They are watching the townsfolk, out and about working to clean up the mess, hauling off bodies.

The Sheriff is holding a stack of paper covered with names. Some are crossed off, some circled.  It's the old priest's roster of zombies.

A gunshot comes from across the street as someone puts down another one.  Sheriff looks up at them for a moment, then crosses another name off the list.

                    SHERIFF
          I can't be too sure, but it looks
          like we lost more than a few, I'd
          say.  There's no telling how long
          that roadblock was left open.

They sit in silence for a moment before the Sheriff continues.

                    SHERIFF (CONT'D)
          What are you going to do now?

Duckie sighs.

                    DUCKIE
          I finally got my quack back.  I
          suppose it was good luck, then.

He smiles suddenly, and turns to the Sheriff.

                    DUCKIE (CONT'D)
          Think you folks could use a priest?

                    SHERIFF
          Our church is in flames, and the
          dead walk.  I think we could always
          do with another priest around here.

Neither of them notices the door behind them open as the Sheriff holds up the sheets of paper.

                    SHERIFF (CONT'D)
          Somebody's gonna have to take care
          of this, though.  Track these things
          down for good.

A hand reaches out and snatches the list away as a man walks between them and down the steps.  The list vanishes as it's crumpled into his fist.

The Sheriff and Duckie watch is surprise as Captain Kephart takes the motorcycle and gets settled in the saddle.

102.

The sword is strapped across his back, and the ammo belt across his chest is full of fresh shotgun shells.

The zombie turns and looks at Duckie, waiting.

Sheriff, worried, touches his gun, but Duckie lays a hand on his and gently stops him.

> DUCKIE
> Let me handle this.

He lowers his other hand to his pocket, passing the gun tucked there, and comes up with the keys to the bike.

He tosses them to the Captain.

> DUCKIE (CONT'D)
> Go get 'em, big guy.  And be good!

Kephart grins as he catches the keys.  The engine roars and the zombie rides off down the road, lifting his hand in a wave good-bye.

FADE TO:

INT. HARPER'S DINING ROOM -- LATER

Zombie Harper sits alone at the head of the dining table, still covered with the stale dinner.

As he sits there, still and quiet, his stomach lets out a loud, gurgling growl.

FADE OUT.

**THE END.**