# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Trevor Dellno Keeth, Plaintiff

v.

James R. Jarmusch, Defendant

Case No. _____

## Exhibit E

Exhibit E – 2016 Revision of Plaintiff's Screenplay "Dead" This exhibit consists of Plaintiff Trevor Dellno Keeth's 2016 revised draft of the screenplay "Dead." It supplements Exhibit D (the 2003 registered deposit) by demonstrating additional protectable dialogue and scenes that appear in Defendant's later work, "The Dead Don't Die" (2019).

# DEAD

Written by
Trevor Keeth

Trevor Keeth

trevor.keeth@2tokens.com

Moore Creative Talent
(612) 827-3823

writer's draft
03/13/23

"Dead"


FADE IN:

INT. STADIUM/BOXING RING -- NIGHT

DUCKIE MCGUINNESS is a really big guy.  He is laying face down in the center of the ring in front of a sold-out audience.  Blood begins to pool around his head as crowds of people rush through the ropes to aide him.

SUPER:  "Replay"

> JIM LAMPLEY (V.O.)
> That was "Mad Duck" McGuinness, ending what may turn out to be the last fight of his blossoming career with his very first taste of the canvas.

> LARRY MERCHANT (V.O.)
> (a bit drunk)
> I never thought I would see the day, Jim. I don't know who we saw fight tonight, but that was not "Mad Duck" McGuinness.  This was not the same man that killed "Lock Jaw" Wilson in the third, only nine months ago.

We watch the action from the point of view of the sports cameras as replays of the evening's bout begin to play out under the commentary.

> JIM LAMPLEY (V.O.)
> That we weren't watching the same Mad Duck was clear to us before the very start of round one.

Duckie is now standing still in the center of the ring.  He is despondent, and staring at the floor.  There's no spark in him.  A gloved fist slams into his chin, sending him wobbling backwards. Duckie's Trainer, an withered, ancient boxer in yellow gym sweats, stands behind the ropes, shouting in vain.

> LARRY MERCHANT (V.O.)
> It was clear in the weeks leading into this fight, Jim.
> (MORE)

2.

> LARRY MERCHANT (V.O.) (CONT'D)
> He was absent in his training, he was
> absent at the press conference, and he was
> absent in the ring tonight.

We now see Duckie squaring off with his opponent in an earlier round. His arms are weak and low, and provide no protection to the hail of punches his opponent is landing.

> GEORGE FOREMAN (V.O.)
> Larry, according to my count, "Mad Duck"
> didn't score a single point tonight.

> JIM LAMPLEY (V.O.)
> That's just amazing.

> GEORGE FOREMAN (V.O.)
> The man didn't throw one punch.

Duckie continues to be pummeled.  He stands tall, though, leaning into the blows and absorbing them almost effortlessly.

> JIM LAMPLEY (V.O.)
> Why no one stopped this fight in round
> three will be on a lot of people's minds
> tonight.

SUPER: "Live"

Post-fight once more, we see Duckie has been helped to a seated position in his corner, surrounded by doctors and officials.  His opponent is holding his new title belt over his head as he parades around the ring.

> GEORGE FOREMAN (V.O.)
> Well, I'll tell ya, Larry, Duckie was the
> champ.  And as long as the champ is still
> standing, there's no way they're gonna stop
> a title fight like this before the man has
> had his due.  And I don't think you can
> call anyone a winner here tonight, not when
> it took five rounds to even knock Duckie
> down.

> LARRY MERCHANT (V.O.)
> I'll tell you what, there are going to be a
> lot angry bookies in Vegas tonight.  If the
> Mad Duck didn't need witness protection
> after the Wilson fight, the bastard's
> certainly going to need it now.

> GEORGE FOREMAN
> Um...uh...yeah...

3.

> JIM LAMPLEY (V.O.)
> You know, nine months ago I asked the Mad
> Duck what lasting psychological effects
> might be in store for a man who threw a
> killing blow.  I think tonight I got my
> answer.  The Duckie McGuinness we knew died
> in the ring nine months ago, with the same
> punch that killed "Lock Jaw" Wilson.  Who
> would have thought, at the time, it might
> be the last punch we would ever see him
> throw?

Duckie sits in the corner, oblivious to the people around him.  From the depths of his bloody, swollen face, his eyes drift aimlessly in a vacant stare.

                                        FADE TO:

DARKNESS.

We hear a loud, wet snorting.

Iron scrapes against iron.  A heavy door hinge creaks.

INT. CHURCH CELLAR - SERVICE ENTRANCE -- EARLY MORNING

SUPER: "Some Time Later."

The cellar door swings open to let an early dawn light down the ramp of an inclined hall.  At the top, silhouetted in the doorway, a huge shadow walks in.  It is the source of the snorting.  Ugly, black hooves clack across the stone floor.  Its hulk suggests some gigantic, terrible beast.

The cow "moo's."

> HANK (O.S.)
> Aw, git yer big, hairy ass a movin'.  We
> ain't got all day.

The light in the hall adjusts to reveal HANK, a large, elderly New England farmer in a plaid, flannel overcoat, patting the cow on the flank.  He has his hand around a leather collar as he leads it down the ramp.

> EARL
> I'm coming, I'm coming.  Why you got such a
> bug in your rug?

A handful of iron chain runs from the collar to the hands of EARL, a gas station attendant dressed in oil-stained overalls with his name embroidered on the pocket.

                    HANK
          Ah, you know me.  I hate this part.

Hank leads the cow to the bottom of the incline and stops before an
ancient, wooden door.  He scratches the cow affectionately as Earl
knocks.

                    EARL
          Father?

                    VOICE (O.S.)
               (from the other side of
                the door)
          Just a moment, there.

The cow lets out another "moo."  Hank scratches its chin and  sniffles,
wiping at his nose.

The door opens to reveal the elderly OLD PRIEST.  Glaring at Earl, he
is points at his wrist watch.

INT. CHURCH CELLAR -- CONTINUOUS

                    OLD PRIEST
          You're late.  Get to it, now.  Mind the
          hole.

There is an incredibly large hole in the middle of the dank, earthen
cellar.  It is covered from end to end with a steel grate.  The two
handlers walk the cow towards a raised steel pen, nearly obscured in
the shadows on the opposite side.

The cow is terrified of the hole as they pass.  Hank and Earl don't
seem to appreciate it much, either, as they try to calm the animal and
secure it in the pen.  They give the pit a wide berth on their way
back.

                    HANK
          You all set, father?

                    OLD PRIEST
          Yes, I have it from here.  You should go.

A gassy, gurgling sound escapes from the pit, followed by a soft moan,
and the chattering of teeth.  The cow sounds really scared as Hank
grabs his friend by the shoulder.

                    HANK
          Yeah, Earl, c'mon.  He's got it.  Let's
          just go.

                    OLD PRIEST
          Quickly, now.  I'll see you both on Sunday!

The priest ushers the men through the heavy door and shuts it behind them.

As he walks back towards his desk, the alarm on his wristwatch chimes, its bright LCD flashing the word "PILLS."  He shuts the alarm off quickly, but the things in the pit have already heard.  A few more sighs and moans float up.

                    OLD PRIEST (CONT'D)
          Feeling peckish?

He digs a bottle of pills out of his robe and pops two in his mouth, washing them down with a swig from a whiskey flask on his desk.

The pit continues to stir.

                    OLD PRIEST (CONT'D)
          All right, that will do.

The priest makes the sign of the cross above the cow's pen.  He grabs a large wheel protruding from the ground near the edge of the pit and turns, slowly.  A section of the grated covering slides away over near the cow-

- And the room is hushed.

The priest eyes the new opening warily as he approaches a similar wheel on the back of the cow's pen.  He turns this one, too, and the pen tips forward.

The cow lets out a last, awkward "moo" as it slides over the edge and down into the pit.

The cage squeals as it settles back to earth, nearly drowning out the sound of the dying cow.  The priest peeks into the hole, disgusted at the sight.

The Old Priest coughs, and moves back to the first wheel.  He struggles as he tries to turn it - it's stuck.  Muscles tighten as he strains; sweat beads at his forehead.  The wheel gives slightly and a pained look crosses the priest's face.  He lets go of the wheel, clutching at his arm.

In the throws of a heart attack, the Old Priest takes a few steps toward the gate, stumbles over and dies.

And at this, the pit gets quiet again.

A pair of leather-gloved hands scramble their way out of the pit and grab the priest by the hair.  They drag the body into the hole.

As the priest's legs disappear into the abyss, another pair of hands scramble into view.  They are dead, rotten, skeletal hands.

They grab hold of the stone ledge and begin to climb.

                                    FADE TO:

INT. CONVENIENCE STORE -- LATE AFTERNOON

An older, weary Duckie stands in the snack-food aisle.  His eyes have the same aimless, vacant stare they had that night in the ring.  He is standing in front of a hot-dog rotisserie, where a solitary leathery link rotates under a red-hot lamp.

A burly, rosy-cheeked, overweight patron stands in front of the cash register.  Looking far older than his 45 years, his name is PAUL LYONS, and he is never a happy customer.

                    PAUL
          I don't care for the blue ones.  They never
          leave me feeling satisfied.  What about the
          big ones?

The bored SHOPKEEPER behind the register is unimpressed.

                    SHOPKEEPER
          Big ones of what?

                    PAUL
          Oh, you did not just say that to me.  Are
          you deaf?  What is wrong with you today?

                    SHOPKEEPER
          Oh, just get the hell outta here already.
              (to Duckie)
          Can I help you?

The shopkeeper looks at Duckie and blinks twice, trying to figure out how he knows him.

Duckie is still staring at the hot dog.

                    DUCKIE
          How much for the mummy?

Paul's shoulders tighten, and his attention shifts.  He turns around, slowly and deliberately, to stare at Duckie.

When Duckie finally looks up at the register, he catches them both staring at him, and quickly lowers his eyes to the ground.

He gestures in the direction of the hot dog case.

                    DUCKIE (CONT'D)
          Top shelf?

> PAUL
> Pardon me, but do you not see a line here?
> There is a line.  You are in the line, and
> you are behind me.

> DUCKIE
> Yeah.

> PAUL
> Yeah?  That's it?

> DUCKIE
> I didn't...

Paul shakes his head, turns his back on Duckie and begins to examine a box of assorted plastic tourist trinkets next to the register.

> PAUL
> Can't fucking go anywhere.

Duckie and the shopkeeper make eye contact for the first time.  The shopkeeper recognizes him now, and he doesn't want any trouble.

> SHOPKEEPER
> Oh,  you know, please don't mind him.
> He's, a... a child in a man's body.  He's
> been here all morning.

> PAUL
> Really?  I haven't seen him.

Duckie walks over to the exit.

> SHOPKEEPER
> And hey, it's, uh, it's on the house!  For
> you, sir.

> PAUL
> God dammit!  You can't do that!  I just
> bought one of those!

Paul turns his attention to Duckie again, furious, and seemingly almost 6 inches taller.

> DUCKIE
> Any good food around here?

> SHOPKEEPER
> Oh, yes sir.  Dee's Diner, still up at the
> end of the road.

Duckie lets the door slam shut behind him.

Paul stares at Duckie through the glass until the shopkeeper slams on the countertop to startle him.

> SHOPKEEPER (CONT'D)
> What are you buying?!

> PAUL
> That's not fair.

> SHOPKEEPER
> Fuck fair.  Pay or leave!

> PAUL
> (sighing)
> Well, how much for the little ones?

EXT. CONVENIENCE STORE -- CONTINUOUS

Outside, Duckie pulls away on his motorcycle.  It's old, and has large, weather-worn saddle bags.  He wears no helmet.

A faded billboard reads "Welcome to Coffin's Bluff.  Pop //"  The space where a number would be is faded and illegible.  Duckie squeezes the accelerator and flies by, leaving a plume of dust and smoke.

As he passes the sign, we see a police car pulled up onto the shoulder behind it.  Two cops are standing beside a stretch of tire marks and broken guardrail, shading their eyes and searching the woods.

INT. HARPER'S LIVING ROOM -- EVENING

Two children, a BOY, 10, and a GIRL, 6, are sitting in front of the television set and laughing hysterically.  Their mother, HARRIETTE HARPER, walks through the room loosening her apron and straightening the blouse beneath.

> HARRIETTE
> I told you to turn that off and get ready
> for supper.

The kids ignore her.

> HARRIETTE (CONT'D)
> Hey, what did I just say?

> BOY
> We're ready already!

> GIRL
> Dad ain't even home yet.

> HARRIETTE
> Well, he'll be here any minute and supper's
> ready.  Let's go.  Turn it off.

She leaves the kids watching television and walks through the dining
room past a neatly set table.

INT. HARPER'S KITCHEN -- CONTINUOUS

As Harriette dumps her apron on the counter, we hear the FRONT DOOR
open and the PHONE begin to ring.

> KIDS (O.S.)
> Hi, dad!

> HARRIETTE
> Hi, Hon.  Just be a second!

She picks up the phone.

> HARRIETTE (CONT'D)
> Hello?

> DWAYNE (O.S.)
> (over phone)
> Mrs.  Harper?  Harriette?

> HARRIETTE
> Yes, can I help you?

The rest of the house has gone dead quiet.  A chair leg squeals across
the dining room floor.

> DWAYNE (O.S.)
> Ma'am, this is Deputy Dwayne Dawg over at
> the Sheriff's station.  Hello?

Harriette pulls a face - she doesn't like Dwayne.  Not many people do.

> HARRIETTE
> Oh, hello, Deputy.  What is it?

> DWAYNE (O.S.)
> Well, I'm afraid I've got some...questions.

A juicy cough echoes from the dining room.

> DWAYNE (O.S.) (CONT'D)
> Do you folks own a brown, late model
> Duster?

> HARRIETTE
> Yes, that's my husband's car.  What is it?

10.

Harriette's son has walked up behind her, pulling at her blouse.

>                         BOY
>           Mom?  Dad's home.

>                         DWAYNE (O.S.)
>           Ma'am, was he involved in a traffic
>           accident recently?

>                         HARRIETTE
>           No, of course not.  He's been out of town.

>                         DWAYNE (O.S.)
>           Well, I'm afraid the car was found
>           abandoned over by 101.  There was evidence
>           of an accident.

>                         HARRIETTE
>           Well, he just walked in the door and we
>           have supper waiting.  Can't this wait?

>                                             CUT TO:

INT. SHERIFF'S STATION -- CONTINUOUS

The thin, pale DWAYNE DAWG sits at his desk in the center of the room. A few empty cells line the side wall.  Beside him stands the SHERIFF, mid-60's and mild mannered, watching the conversation with interest.

The ROOKIE sits nearby, typing up a report.  He's not a cop - he's a young priest.  Dark suit, white collar.

>                         DWAYNE
>           Wait ma'am, please.  I'm real sorry to drag
>           you away from your table, but do you think
>           I could speak with your husband for just a
>           moment?  I won't be but a minute.

>                                             CUT TO:

INT. HARPER'S KITCHEN -- CONTINUOUS

>                         HARRIETTE
>             (annoyed)
>           I suppose so.  Hold on, I'll go get him.

She walks out of the kitchen with the phone and into the dining room.

>                         HARRIETTE (O.S.) (CONT'D)
>           Honey, Deputy Dork is on...

11.

The phone drops back into the kitchen, swinging on its cord.  Harriette is screaming like a banshee.

                                                    CUT TO:

EXT. HARPER'S HOUSE -- CONTINUOUS

The remote New England home basks in a picturesque sunset as Harriette screams at the top of her lungs.

                                                    CUT TO:

INT. SHERIFF'S STATION -- CONTINUOUS

Dwayne holds the phone away from his ear as the screams echo through the earpiece.

                         DWAYNE
               I think we found Harper.  Sounds like he
               just sat down to dinner.

                         SHERIFF
               Aww, crap.  Today?

The Sheriff lets out a sigh.  He gets his gun out of the top drawer of his desk and checks to make sure it's loaded.  It isn't.

                         SHERIFF (CONT'D)
               Call the boys, Dawg.  Tell 'em we got one
               walkin'.

                         DWAYNE
               Sure thing, Sheriff.

                         SHERIFF
               And Jesus, Dwayne, hang up that damn phone.

                         DWAYNE
               Sorry, Sheriff.

Dwayne cuts off Harriet's screams and hangs up the damn phone.

INT. HARPER'S DINING ROOM -- LATER

We're looking past the back of Harper's head, his hair dirty and disheveled, over the dinner table at Harriet, holding her kids to her protectively at the far end.  They are wide-eyed and dead quiet. Frozen.

Harper lets out a low moan.  The boy sniffles, and his mother holds him tighter.  In the distance, POLICE SIRENS are growing louder.

Harper picks up a chicken leg and bites into it.  He growls and spits it out, throwing the chicken leg across the table at his family.  It hits the little girl in face, and she busts out crying.

The police sirens cut out, and car doors slam.

                    SHERIFF (O.S.)
          Mrs.  Harper?

We hear the front door open, and five men begin to crowd into the dining room.

The Sheriff, Deputy Dawg, Hank, and Earl size up the scene.  They all wear the identical, black, padded leather armor of the Coffin's Bluff Zombie Squad.  Each has a black canvas bag in one hand and a small, sawed-off shotgun in the other.  A long pole, a pool-skimmer, is strapped to Hank's back.  The Rookie brings up the rear, struggling to squeeze into the overcrowded dining room.

The little girl, who had stopped crying upon seeing them, starts bawling even harder than before.

Earl drops his bag and vomits.

                    DWAYNE
          Again?!

                    SHERIFF
          Earl, why don't you go help the Rookie?
          Get the family out of here.

                    EARL
          Yeah, okay.  Sorry, Sheriff.

Wiping at his mouth, Earl holsters his shotgun on his back and helps the Rookie lead Harriette and the kids out of the room.

                    EARL (CONT'D)
          Give a holler if you need me.

The remaining three men fan out around the end of the table.  We can still only see Harper from the back of the head.

                    DWAYNE
          I hate that smell.

                    HANK
          Harper was my bowling partner.  Let's do
          this and get it over with.

They've obviously done this before.  The three men drop their canvas bags to the floor.  The Sheriff and Dwayne put their shotguns away and exchange them for a pair of short, sturdy cattle prods.

Hank hoists the pool-skimmer off his back and climbs onto the table. It's not your average skimmer- the netting is made of a fine, silver chain mail.

                                        CUT TO:

INT. HARPER'S LIVING ROOM -- CONTINUOUS

Earl holds open the front door as the Rookie leads the stricken family outside.  He tries to ignore the noises that come from the dining room: Harper moaning, chairs overturning, dishes shattering.

                    DWAYNE (O.S.)
          Get it on there, dammit!

                    SHERIFF (O.S.)
          The head!  Get it on its head!

                    HANK (O.S.)
          No kidding.  Ah...hurry up, Dawg.

                    DWAYNE (O.S.)
          Got it?  Got it?

                    SHERIFF (O.S.)
          Shit.  Move it already!

                    DWAYNE (O.S.)
          I'm clear!

The cattle prods come into play.  Loud, electric POPPING.

                    HANK (O.S.)
          I got him!  I got him!

The sounds fade as Earl lets the door slam behind them.

INT. DEE'S DINER -- EVENING

Dee's is a timeless, cozy little diner.  Little Richard is on the juke box.  A few locals are seated at the counter and amongst the booths.

BELLS over the door jingle as Duckie steps inside.  His presence is instantly noticed by three rowdy looking townies huddled in a booth near the back.  They steal glances as Duckie takes a seat at the counter next to DOCTOR DIEDRICH.

A dirty pair of antique boxing gloves hangs from a nail on the wall in front of him.  A plaque below commemorates Hollis "The Hat" Hendershot, a prize fighter.  The black and white photo shows the heavyweight, fists at the ready, with a straw, 10-gallon hat perched on his head. The actual hat itself sits on a shelf under the stenciled words "Home of the Hat."

14.

The waitress, DIERDRE, is all smiles.  She sports a large mop of bushy red hair and a name tag adorned with the letter "D."

>                    DIERDRE
>          Hey there, handsome.  Something to drink?

>                    DOC DIEDRICH
>          You should have the lemonade.  You won't
>          regret it.

Now, Doc Diedrich is a curiosity.  Sitting further down the bar, his age is indeterminable, an effect heightened by the obvious fact that he is wearing heaps of makeup.  Lightly colored powder covers his face, a hint of rouge on his cheeks.  It's not a great makeup job, but it gets him by.

>                    DUCKIE
>          A lemonade would be great, thanks.

>                    DIERDRE
>          Comin' right up.

>                    DUCKIE
>          And, uh, steak and eggs, please.  Rare and
>          scrambled.

Dierdre jots Duckie's order on her pad.  She tares off the page, clips it to the order rack and slams a BELL that sits in the kitchen window.

>                    DIERDRE
>          Cook it!

She gives the rack a spin.  A burly Cook, sweating in the kitchen, grabs the order as it passes and goes back to work.  It is a routine they have rehearsed a thousand times.

>                    DUCKIE
>          Hollis Hendershot was from around here,
>          huh?

>                    DOC DIEDRICH
>          Holly the Hat, home town hero.  You like
>          the fights?

>                    DUCKIE
>          Can't stand 'em.

>                    DOC DIEDRICH
>               (impressed)
>          But you've actually heard of Holly
>          Hendershot?

Duckie's lemonade arrives, and he takes a cautious sip.

15.

                    DOC DIEDRICH (CONT'D)
          He didn't wear the belt for long, but he
          wore it well.  Ol' Holly here was Coffin's
          Bluff's biggest celebrity.  Well, once upon
          a time, anyway.

                    DIERDRE
          And that ain't saying much.

                    DUCKIE
          What about the Mad Duck?  Wasn't he from
          around here, too?

                    DIERDRE
          Mad Duck who?

Doc Diedrich finally realizes who he's talking to.

                    DOC DIEDRICH
          William "Mad Duck" McGuinness.

                    DIERDRE
          Never heard of him.

                    DOC DIEDRICH
          He wore the belt too, I hear.  For a little
          while.

Dierdre is flustered.

                    DIERDRE
          Well, no one around here has ever heard of
          him.  Where'd you go and hear something
          like that?  Doc, can I have a word with you
          please?

                    DUCKIE
          This is delicious, thank you.

                    DOC DIEDRICH
          Hello, Billy.

                    DUCKIE
          What's up, Doc?

                    DIERDRE
          Well...

Dierdre takes a good, long look at Duckie.

                    DIERDRE (CONT'D)
          Oh, my god.  I'm real sorry, I...

The BELLS over the door jingle again as the door bursts open and Paul Lyons strolls through.

                    PAUL
          Hey, Doc!  Sheriff wants ya!

He pays Duckie no mind as he walks to the back of the diner to join the other townies.

Doc Diedrich swivels around to peer out the window.  Across the street, near the Sheriff's station, the Sheriff and Dwayne are standing with the Harper family beside a white police van.

                    DOC DIEDRICH
               (muttering to himself)
          Does he, now?

EXT. MAIN STREET -- CONTINUOUS

The Sheriff holds Harriette's shoulders, trying to offer his condolences.  Dwayne stands nearby, untying the straps of his leather armor.  There is some evening foot traffic as locals head into the diner across the street, or homeward bound.  None of them give much notice to the sheriff or the family.

                    SHERIFF
          We'll take care of everything, don't you
          worry.

The little girl, clinging to her mother's leg, interrupts.

                    GIRL
          Mister, is my daddy dead?

Before he can answer, the door to the van flips open and Harper falls to the ground.  The zombie is secured in a strait-jacket, his head covered by something akin to a bird cage, both chained together with a large padlock.

He rolls to the little girl's feet, moaning and writhing.  The girl starts bawling again.

                    ROOKIE
          Sorry, Sheriff!

The Rookie jumps out of the van and grabs the top of Harper's head cage, pining the zombie to the ground.

                    SHERIFF
          Aww, crumply Christ, Dawg, didn't you lock
          the door?

                    DWAYNE
          I thought the Rookie did it!  He rode back
          there on the way home.

Harriette hustles her children across the street towards the diner,
crying.  Doctor Diedrich has run out to meet them.

                    DOC DIEDRICH
          Harriette!  Harriette, are you all right?

Harriette collapses into the Doc's arms, sobbing into his shoulder.
The kids cling to his legs and bury their faces in his clothing.

                    ROOKIE
          She's had a real bad day, Doc.  The Sheriff
          was wondering, do you think you could look
          after her and the kids for a bit?

                    DOC DIEDRICH
          What's happened?

                    ROOKIE
          Harper went walking.

The Doctor breaks away from Harriette and kneels next to Harper.

                    DOC DIEDRICH
          Oh, no.  I'm so sorry.

                    ROOKIE
          We have to go meet Hank up at the church.
          Do you mind?

                    DOC DIEDRICH
          I'll see to her.  Come on, kids.  Let's go.

Behind them, unnoticed, an old Zombie Mailman in a ragged, dirty
uniform drops some mail into a slot and meanders on down the road.

INT. DINER -- CONTINUOUS

Dierdre clears the Doc's half-eaten plate.  One of the LOCALS sitting
at the other end of the bar raises his voice over the juke box.

                    LOCAL #1
          Hey Dee, why'd Doc run off?

                    DIERDRE
          Doc's business, I'm sure.  Eat your dinner.

COOK sets a plate in the kitchen window and slams the BELL.

                    COOK
          Order up!

Dierdre is there in a flash, and slides the plate of food in front of Duckie.  Duckie is staring at the boxing gloves on the wall.

> DIERDRE
> We used to have yours up there, too, you know.  For a while, anyway.  Folks didn't like it much.  Somebody ended up stealing them.

> LOCAL #1
> You'll never believe what I got in the mail today.

> LOCAL #2
> Then why even bother telling me?

> LOCAL #1
> The Clapper.

> LOCAL #2
> Oh, no.  You can get that from the mail now?

> LOCAL #1
> No, "THE Clapper."  You know, for lights and such.  The thing is, I must have ordered that thing, oh, ten years ago!

> LOCAL #2
> And it's just getting here now?

> LOCAL #1
> How about that?

> LOCAL #2
> How on earth you been getting by?

Duckie hardly notices his steak and eggs.  He is still gazing at the boxing gloves on the wall, letting his mind wander.

We can hear the familiar sounds of a boxing match fade in - crowds cheering, gloves hitting skin, and a faint voice...

> JIM LAMPLEY (V.O.)
> It's over!  It's all over!

The round ends, a BELL rings.

> COOK
> Order up!

Duckie's head jerks as he's brought back to the present, and he sips at his lemonade.

19.

INT. EXAM ROOM #1 -- EVENING

Doctor Diedrich is seeing a female PATIENT #14.  A tray of vials and needles sits next to him.  The patient looks really, really sick.

                    DOC DIEDRICH
          Thanks for coming in on such short notice.
          I've just got something new in, something
          I'm really excited to try.

                    PATIENT #14
          If you think it'll help.

                    DOC DIEDRICH
          You look well today.

                    PATIENT #14
          Bullshit.  I'm fucking dying.

Doctor Diedrich takes some notes with a yellow pencil.  The patient's file is heavy and thick.

                    DOC DIEDRICH
          How long have you felt that way?  Felt like
          you're dying?

                    PATIENT #14
          Oh, Doc, I don't know.  Since I stopped
          being able to breathe, I guess.  I just
          can't catch my breath.

The Doctor takes a few more notes, then begins prepping an enormous, scary-looking syringe.

                    PATIENT #14 (CONT'D)
          Jesus Christ!

                    DOC DIEDRICH
          Are you still taking the pills I gave you?

                    PATIENT #14
          Um...
              (still looking at the
               syringe)
          I was up until two days ago, when it got
          really hard to swallow.

                    DOC DIEDRICH
          Hard to swallow?  Two days ago?

                    PATIENT #14
          Yeah.

                    DOC DIEDRICH
          So, what have you been eating?

The patient gets a guilty, furious look on her face.

                    PATIENT #14
          Meat.  Mostly.

Interested, the Doctor sets the syringe down on his tray and picks up
the pencil.  He kneels down, and removes the patient's shoe.

                    DOC DIEDRICH
          I want you to tell me.  Do you feel this?

He scrapes the tip of the pencil along the sole of her foot.

                    PATIENT #14
          No.

                    DOC DIEDRICH
          How about this?

He lifts the hem of her trousers and scrapes the pencil against her
ankle.

                    PATIENT #14
          Nope.

                    DOC DIEDRICH
          Now, what about this?

Doctor Diedrich jabs the pencil straight down through the patient's
foot, until the tip comes out the other side.  Thick, black bile oozes
out of the hole.

                    PATIENT #14
          Not a thing.  Should I?  Is that bad?

The doctor gives her a smile.

                    DOC DIEDRICH
          It's fine.  Nothing to worry about.  Here,
          lets get started.

Doctor Diedrich returns the bloody pencil to the tray, and trades it
for the gigantic, scary syringe.

INT. POLICE VAN -- EVENING

The Sheriff is driving as the Rookie stares out at the trees passing
by.

21.

                    ROOKIE
          It wasn't at all like I thought it would
          be.

                    SHERIFF
          It never is.  No matter how often you see
          it.  Next time I'll let you loop one.
          Can't be any worse at it than Hank is.

                    ROOKIE
          Hey, uh, I've been meaning to ask... how's
          the Doc doing?  He seem okay to you lately?

                    SHERIFF
          How do you mean?

                    ROOKIE
          I don't know.  Something off.  His makeup
          looks bad.

                    SHERIFF
          I know.  Not too sure.  Skin cancer, maybe.

                    ROOKIE
          Oh, no.  Bless him.

                    SHERIFF
          Or leprosy.

                    ROOKIE
          No...

                    SHERIFF
          Personally, I think so, but I'm not a
          hundred percent.

                    ROOKIE
          You're joking!

                    SHERIFF
          If you hadn't noticed, he ain't just
          *looking* bad...

EXT.  CHURCH -- CONTINUOUS

The van pulls around onto the back lawn of the church and slows to a
halt near the cellar door.  It has been left wide open.

                    SHERIFF (O.S.)
          Aww, Jesus.  Look at that.

The two men step out of the van, and the Sheriff heads straight for the
church door.

                SHERIFF (CONT'D)
       Get Harper down, I'll go get Hank.

As he approaches the incline to the cellar, he sees that the ancient, wooden door at the bottom has been left open, as well.

                SHERIFF (CONT'D)
       God dammit, Hank.  I've told you a hundred
       times, you can't go leaving the door open
       like that!

The Sheriff disappears inside.

INT. CHURCH CELLAR -- CONTINUOUS

                SHERIFF
       Father?  Hank?

The Sheriff walks into the cellar slowly, letting his eyes become adjusted to the darkness.

                SHERIFF (CONT'D)
       Hello?

He creeps over near the edge of the pit.  As his eyes begin to focus, a look of horror crosses his face.

Except for the crumpled body of the Old Priest, THE PIT IS EMPTY.

INT. DINER -- NIGHT

Duckie finishes his last bite of pie and pushes his empty plate away. Dierdre is leaning over one of the booths, bussing dishes.  DALE, one of the townies near the back, admires her swaying rear end.

                DALE
       Doc's one lucky fella, Dee.

He pats her ass, his hand lingering.

                DIERDRE
       You're a sweetheart AND a gentleman, Dale.

Dale gives her butt squeeze.

                DALE
       A sweetheart, that's me.

                DIERDRE
       That's sexual assault, Dale.  Move your
       hand or loose it at the wrist.

                         DALE
          What do you say to slipping on over to
          Harlowe's and letting me buy you one?

Doc sends the BELLS over the front door jingling as he walks into the
diner, and Dale immediately lays off.

                         DALE (CONT'D)
          Howdy, Doc!

                         DOC DIEDRICH
               (coldly)
          Dale.

Duckie drops some bills on the counter and stands up to leave.

                         DIERDRE
          Can I get you something else, hon?

                         DUCKIE
          Couldn't possibly.

                         DOC DIEDRICH
          You know where you're staying?  Your dad's
          place burned down in '98, but, I guess
          you'd heard about that.

                         DUCKIE
          I'll find something.

                         DIERDRE
          Welcome home, Mr.  McGuinness.  Sorry about
          before...

Doc Diedrich gives Duckie a friendly grin as the boxer heads outside.
His smile fades, though, when he sees Paul and the other townies get up
from their booth at the back and move to follow him.

EXT. MAIN STREET -- CONTINUOUS

Duckie pats his belly as he heads for his motorcycle.

Behind him, the diner door swings open and the townies fall out.  An
EXPENDABLE CRONY nudges Paul's ribs, urging him to say something.

                         PAUL
          Fuck you.

Dale chuckles.  They all stare at Duckie eagerly, waiting to see what
he'll do.  Duckie doesn't bother to turn around, fishing in his pocket
for his keys.

24.

                    PAUL (CONT'D)
          Yeah, you heard me.  Fuck you, you fat,
          bald bastard.

TINY, the smaller man at the back, speaks up.

                    TINY
          He ain't bald!

                    PAUL
          Fuck you, too, Tiny.

The diner door opens again and a worried Dierdre and Doctor Diedrich
step outside.

                    DIERDRE
          Get your ass back inside, Paul Lyons.  I
          don't want any trouble out of you.

                    PAUL
          Trouble's standing right in front of you
          and you don't even know it.

Duckie turns to face them, but is unable to meet their gaze.  Both
hands in his pockets now, he stares at his feet.

                    DUCKIE
          Hey, come on.  I'm just passing through.

                    PAUL
          The man who killed "Lockjaw" Wilson in the
          3rd.  The man who would be king.

                    DOC DIEDRICH
          Leave him alone, what's he done to you?

                    EXPEDABLE CRONY
          What's he done for me lately?

                    TINY
          500 bucks!

The Doc looks confused, but Duckie doesn't flinch.  He's heard all this
before.  The bullies fan out around Duckie and the motorcycle.  It
looks like trouble.

                    PAUL
          500 bucks.

                    DUCKIE
          It's my fault you can't hold on to your
          money?

Dale pushes the motorcycle over, kicking the tire for good measure.

                    DUCKIE (CONT'D)
          Aww, c'mon, man.

                    PAUL
          The T.V. said you threw that fight.  The
          newspapers said you got cold feet.  Froze
          up.

                    TINY
          Turned chicken!

                    PAUL
          Either way, after what you did to Lockjaw,
          500 bucks on you should've been a sure
          thing.

                    TINY
          Sure as shit!

                    DIERDRE
          I'll go get Dwayne.

Dierdre runs off in the direction of the Sheriff's station.  Dale kicks
at the motorcycle a few more times until he hurts his toe, and hops
back.

                    DOC DIEDRICH
          I don't think you want to do this, fellas.

                    PAUL
          Aww, but punchy here's all punched out.
          Ain't that right, killer?

Paul sends a fist into Duckie's stomach, who buckles over and falls to
his knees.  The Expendable Crony and Dale pick up Duckie by the arms
and hold him up for another blow.

Doc makes an attempt to help, but Tiny steps in his way.

Paul throws few more punches into Duckie's face.  Duckie makes no move
to fight back.  The Expendable Crony and Dale ease up a bit, realizing
that Duckie isn't struggling in the slightest.

                    PAUL (CONT'D)
          What you do you think?

                    DALE
          Still got a few hundred more to go!

                    DIERDRE (O.S.)
          Stop it!

Dierdre returns to the scene, Dwayne Dawg in tow.

>                    PAUL
>           Hey, Dawg!  Look who's home!  Want to get
>           your share?

Dwayne pulls out his handcuffs and takes Duckie's arm from the
Expendable Crony.  He slaps the cuffs onto Duckie's wrists.

>                    DWAYNE
>           All right, it's over.  Let's go.

>                    DOC DIEDRICH
>           You're arresting him?  What charge?

>                    PAUL
>           Throwing fights and ripping people off.

>                    TINY
>           Ripping us off!

>                    DWAYNE
>           Disturbing the peace is good enough for me.

>                    DUCKIE
>           Interesting perspective.

>                    DOC DIEDRICH
>           I'm gonna take this up with the Sheriff,
>           Dwayne.  You've got no right.

>                    DWAYNE
>           I could leave him here with these boys.

Paul cracks his knuckles.

>                    DWAYNE (CONT'D)
>           Best he come with me, I think.

>                    DOC DIEDRICH
>           I'll take care of this, Mr.  McGuinness.
>           Don't you worry.

>                    DUCKIE
>           It's okay.  I needed a place to sleep,
>           anyway.

Paul flips him his middle finger.

>                    PAUL
>           Sleep on this, killer.

Dwayne grabs Paul's finger and bends it back, painfully.

                       DWAYNE
        I think it's time you boys went home.

                       PAUL
        Yeah, sure.  Damn, Dawg, all right, okay.
        Let go!

Dwayne lets him go, and Paul rubs his hand.

                    PAUL (CONT'D)
        You almost broke my finger.

                       DWAYNE
        Now!

Paul lunges at Duckie one last time, trying to make him flinch.
Duckie, staring at the ground, doesn't even notice.  Paul spins around
in a huff and leads the townies off down the road.

                    DIERDRE
        You boys have a lot to be proud of.

                       PAUL
        Ha!  Beatin' up the toughest guy in the
        world?  That's one for the grandkids.

Dwayne walks Duckie off to the Sheriff's station, leaving Doc and
Dierdre alone in the street.

                  DOC DIEDRICH
        I'll bet his grandkids will be shitheads,
        too.

EXT. CHURCH -- NIGHT

The Rookie opens the back door of the police van.  Zombie Harper is
sitting on a bench along the side, sneering at him.

                    ROOKIE
        All right, fella.  Time to go.

As he reaches inside to help the zombie out of his seat, Zombie Harper
lunges forward, snapping his teeth uselessly behind the bars of his
head cage.

Startled, the Rookie jumps back a step or two.  Harper follows,
stepping down out of the van, writhing in his straight-jacket.

Up ahead, the van's engine roars to life, and the headlights turn on.

                  ROOKIE (CONT'D)
        Sheriff?  Hey, Sheriff!

Keeping a eye on his prisoner, The Rookie walks around the side of the van in time to see a very dead zombie behind the wheel.  Lost for words, the Rookie freezes in his tracks.

> SHERIFF (O.S.)
> Run, Rookie!  Run!

The zombie in the van bares his teeth, and presses on the accelerator. The van lurches forward at high speed, revealing three more zombies on the other side, all of them staring at the Rookie.

As they reach for him, two GUNSHOTS ring out, and the forehead of the zombie in the middle explodes in a spray of blood and brain.  As the body drops, the Sheriff runs past, grabbing the Rookie and pulling him along.

> SHERIFF (CONT'D)
> Run!

The police van speeds past the church and into the edge of the woods, smashing into the trees and nearly tipping over onto its side.

One by one, zombies begin to emerge from the tree line, jogging towards them.  The Sheriff fires off a few more rounds, hitting nothing.

> SHERIFF (CONT'D)
> Damn!

The Sheriff grabs the Rookie's arm once more and pulls him towards the road.

> SHERIFF (CONT'D)
> Run for your life, kid!

Together, they head back towards town, running for their lives.

EXT. EARL'S GAS STATION -- NIGHT

Earl is standing behind the door of his gas station, lighting up a cigar.  He flips over the "closed" sign in the window, shuts off the lights, and heads outside.

A man in a dirty old army coat is standing by the pumps, flicking the lever up and down.

> EARL
> I'm closing up, friend.  You need gas?

The man ignores him.

> EARL (CONT'D)
> Hey, you need some help or something?

He takes a few steps towards the pumps.

                    EARL (CONT'D)
          Run outta gas-?

The zombie turns around and lunges for Earl.  Its neck is rotted
through.  Its cheeks and lips are gone, exposing his teeth in a hideous
grin.

INT. SHERIFF'S STATION -- NIGHT

A cell door closes on Duckie.

Dwayne sits at the desk and watches him, sipping coffee from a paper
cup and swinging his keys.

                    DUCKIE
          I want my phone call.

Dwayne snorts.

                    DWAYNE
          Calls cost money.  You got 500 dollars?

Duckie hangs his head.

                    DWAYNE (CONT'D)
          Who are you going to call anyway?

                    DUCKIE
          I got the crap kicked out of me.  Is that a
          crime?

                    DWAYNE
          Throwing fights is.

Duckie sighs and sits on the cot.  He looks around his cell - it looks
like it was decorated by one of the officers' grandmothers.

                    DUCKIE
          I'm pretty sure there's a statute of
          limitations.

                    DWAYNE
          "Mad Duck" McGuinness.  In the flesh.

Duckie sits on the cot and closes his eyes.

                    DWAYNE (CONT'D)
          I heard about you.  You were in my Uncle
          Cal's class in high school, you remember
          him?

                  DUCKIE
He was an asshole.

                  DWAYNE
You got a mouth.  Yeah, that's what I
heard.  Bill the Mad Mouth.  Fuck the Duck.
Your dad, well, shit, I'd say *he* used to
talk about you, but, hell, you knew him.

Duckie doesn't take the bait.

                  DWAYNE (CONT'D)
You were something, you know that?  A
genuine fucking miracle of nature.

                  DUCKIE
You're an asshole, too.

                  DWAYNE
Yeah.  That's true.  But I'm an asshole
that's out well-bet money, thanks to you.
Hell, this whole town lost on you.

                  DUCKIE
You, and every other town in-between.  So
get in line.

The PHONE rings, and Dwayne grabs it.

                  DWAYNE
Yo.

                  EARL (O.S.)
Sheriff, you there?

                  DWAYNE
Hey, Earl.

                  EARL (O.S.)
Dawg, I think we've got a problem.  Is the
Sheriff around?

                  DWAYNE
He's out at the church, with Hank.  I
think.

                  EARL (O.S.)
I was afraid of that.  I think you'd better
get out there ASAP.

                  DWAYNE
Why?

                         EARL (O.S.)
               Eddie Murnane just stopped by the gas
               station.

Dwayne is surprised.

                         DWAYNE
               Bullshit.  We collared him 6 months ago.

                         EARL (O.S.)
               Yeah, well, he's over here now.  All over.

                         DWAYNE
               You okay?

                                                    CUT TO:

EXT. EARL'S GAS STATION -- CONTINUOUS

Earl is behind the register, and there's blood all over.  Gore is
clinging to wall, the counter, the phone, and Earl.  The body of his
assailant is at his feet.

                         EARL
               Sure, I'm fine.  But if he's here, and the
               Sheriff's over there, I think that's where
               you ought to be right now, too.

                         DWAYNE (O.S.)
               You think there's trouble?

Earl looks down at the carcass on the floor.

                         EARL
               Dwayne, just go.  Hurry up and go.

                                                    CUT TO:

INT. SHERIFF'S STATION -- CONTINUOUS

Dwayne sets the phone down.

                         DWAYNE
               Big bunch o' waste of my time.

He walks to the window, pulls the blinds open and takes a look at the
street outside.  Looking down one direction, he sees nothing out of the
ordinary.  Then he turns to look down the other way.

                         DWAYNE (CONT'D)
               Cripes all Friday.

EXT. MAIN STREET -- CONTINUOUS

Dozens of zombies are parading their way down Main Street.  Some are in funeral dress, some naked, a couple even in football uniforms.  All of them are in various states of decay.

The football players look around aimlessly.  Other zombies are chasing some of the townsfolk around.  The odd citizen runs past, screaming, ducking into a storefront or a car and driving away.

A zombie in a rotten pinstripe suit, strolling past the Sheriff's station, pauses to peer into the window.  When he sees Dwayne, he drops his rotten jaw and lets out a bone chilling wail.

INT. SHERIFF'S STATION -- CONTINUOUS

Dwayne walks over to the gun cabinet and grabs two more pistols, which he tucks behind his belt.

                    DUCKIE
          Leaving so soon, asshole?

Dwayne picks his coffee cup off the desk and tosses it at  Duckie's cell.  It hits the bars and sprays coffee everywhere.

                    DUCKIE (CONT'D)
          Ah,  hot!

                    DWAYNE
          I'll deal with you later.

Duckie wipes his face with his shirt and lays back on the bed.

Dwayne grabs a large, antique skeleton key from the Sheriff's desk drawer and walks to the front door.  He pauses before he leaves, turning back to address Duckie.

                    DWAYNE (CONT'D)
          Hey.  That fight...not the one you threw.
          The other one, the Wilson fight.

Duckie doesn't look as if he's heard.  He just lays there with his eyes closed.

                    DWAYNE (CONT'D)
          Tell me one thing - did you know he was
          dead in the ring?  Or later, when you saw
          it on the news?

Duckie takes a second to answer.

                    DUCKIE
          I knew it when I hit him.

Dawg nods, and opens the door.

                    DWAYNE
          Don't go nowhere.

                    DUCKIE
          While you're gone I'm going to take a shit
          on your nice clean floor.

EXT. MAIN STREET -- CONTINUOUS

Dwayne runs toward a telephone pole next to the station house and an old, rusty metal box attached to the side.  The zombie in the pinstripe suit, still out front, ignores him in favor of a scraggly cat and starts to chow down.

Dwayne tries to open the box, but it's rusted shut.  He gives it a couple of smacks with his elbow, and the front panel finally swigs open to reveal a large keyhole.  He shoves the skeleton key inside, gives it a turn, and the eerie ZOMBIE ALARM atop the pole begins to wail.

He turns and heads for his police cruiser.  A young couple runs past him.  They are being chased by a dead woman, Zombie Gayle, dressed in her Sunday best.

Dwayne pauses to shoot Gayle in the back with his pistol.  The zombie stops, turns, and starts to run for Dwayne, who jumps into his car and speeds away.

Across the street at the diner, a few zombies shamble inside.

INT. DINER -- CONTINUOUS

The BELLS atop the door jingle as the zombies stumble through.  The music from the jukebox drowns out the sound of the siren outside.  Dierdre is back in the kitchen with the Cook.

An old man, DRUNKEN PETE, sits at the counter.  His head is buried in his arms, seemingly asleep.  The few people at the booths ignore the newcomers, not noticing their current state of decay.  The zombies take a seat at the last booth.

                    DIERDRE (O.S.)
                (from the kitchen)
          I'll be with you folks in a minute, okay?

STEVE, the man in the booth a few meters down from the dead, sits across from his wife, MAVE.  He makes a sour face, and  waves at the air in front of his nose.

Mave chuckles.  Steve makes as if to turn around and say something when Mave slaps his arm.

34.

                    MAVE
          Shh.  Don't say anything, you'll embarrass
          me.

Drunken Pete has no such restraint.

                    DRUNKEN PETE
          Hey, Cook.  What the fuck died in there?

                    DIERDRE (O.S.)
          You watch that mouth, Pete.  I've got real
          customers, you know.

                    DRUNKEN PETE
          That better not be my order!

He puts his head back in his arms.

                    DRUNKEN PETE (CONT'D)
          Smells like old, dead cow crap around here.

Dierdre walks out of the kitchen, wiping her hands on her apron and
reaching for her order book.  She smacks Pete with it and leans in to
whisper to him.

                    DIERDRE
          Shame on you.

She shakes her head as she walks to the zombie's booth, still not
really looking at them.

                    DIERDRE (CONT'D)
          I'm sorry about that.  What can I get you
          folks to drink?

Dierdre sees them now.  Her face pales.  As she stares, her grip on the
pencil breaks the tip into the pad.

One of the zombies starts to growl.

The BELLS over the door jingle once again.  Dee looks up to see a huge
crowd of zombies waiting in the doorway.

                    DRUNKEN PETE
          Big wiffer!

EXT. COUNTRY ROAD -- NIGHT

The Sheriff and the Rookie are running down a dark country road.  They
are covered in sweat, and breathing hard.  We can hear moans and
footfalls on the pavement behind them, but only shadows hint at what
may be lurking there.

                    ROOKIE
Have you looked back lately?

                    SHERIFF
No.  But I wouldn't, if I were you.

The Rookie steals a quick glance.

                    ROOKIE
I can't see anything.  Oh, wait...

The moonlight suddenly spills through the trees to reveal a grizzly
marathon of zombies in their wake.

                    ROOKIE (CONT'D)
Nevermind.

He speeds up a little, and the Sheriff follows suit.

The faint echoes of the ZOMBIE ALARM begin to drift in from town.

                    ROOKIE (CONT'D)
What in the hell's that?

                    SHERIFF
It's Dwayne.  He hit the panic button.

                    ROOKIE
Good thing, 'cause I think I'm going to
panic soon.

They continue their conversation between hard, ragged breaths.

                    ROOKIE (CONT'D)
I'm not going to make it much further.

                    SHERIFF
Okay.  You see that tree up ahead?  The one
on the right?

                    ROOKIE
I see a bunch of trees on the right.

He keeps looking.

                    ROOKIE (CONT'D)
I see one on the left...

                    SHERIFF
That's the one.  C'mon!

They sprint the rest of the distance and arrive at the base of an old
oak tree.  The Sheriff holds out his hands, his fingers laced together.

36.

                          SHERIFF (CONT'D)
               I'll give you a boost.

The Rookie balances awkwardly on the Sheriff's hands until he finds a
hold in the tree.  He pulls himself up, and reaches down to aid the
Sheriff.

                          ROOKIE
               We should probably keep climbing.

They climb up a few more branches before realizing they've gotten as
high as they're going to get.

The zombies begin to arrive at the base of the tree.  Some mill about,
looking up at them.  Some claw at the bark.  One walks up to the trunk
and sits down with his back to it, as if resting up.

                          ROOKIE (CONT'D)
               Can they climb?

Sheriff shrugs his shoulders.

                          SHERIFF
               At this point, does it matter?

He shifts his weight on the large tree limb and settles down to rest.

INT. DINER -- NIGHT

It's zombie time.  The jukebox is at full volume now.  The diner is
full of zombie patrons feasting on human remains, partying, and making
a general ruckus.  Dierdre and the Cook are unharmed, as they serve up
piles of raw beef and chicken to the zombies at the counter, who dig in
greedily.

Drunken Pete is unharmed as well, oblivious to the chaos around him.
Dale is standing at the jukebox, filling it with quarters.

The couple at the booth, Mave and Steve, are now on the table, cut into
pieces - human serving platters for the zombies that now sit there.

Dale selects his song, and his finger leaves a sticky, bloody smear on
the button.  Now Zombie Dale, the front of his shirt is soaked with
blood, and half of his cheek is missing.  He leans against the jukebox,
surveying the action and looking cool.

The BELL rings, and a hamburger on a plate plops down under the heat
lamps.

                          COOK
               Order up!

Dierdre grabs it and slides it across the counter.  The zombie there snaps at her, then looses interest and grabs at the plate, devouring the burger greedily.  It chokes, spits out the food and slams its fists onto the counter.

> DIERDRE
> Darn it, Cook, stop cooking them!  They'd just as soon eat me!

> COOK
> I think they'd just as soon eat you anyway, honey.

Another burger lands on a plate, this one raw.  The BELL rings again. Cook looks at her with weary eyes.

> COOK (CONT'D)
> Sorry Dee, lost track of that last one. Order up!

A recently Deceased Teenager sits in a booth, while the zombies sitting with him chow down on the organs they've pulled out of his stomach and onto the table.

> DIERDRE
> How are we doing on meat?

> COOK
> Not too good.  I'm gonna have to start hitting the scrap buckets soon.

> DIERDRE
> Can you speed it up?

He throws a handful of raw sausage in a bowl and slides it towards her.

The music has stopped.  Zombie Dale turns to fix it, mashing the buttons with his palms until "Staying Alive" starts to play.  Dale loves it, and starts dancing.

Drunken Pete lifts his head and looks at the zombie next to him, who is busy smacking the bottom of a ketchup bottle, trying to get it to flow into his mouth.

> DRUNKEN PETE
> Nah!  You gotta hit the side of the bottle!

Pete finally notices who he's talking to.

> DRUNKEN PETE (CONT'D)
> Gary!  Holy Jeeze, Gary, how you doing? Where the hell you been, buddy?  I ain't seen you in...aw, hell.

He slaps Gary on the back, knocking the zombie's face into the bottle. Zombie Gary holds it away, eyeing it suspiciously.

>                    DRUNKEN PETE (CONT'D)
>          God damn, I think I heard you died or
>          something.  Dee!  Beers for me an Gary!

The BELL rings.

>                    COOK
>          Order up!

INT. SHERIFF'S STATION -- NIGHT

Duckie is sitting on the edge of his cot.  We hear the front DOOR open and close.  Slow FOOTSTEPS make their way down the hall.

>                    DUCKIE
>          Hey, Deputy Dogshit, it's about time you
>          got back.  Your phone's been ringing off
>          the hook.

The PHONE starts to ring, right on cue.  No one moves to answer it.

>                    DUCKIE (CONT'D)
>          Man, answer your phone!

It rings for a little while longer, and finally stops.

>                    DUCKIE (CONT'D)
>          Hello?

The footsteps are getting closer.  Duckie strains at the bars to get a better look.

>                    DUCKIE (CONT'D)
>          Dogshit?  That you?

The footsteps stop just shy of his door.  Duckie wrinkles his nose at the smell.

>                    DUCKIE (CONT'D)
>          Aww, man, you get sick or something?

He takes another wiff, and a chill runs down his spine.  Duckie backs away from the bars.

>                    DUCKIE (CONT'D)
>          Who's there?

The bars in the next cell slam shut with a clatter.  The springs in the cot creak as something heavy lies on them.

Duckie backs into the corner of his cell, clenching his fists and keeping a watchful eye on the bars.

EXT. COUNTRY ROAD/OAK TREE -- NIGHT

The Rookie and the Sheriff are still stuck in the tree, but they're not alone.  They're standing now, stamping on the fingers of one of the zombies that has managed to climb up.

                    ROOKIE
          I thought you said they couldn't climb?

                    SHERIFF
          I never!

The Sheriff grinds his heel into the dead hand, severing the fingers and forcing the zombie to let go.  It drops to the ground with the others.

                    SHERIFF (CONT'D)
          I suppose it figures, though.  They climbed
          out of that pit well enough.

A police SIREN catches his attention as Dwayne's cruiser speeds to the scene.  It crashes into the crowd of zombies around the tree, backs up, and then runs over some more.

Dwayne Dawg jumps out of the car, guns blazing.  He is firing into the crowd, but it's having little effect.  Even the ones he pumps full of lead just get back up and keep coming.

                    SHERIFF (CONT'D)
          You can shoot the heads, dumbass!

Dwayne alters his attack, and bodies start to drop, permanently.

                    DWAYNE
          You're all clear, Sheriff.

The Sheriff's legs swing into view, and he drops down next to Dwayne.

                    SHERIFF
          Let's get the hell outta here.

INT. DINER -- NIGHT

A zombie pours salt on a plate of raw meat.  He looks at the salt shaker for a moment, then throws it over his shoulder for luck.  It smacks into the forehead of the zombie behind him, who looks up from the foot he's eating in alarm, watching out for whoever must have hit him.

40.

The recently Deceased Teenager at the booth has turned, and awaken as a zombie.  His eyes open to find his companions still feasting on his organs.  He waves them away and pulls his intestines back to him, watching his cohorts with distrust as he begins to snack on his own parts.

The BELL rings.

> COOK
> Order up!

Dierdre sets more food down in front of Zombie Gary.  Pete frowns as he looks down at the plate.  Out of the good stuff now, Cook has loaded up this platter with whatever meat he could scrape together from the bins. It's nasty looking.

> DRUNKEN PETE
> What the hell are you eating, Gary?

Zombie Gary gives up on the ketchup, handing the bottle to Pete.

> DRUNKEN PETE (CONT'D)
> Yeah, that'll help.

Pete starts smacking ketchup all over Zombie Gary's plate.  The BELL rings again.

> COOK
> Order up!

Dee runs back to the window to grab the grub.  A few zombies follow and block her behind the counter as she pushes the meat towards their eager hands.

Zombie Gary has cleared his plate, and looks up at Drunken Pete.

> DRUNKEN PETE
> Damn, Gary!  Chew your food.

Zombie Gary doesn't hesitate.  He grabs Pete by the ears, pulls his head close and bites his nose off.

Another zombie grabs Pete's feet and, together, they lay him flat on the counter as more zombies rush over to join in on the kill.

The BELL rings, and a platter slides into the window behind Dierdre. She reaches back to pick it up, and brings it around in front of her.

Cook's head is sitting on the plate, surrounded by garnish.

Dierdre screams, and drops the plate on the counter.  She turns around to find zombies in the kitchen now, raiding the pantry and gorging on Cook's decapitated body.

41.

She turns to face the room; her situation doesn't look good.  Most of the zombies have turned their attention to her now, slobbering and clawing at the air.

Behind the horde, the front door flies open and Doctor Diedrich rushes in, a wooden baseball bat in his hands.  He starts swinging wildly, and bits of head and brain go flying as he clears a path to the counter.

                    DOC DIEDRICH
          Dee, run!  Now!

Dierdre lunges for the door.  She scrambles over the counter but, as she's sliding across, a zombie manages to snatch her exposed ankle and take a bite.

Dierdre screams as blood gushes from between the zombie's teeth.

                    DOC DIEDRICH (CONT'D)
          Dee!

Doc tries to bring the baseball bat down on the zombie's head and misses, shattering Dierdre's kneecap instead.

His second swing hits paydirt, and the offending zombie lets go of her leg.  Doc drops the bat, supports Dierdre over his arm, and runs for the door.

Before they can escape, Zombie Dale jumps into their path.  Doc punches him in the face with his free hand and tries to run past.  The punch doesn't do much, though, and the zombie's head comes back around to snap at them.  Doc shields Dierdre with his body, waiting for the inevitable, but it never comes.  Instead, inches from Doc's throat, Zombie Dale moans, changes his mind, and turns away.

Doc and Dierdre count their blessings as they run out onto the street.

EXT. MAIN STREET -- CONTINUOUS

Doc and Dierdre lean against the diner's door, taking in the scene and looking over their options.

Zombies and corpses are everywhere.  The old mayor, a fat-cat zombie in an expensive suit with a rotten sash across his shoulder, is strolling down the center of the street, waving to the sidelines as he passes.

                    DOC DIEDRICH
          Mayor Jenson?

At the sound of his name, the zombie turns to them, smiles, and waves. As he looks around, Doc notices other zombies caught up in grotesque imitations of their former lives.

SERIES OF SHOTS:

A)   A zombie bluegrass band has set up on the corner under a storefront awning, and is trying to provide a soundtrack to the scene.  The music is terrible.

B)   Two elderly Zombie Men sit in lawn chairs on the sidewalk, watching everyone else stroll by.

C)   A dead workman in a hard hat is in the middle of the street, pounding on a manhole cover with his palms.

Without warning, a zombie is thrown through the diner window and crashes to the sidewalk beside them.  The zombies inside begin to stagger out through the opening.

Dierdre leans on Doc's arm as they run off through the mayhem.

                                        CUT TO:

INT. POLICE CRUISER -- NIGHT

The Sheriff drives through the busy street.  A zombie slaps the window of the car as it passes, leaving a bloody smear on the glass.

                    SHERIFF
          This is getting way out of hand.

A zombie dressed as a Crossing Guard jumps in front of the car with her hand up, forbidding them to pass.  The Sheriff slams on the brakes.

                    DWAYNE
          What the...?

Doc and Dierdre hobble past the zombie.

                    ROOKIE
          Is that -

                    SHERIFF
          Doc!

Sheriff waves him on.

                    SHERIFF (CONT'D)
          Keep going, Doc!  Keep going!

The Zombie Crossing Guard waits until Doc and Dierdre are safely off the street, then steps back out of the way and waves the car on, her duty done.

The cruiser takes off and stops at the station house as Doc and Dierdre are arriving.

EXT. SHERIFF'S STATION -- CONTINUOUS

The three men jump out of the car and head for the safety of the Sheriff's station.  The Rookie notices Dierdre's wounds, and helps Doc carry her through the doorway.

INT. SHERIFF'S STATION -- CONTINUOUS

The group scrambles inside the station, breathless, as the Sheriff throws the locks on the door.

Duckie jumps at the noise and runs to the bars of his cell.

>                    DUCKIE
>          Hey!  What the hell is going on around
>          here?

>                    DWAYNE
>          Oh, yeah.  I forgot to mention-

He stops mid-sentence as he stares into the cell next to Duckie's.

>                    SHERIFF
>          Who's in the...

As each person catches sight of the cell adjacent to Duckie's, they stop and stare.

>                    DUCKIE
>          What?

Duckie starts to get worried, backing away from the adjoining cell wall.

>                    DUCKIE (CONT'D)
>          Aww, crap.  What?  Huh?  What?  What is it?

>                    DWAYNE
>          That's something you don't see every day.

We finally get to see the other cell, side by side with Duckie's.  A zombie is sitting up on the cot, its back to the wall.  He appears to be sleeping, a bottle of rum in his hand.

The Sheriff grins.

>                    SHERIFF
>          It's Phil.

>                    DWAYNE
>          You're kidding me.

                    SHERIFF
          No, that's him.  Remember how he'd save us
          the trouble of rounding him up and just
          come on in here to sleep it off?

                    ROOKIE
          You knew this guy?

                    SHERIFF
          He was a town drunk.  Died before your
          time, years back.  Liver cancer.

                    DUCKIE
          Say that again!

Duckie points at the Sheriff, daring him.

                    SHERIFF
          Now, here's something I don't see every
          day.  "Mad Duck" McGuinness?

                    DIERDRE
          Get me a fucking chair.

The Rookie remembers her plight and retrieves a first aid kit.  He
hands it off to Doc, who leads her to a chair and starts to clean her
wound.

                    DUCKIE
          God dammit!  Who,  or what, is in that
          fucking cell?

                    SHERIFF
          Dwayne, what is "Mad Duck" McGuinness
          doing in my jail?  Get him out of there.

                    DWAYNE
          He's a prisoner, Sheriff.

                    SHERIFF
          Bullshit.  Open that lock.

Dawg huffs as he starts examining his keys.

                    DUCKIE
          I gotta tell you, little doggie, you open
          that door and I'm gonna kick your ass.

                    DWAYNE
          Yeah, sure you will.

45.

                    SHERIFF
          Dawg, you open that cell or I'll kick your
          ass.

                    DWAYNE
          You don't even know what he did.

Sheriff takes the keys from him and unlocks the cell himself.

                    SHERIFF
          He couldn't have been in town more than a
          day, Dwayne.  I can guess.

He holds the bars open and offers his hand.

                    SHERIFF (CONT'D)
          Pleasure to meet you, son.  Welcome home.
          Your daddy was a good man.

                    DUCKIE
          No, he wasn't.

An awkward silence.

                    DUCKIE (CONT'D)
          A good cop, maybe.

As Duckie walks past, Sheriff gets a look at the bruises that have come
up on his face.

                    SHERIFF
          He do that to you?

Duckie and Dwayne stare each other down.

                    DUCKIE
          No.  He didn't.

Duckie finally looks past Dwayne, and into the next cell.

                    DUCKIE (CONT'D)
          Jesus.

Sheriff throws the keys onto his desk and hands his revolver to the
Rookie.

                    SHERIFF
          Hey Rookie.  I'm empty.

The Rookie nods, and sets about his chore of reloading.

                    DUCKIE
          So, what's the deal?  The guy died in
          there?

46.

The zombie shifts his weight.  Duckie jumps back in alarm.

                    DUCKIE (CONT'D)
          Holy shit!

                    ROOKIE
          This isn't the only one, either.

Duckie looks from Dwayne to the window, then walks defiantly over to the glass.  He peers out for a moment before closing the curtain.

He walks over to a desk, pulls out a chair, and sits down calmly.

                    DUCKIE
          Is this for real?

                    ROOKIE
          Looks that way.

                    DUCKIE
          Vampires?

Dwayne snorts with laughter.  As Duckie's temper rises, the Sheriff rests a calming hand on his shoulder.

                    SHERIFF
          Zombies, Mr.  McGuinness.  These are
          zombies.

                    DUCKIE
          Then it's fucking true?

                    DWAYNE
          Wait, you didn't know?

                    DUCKIE
          About what?

                    SHERIFF
          He left when he was a just a kid, Dwayne.

                    DWAYNE
          Oh, my god!  He didn't know!

                    DUCKIE
          Know what?!

                    SHERIFF
          It's kind of hard to explain.

                    DUCKIE
          Get started.

A short silence follows, until Dierdre finally speaks up.

47.

                    DIERDRE
          Some folks around here...just don't like to
          stay dead, is all.

Silence.

                    SHERIFF
          Not everybody, of course.  But enough.

                    DUCKIE
          And no one's ever heard of this?

                    SHERIFF
          Well, they're not supposed to get out like
          this.

Duckie considers that for a moment.

                    DUCKIE
          Out of where, exactly?

Sheriff doesn't answer, his attention focused on Doctor Diedrich.

                    SHERIFF
          Hey Doc, is she gonna be okay?

Wrapping Dierdre's wounded ankle, the Doc is spacing out.  His head is
bent down close to the bloody gauze, and he's looking a bit catatonic.

                    SHERIFF (CONT'D)
          Doc?

A worried Dierdre reaches down and brushes Doc's cheek with her
fingertips.  Doc shakes himself out of his stupor, and proceeds as if
nothing was wrong.

                    DIERDRE
          It's been going on as far back as anyone
          can recall.  Don't you remember the stories
          we used to tell as kids?

                    DUCKIE
          Just stories.

                    DIERDRE
          In the old days, they used to just shoot
          them.  Or torment them, and tease them.
          Just why they started rounding them up and
          keeping them...I don't know.  Personally, I
          think... these were friends.  Neighbors.
          Loved ones.  The pain of losing them once
          was enough.

48.

She looks lovingly at Doctor Diedrich, touching his hair.

> DIERDRE (CONT'D)
> Besides, if God didn't want these people to
> leave the Earth just yet, who were we to go
> telling him otherwise?

> DUCKIE
> Did my father know?

> DWAYNE
> Of course he knew.  It's what Cops and
> Collars have been doing in Coffin's Bluff
> for centuries.

> SHERIFF
> Shut the fuck up, Dawg, you don't know jack
> shit.  Everyone knew, Duckie.  They just
> didn't talk about it.  These days, well...

He is interrupted by a beeping sound.  The Rookie's wristwatch, identical to the Old Priest's, flashes the word "BINGO."  He silences it.

> ROOKIE
> (wistfully)
> Would have been time for the Bingo game.

Doc finishes his ministrations, but continues to fawn over Dierdre.

> SHERIFF
> So now we round 'em up, and the Old Priest
> takes care of them from there.

> DWAYNE
> Where the hell is he, anyway?  He's gonna
> have a lot to answer for in the morning.

> SHERIFF
> Last I saw, he was laying at the bottom of
> the pit.  In pieces.

He looks at the clock on the wall, and shrugs.

> SHERIFF (CONT'D)
> Might still be there.

> DUCKIE
> He's smarter than us if he isn't.

Dwayne slaps the Rookie on the back.

49.

                    DWAYNE
          Looks like you've just been promoted,
          Padre.

                    DUCKIE
          I'm outta here.

                    SHERIFF
          You're leaving?!  You won't get 20 feet out
          there on your own.  I'm sorry, but forget
          it.

                    DOC DIEDRICH
          Well, we've got to do something.  Dierdre
          is in trouble.

Dierdre really isn't looking too good.  She's lost a lot of blood, and
her face is starting to get pale.

                    DIERDRE
          Oh, don't go worrying about me, dear.

Her eyes roll back into her head and she nods off.

                    DOC DIEDRICH
          The bites are infectious.  She'll turn over
          soon if we don't get help.

                    DWAYNE
          No shit.

Dawg draws his gun and walks over to her chair, pointing it at her
head.  Sheriff reacts fast and grabs it before he can pull the trigger.

                    SHERIFF
          No!

                    DWAYNE
          The last thing we need is one of those
          things running around in here, Sheriff.

Doc, meanwhile, has pulled a tiny, single round .22 pistol from his
boot, and holds it inches from Dwayne's chest.

                    DOC DIEDRICH
          Even on a normal day, it wouldn't take
          much, Dwayne.  And this sure as hell ain't
          no normal day.

                    SHERIFF
          Easy!  Come on, let's just put the guns
          down.

                    DUCKIE
          Nah, I say you let the Doc shoot that other
          one.

                    DOC DIEDRICH
          I can help her.  If we can get her over to
          my office, I can help her.

At this, even the Sheriff is surprised.

                    SHERIFF
          Are you serious?

                    DOC DIEDRICH
          I think so.  I've figured out the formula.

The Sheriff looks a bit suspicious.

                    SHERIFF
          Shit, Doc, when did that happen?

                    ROOKIE
          Will it work for the rest of them?

                    DOC DIEDRICH
          A cure for the dead is out of the question.
          They're dead.  But it's not too late for
          Dee.

                    SHERIFF
          Are you sure?

Doc is sweating, causing his makeup to run; dark patches of skin are
starting to show through beneath his foundation.

                    DOC DIEDRICH
          The only sure thing here, Sheriff, is that
          I will blow the heart out of your Deputy's
          chest if he as much as touches her.

                    ROOKIE
          Guys.  Come on.

                    DWAYNE
          Oh, what do you know?

Dwayne gives in and holsters his weapon.  The Sheriff takes Doc's hand
and lowers his gun.

                    DWAYNE (CONT'D)
          I guess you'd better get going, though.
          She ain't getting any warmer.

                    SHERIFF
          And we've got some zombies to bottle.
          Dwayne, I want you to get the other boys on
          the radio and have them meet you over on
          Town Line Road.  It's the only way outta
          here, and we've gotta put a cork on this
          shit ASAP.  I want you to set up the road
          block.

                    DWAYNE
          Got it.

                    SHERIFF
          Doc, what do you need?

                    DOC DIEDRICH
          The formula is in... a back room, in my
          office.  And I still have to sew this up,
          might have to amputate.  I won't know 'till
          I get her up on the table.

                    SHERIFF
          All right.  We'll take her on over to your
          place.
               (to Rookie)
          After that, we'll help you clean up this
          mess.

                    ROOKIE
          Me?

                    SHERIFF
          Time to grow up, Rookie.  You're the town
          priest now.

                    DUCKIE
          Next time, I suggest you take a closer look
          at the job description.

Sheriff grabs some extra guns and starts passing them out.  When he
gets to Duckie, Dwayne steps in.

                    DWAYNE
          Not him.

                    DUCKIE
          Okay, that's it!
               (to the Sheriff-)
          Gimme a gun.

                    DWAYNE
          He's a drifter, Sheriff.  Cops and Collars
          only.

                    DOC DIEDRICH
          Now is not the time, Dwayne.

                      ROOKIE
          He's not a drifter, this is his home.

                      DWAYNE
          You going to be responsible when his head
          gets bit off?

                      SHERIFF
          I'm sorry, but he actually has a point.
          We've got rules about this, I'm afraid.
          Cops and Collars only.  You stay here.

                      DUCKIE
          I am not staying here, by myself...
              (he points at drunk
               Zombie Phil)
          ...In the same room as that.

                      ROOKIE
          Duckie - may I call you Duckie?  Come here.

                      DUCKIE
          Why?

                      ROOKIE
          Just, come over here.

Duckie walks over to stand in front of the Rookie.

                    ROOKIE (CONT'D)
              (to Sheriff)
          Cops and Collars, only?

The Sheriff nods.

                    ROOKIE (CONT'D)
          Okay, Duckie.  Do you, uh... believe in a
          god, and, uh, I don't know...doing right by
          all the people in the world?

Duckie gives a sideways glance at Dawg.

                      DUCKIE
          Not necessarily.

                      ROOKIE
          You've got to work with me here.

                      DUCKIE
          Okay, okay.  Yeah, sure.  Whatever.

53.

Rookie makes the sign of the cross and smacks Duckie in the forehead with his palm.

>                    DUCKIE (CONT'D)
>          What was that for?

>                    ROOKIE
>          I've never done this before, just go with
>          it.  William McGuinness, by the power given
>          me by the Church, the town of Coffin's
>          Bluff, and God Almighty, I hereby ordain
>          you...
>               (smiling)
>          Reverend "Mad Duck."

He turns to face the Sheriff.

>                    ROOKIE (CONT'D)
>          Now, give the man a gun.

The Sheriff happily obliges.  Duckie looks at the Rookie with a bit of wonder.

>                    DUCKIE
>          For real, pops?

>                    ROOKIE
>          For real, father.

>                    DWAYNE
>          Can he do that?

>                    DOC DIEDRICH
>          It works for me.  Let's go.

Doc lifts Dierdre and heads for the front door.  The Rookie takes a look through the peephole.

>                    SHERIFF
>          Anything?

>                    ROOKIE
>          Couple of dead people, bunch of zombies.
>          It's all good.

>                    SHERIFF
>          All right, here we go.  Gentlemen...

The Sheriff cocks his shotgun.

>                    SHERIFF (CONT'D)
>          Aim high.

54.

The Sheriff throws open the door, and the group heads out into the night.

EXT. MAIN STREET -- NIGHT

A young woman, MIRIAM, is crouched in the doorway of an office building.  She's clutching an infant to her protectively.  She peeks around the corner; the coast seems clear.

                    MIRIAM
          Hang on, sweetie.

She grips her car keys in one hand, grabs the babe tighter, and runs for the street.  She turns the corner of the building and runs straight into Zombie Mayor Jenson.

Miriam freezes, a scream forming.

Zombie Mayor Jenson reaches for the baby.  His arms open wide as his head bends down towards it, his dead, rotten lips parting.

Miriam watches helplessly as the zombie gives her baby a big, wet kiss. Mayor Jenson looks back up at Miriam and gives her his best smile.

                    DUCKIE (O.S.)
          Hey lady, watch out!

A SHOTGUN blasts, and the Mayor's head explodes all over Miriam and the baby.  The zombie drops.  The Rookie pauses as the group runs past.

                    ROOKIE
          Are you okay?

                    SHERIFF
          Get the fuck home, Miriam!

Miriam runs off to her car, covered with gore.  Duckie and his new pals run down Main Street, turn a corner, and head for the Medical Center. The Sheriff provides cover fire as they scramble inside.

INT. MEDICAL CENTER -- NIGHT

                    DOC DIEDRICH
          Down the hall, and take a right.

The group runs through the lobby, but comes to a halt as they look through an open set of double doors into the large room beyond.

                    DUCKIE
          Well, at least they're keeping busy.

INT. BINGO HALL -- CONTINUOUS

Duckie and the others are looking in on the Coffin's Bluff Saturday Night Bingo Rally.  A room full of zombies are huddled over their bingo cards, watching eagerly as a Zombie Host at the front of the room spins the lot of numbered white balls.  Half-eaten patients and medical staff are strewn about the floor.

As the balls spin down, one of the Host's eyeballs falls into the bowl.  An elderly Zombie Woman reaches in and randomly pulls out the eyeball, holding it up for everyone to see.

She moans, and the bingo players mark off their cards.  One of them stands and holds up his card, wailing incoherently; the zombie equivalent of "Bingo!"  A few cards fly at his head as the other zombie players throw them in anger.

The Zombie Woman who drew the eyeball shoves it into her mouth.  The Host reaches out to her in vain, watching with his good eye as she chews into it.

INT. MEDICAL CENTER -- CONTINUOUS

                    DOC DIEDRICH
               (whispering)
          Keep going, before they notice us.

The group runs to the end of the hall and turns into Doctor Diedrich's office.

INT. DOCTOR'S OFFICE -- CONTINUOUS

Duckie locks the door while the Rookie slides a few chairs in front of it for good measure.

                    SHERIFF
          Doc, work fast.

Doctor Diedrich walks into exam room #1, lays Dierdre on the table, and flips on the lights.

                    DOC DIEDRICH
          I'll go get the serum.

He walks down the hall to a closet marked "Storage," keys it open, and disappears inside.

                    DUCKIE
          They were playing bingo.

Doc reappears with a syringe, some needles, and a couple vials of dark, brown liquid.

56.

                    DOC DIEDRICH
          I figure we'll take along some extra for
          the rest of us, just in case.  Wait outside
          while I work on her.

He leaves the others in the waiting room and closes the exam room door
behind him.

                    DUCKIE
          Why were they playing bingo?

                    ROOKIE
          It's a fun enough game.

                    DUCKIE
          I'm not denying that.  Why are the zombies
          playing it?

                    ROOKIE
          Better that, than eating us.

Duckie leaves them and takes a peek into the storage room Doc was
using.

                    SHERIFF
          It's strange, I know.  Most of the time
          we're called out to round up a fresh one,
          we'll find 'em at work, or at home.
          Sometimes at the diner.  I think they get a
          little confused, being dead and living life -
          but they've got something inside telling
          them to keep at it.

                    ROOKIE
          There are so many of them.  We're never
          going to be able to round them all up
          again.  You know that, right?

                    SHERIFF
          Round 'em up?  Hell, I don't even know how
          we're gonna find them all, much less cap
          the boogers.  I just hope the boys get that
          road block up in time.  At least, with the
          mountains around, I don't think there's any
          other real way for them to get out of here.

Duckie calls out to them from the storage closet.

                    DUCKIE (O.S.)
          Hey guys!  Come and have a look at this.

                                             CUT TO:

INT.  EXAM ROOM #1 -- NIGHT

                     DOC DIEDRICH
          Nasty little bite you've got there.

Dierdre is laying on the table.  Doc is lining up everything he's going to need - scalpel, needles, sutures.

                     DIERDRE
          It was awful.  They ate Cook.  And Pete.

He takes the hem of her skirt and starts to roll it up her legs.

                     DOC DIEDRICH
          Excuse me.  I need to get this out of the
          way.

                     DIERDRE
          Stop for a second.  Come over here.

He leans over, his lips next to hers.  She runs her fingers over his cheeks; some of his makeup rubs off on them.

                     DOC DIEDRICH
          You're going to be all right, you know.

                     DIERDRE
          I know.

She pulls him closer and gives him a little kiss.  Then another.  What was a simple peck ends up a long, heavy smooch.

                                CUT TO:

INT. STORAGE CLOSET -- NIGHT

It's a standard storage closet, full of pill samples and all other sorts of odds and ends a medical center might need.  Duckie is standing at the far end, holding open a door with shelving bolted to it.  If it had been closed, you'd never know it was there.

He looks back over his shoulder at the Sheriff and the Rookie, and nods in the direction of hidden room beyond.

INT. SECRET LAB -- CONTINUOUS

As they enter, the first thing to hit them is the smell.  Sheriff makes a face, then holds his nose.

                     ROOKIE
        Whoa.  What is it?

Doctor Diedrich's secret workroom is a cluttered affair.  Instruments are strewn about on worktables, surrounded by body parts in various states of decay.

> SHERIFF
> Doc never said a word about this.

A severed arm is lying across one table, writhing in an iron restraint. Electrodes run from the bloody stump to the open skull of a zombie's head, resting on a nearby table.

The head's eyes roam around, eyeing the newcomers with interest.

> SHERIFF (CONT'D)
> What the devil has he been up to?

On the walls, other body parts are hung on nails and placed on shelves. In a cabinet, rows of bottles containing the Doc's serum are labelled by date.  Duckie picks one up.

> DUCKIE
> His zombie juice.  This one's labelled
> almost 5 years ago.

The zombie head opens its mouth.  It looks like it's trying to speak, but a lack of lungs or chest cavity prevents it.

> CUT TO:

INT. EXAM ROOM #1 -- NIGHT

Doc has stitched Dee's bite, and is wrapping fresh gauze around the wound.  As he finishes, he strokes his handiwork, grazing skin.

He hesitates, his hand slowly moving up her bare leg.  His head lowers and he gives her thigh a kiss.

Dierdre sighs, her legs parting slightly.

> CUT TO:

INT. SECRET LAB -- NIGHT

Duckie is poking the zombie head with a metal pen.  The skin is rotten and squishy, and it slides into the cheek with ease.

> SHERIFF
> Quick poking him.

> DUCKIE
> He's dead, what's he gonna care?

59.

The zombie's jaws snap shut suddenly, and Duckie snatches his hand back.

The Rookie, who has been sifting through the piles of papers on one of the tables, picks up a leather photo album.  It falls open to the last page.

There's a Polaroid of a zombie's face, somewhat rotten, but not too far gone.

                    ROOKIE
          Sheriff, look at this.

Sheriff takes the book, then compares the photo to the head on the counter.

                    SHERIFF
          I wonder where the rest of him went.

He flips back a page to another picture of what appears to be the same zombie, only in a slightly less state of decay.

                                        CUT TO:

INT. EXAM ROOM #1 -- NIGHT

Doc is looking a little freaked out as he showers Dierdre's thigh with sensual kisses, leaving little smears of lipstick as he works his way up her leg.  His eyes are wide and bloodshot as he pushes Dee's dress higher.

Doc's head is about to disappear under Dee's dress when he backs off a moment, staring at her leg and licking his lips.

                                        CUT TO:

INT. SECRET LAB -- NIGHT

The Rookie is examining the zombie head on the counter while it struggles to get its mouth into biting range.

                    ROOKIE
          Sheriff, I don't think this is the zombie
          in the picture, tell you the truth.

Sheriff flips the page back again, and here, once more, the same zombie, only slightly more fresh.  He's wearing a different shirt this time - a green turtleneck sweater.

                    SHERIFF
          Oh, no.

60.

Sheriff looks up at Rookie in alarm.  He flips the whole book over, and opens up to the first page.

There, in the green turtleneck sweater, is a picture of Doctor Diedrich.

                                                    CUT TO:

INT. EXAM ROOM #1 -- NIGHT

Doc lunges at Dierdre's thigh and rips off a nice, bloody chunk of flesh.

Dierdre rolls off the table screaming, falling hard onto the floor.  Doc holds the chunk of flesh in his teeth and rips off a smaller bit to chew.

                    DIERDRE
          David!  No!

For a moment, Doc almost comes to his senses.  He looks at the flesh in his hand, then at Dierdre, and spits a mouthful out onto the table.

                    DOC DIEDRICH
          Dier...dre...ahh...

He cries and grabs at his hair, pulling off layers of scalp.  He regards the scalp in his hands with horror and holds it out to Dierdre.

                    DIERDRE
          Get back!  Go away!

Doc is finding it hard to talk, as he begins the last stages of turning over.

                    DOC DIEDRICH
              (gasping)
          I...I...uhhh...

Dierdre cries as her leg bleeds and her heart breaks.

                                                    CUT TO:

INT. DOCTOR'S OFFICE -- NIGHT

Sheriff, the Rookie and Duckie run into the hallway in time to catch a glimpse of Doctor Diedrich heading for the waiting room.

                    SHERIFF
          Doc?  Doc!

Rather than leave through the door, Doc instead heads for the window. He blasts the glass with his shotgun and jumps through the hole onto the street below.

                    DUCKIE
          Son of a bitch!

Dierdre's crying draws their attention to the scene in the exam room. They stand in the doorway, taking it all in.  It's quiet, but for the sniffles of the dying woman.

And from the hall, we begin to hear the FOOTFALLS of zombies.

                    DUCKIE (CONT'D)
          Here they come.

                                             CUT TO:

INT. MEDICAL CENTER -- NIGHT

Duckie carries Dierdre as the Sheriff and the Rookie flank him on either side, shotguns in hand.  Doctor Diedrich's photo album is tucked under the Sheriff's arm.

The group runs down the hall, turns a corner, and finds their path blocked by a dozen zombies.

                    DUCKIE
          Ah, crap.

At the sound of his voice, the zombies turn and notice them.  They MOAN as a collective, the sound chilling to the bone.

                    DUCKIE (CONT'D)
          Ah, crap!

                    SHERIFF
          Let's move!

The shotguns help clear a path through the oncoming horde as they make for the exit.

An old Zombie Woman grabs the hem of Dierdre's dress.  Already struggling with her weight, Duckie almost collapses.

                    DUCKIE
          Little help here?

The Rookie whips around and puts the barrel of his gun up to the zombie's neck.  He squeezes the trigger, blasting buckshot through it and into the wall behind.  Her head flops over to the side, hanging on to her body by a thick cord of flesh.

62.

It's enough damage to make her let go, and the Rookie shoves Duckie forward once more.

                                              CUT TO:

EXT. MAIN STREET -- NIGHT

The group runs up Main Street back toward the Sheriff's station.  As they approach the corner, we see the Zombie Crossing Guard standing in the middle of the street.  It holds its hand out to the non-existent traffic in warning, and waves them forward.

They are about to cross as the Sheriff shouts out a warning-

                    SHERIFF
          Hold up!

A pick-up truck squeals around the corner and barrels down on the crossing guard, smashing into the zombie and splattering it all over the windshield.

The truck wavers drunkenly down the road.  Two zombies are in the front seat.  A handful more are sitting in the back, tossing out beer cans and jeering at the heroes on the corner.

One of them is a freshly turned Zombie Hank.

A beer can rolls to the curb at the Sheriff's feet, and the Rookie takes a moment to reload his shotgun.

                    SHERIFF (CONT'D)
          I think that was Hank.

He turns a worried face to the Rookie.

                    SHERIFF (CONT'D)
          If he's here, who the hell is holding the
          roadblock?

INSERT - ROAD BLOCK

Alone, Earl stands in front of his car, parked across a lonely road near the edge of town.  Dead zombies litter the pavement in front of him.

He howls a fearsome battle cry as he lifts both hands, a gun in each, and starts emptying rounds past us into the street beyond.

BACK TO SCENE

The group runs to the door of the Sheriff's station, but it's locked!

63.

                    SHERIFF
          God dammit!  Who the hell locked the door?

                    ROOKIE
          I got 'em!

A mad scramble as the zombies strike, and the keys the Rookie is
fumbling with go flying into the darkness.  Duckie ends up struggling
against the wall, holding a zombie at bay with the barrel of his
shotgun and dodging the creature's snapping teeth.

The Sheriff aims his gun, but doesn't have a clear shot in the crowd.

                    SHERIFF
          Hit 'em!

The zombie grabs hold of Duckie's shirt and starts to pull him closer.
The Rookie tries to help, but is cut-off by his own attacker.

                    SHERIFF (CONT'D)
          Just hit him!

Duckie finally listens to the Sheriff's plea.  He pulls his fist back,
ready to deliver a hammering blow.  But, as the zombie struggles,
Duckie hesitates.  The zombie takes advantage and begins to wriggle
free, teeth snapping dangerously close to Duckie's arms.

                    SHERIFF (CONT'D)
          Aww, hell.

The Sheriff decides to take his chances, and fires.  The bullet bounces
off the wall, narrowly missing Duckie in the process.

Suddenly, the station door flies open and ZOMBIE CAPTAIN KEPHART steps
out.

This zombie, though, is a bit different than the rest.  For starters,
he's decked out in the familiar armored suit of the town's Zombie
Squad.  A pistol on each hip and a cattle prod in each hand, he steps
down the stairs into the crowd of angry dead.

The Sheriff and Dierdre watch on, amazed, as Captain Kephart shoves his
cattle prods into the mass of zombies.  The two he zaps buckle over,
and Kephart smashes the prods into the back of their down-turned heads,
spilling their brains onto the sidewalk.  He swings the prods like
medieval maces, bashing them into the faces of the dead.

The zombie attacking the Rookie suddenly has a cattle prod jammed
through the back of its head;  Captain Kephart leaves it there to
smolder as the zombie falls to its knees.

His hand free, Captain Kephart snatches a pistol from his holster and
fires two shots from the hip, quick-draw style.

He hits the Duckie's attacker right between the eyes.

                    ROOKIE
          Holy shit!

The zombie atop of Duckie goes limp, its brains pouring out onto
Duckie's chest.

The rest of the zombies start backing off, but Kephart doesn't spare
them.  He clips off the last remaining few, gives his pistol a little
twirl and holsters it, barrel still smoking.

Kephart grabs the station keys off the ground and tosses them over his
shoulder to the Sheriff before walking off down the street and
disappearing into the darkness.

The Rookie and the Sheriff run over to check on Duckie.

Duckie lifts his head and looks down at himself, covered in gore, then
lets his head fall back to the pavement with a hard THUD.  The Rookie
grimaces for him.

                    SHERIFF
          Mad Duck, are you all right?  Mad Duck?

Duckie's vision is failing, his companions' words bleary and hard to
hear as he drifts into unconsciousness.

                    ROOKIE
          C'mon, Sheriff, let's get them inside...

                                        FADE TO:

EXT. ROAD BLOCK -- NIGHT

It's quiet now.  The bodies have been moved to line the side of the
road.  Earl is nowhere to be seen.

Headlights approach, illuminating Earl's car.

As the oncoming vehicle slows, Earl pops up from behind the hood of his
car and starts unloading shotgun rounds into the approaching
headlights.

Tires lock, the SIREN squeals, and the police cruiser's red and blues
shine.  Earl lays off with the shotgun.

From the shattered driver's window, Dwayne's head appears.

                    DWAYNE
          You about done?

Earl lowers his weapon, grinning from ear to ear.

                        EARL
          Sorry 'bout that, Dawg.

The cruiser's doors open and Dwayne, Paul, Tiny and the Expendable
Crony, all armed, step out.  Dwayne is decked out in his Zombie Armor,
belts of ammo strung over his shoulders, a pistol holstered on each
leg.  His cattle prod is clipped to his belt, and he holds it out of
the way as he steps out onto the pavement.

                        EARL (CONT'D)
          Yeah!  Fucking calvary!

                        DWAYNE
          Dammit, Earl!  What the hell did you think
          you were doing?  Those things don't drive!

                                                        CUT TO:


EXT. COUNTRY ROAD -- NIGHT

The pick-up truck full of zombies is careening through a  wooded lane.
In the back, Zombie Hank picks up an empty beer can and crushes it on
his forehead.

The zombie next to him is thoroughly impressed.  He finds his own empty
can rolling around the back of the truck and tries to crush it in the
same way.  The can doesn't buckle completely, though, and instead
presses into the soft, rotten flesh.

When his hand comes down, the can stays in his forehead, sticking out
halfway.  The other zombies nod and moan their approval as the truck
drives on.

                                                        CUT TO:


FLASHBACK -- A BOXING MATCH

INT. STADIUM/BOXING RING -- NIGHT

The lights are blinding.  It's a packed house at a Las Vegas
heavyweight bout.  Two fighters stand in the ring.

One of them is Bill "Mad Duck" McGuinness.

The other man is "Lockjaw" Wilson, and he is unrecognizable.  His face
is swollen and bloodied beyond belief.  Why this fight has not yet been
stopped is anyone's guess.

A referee is standing between them, pointing towards Duckie's corner
and shouting.  Duckie walks back to his corner where his TRAINER, an
old boxing veteran, waits with a stool.

66.

He goes through the routine - water, spit.  A cut man works on his swollen eye.  The trainer and the TOWEL BOY step up behind him.  The towel boy is a weasely, pimply-faced nerd.

The old man is massaging Duckie's shoulders.

                    TRAINER
          This guy's dead out there, Duck.

                    TOWEL BOY
          You're killing him, Duckie!  You're killing
          him!

                    TRAINER
          Just smack him and let's go home, huh?

                    TOWEL BOY
          Finish him off, Duckie.

                    TRAINER
          Look at him!

Duckie looks at his opponent in the opposite corner.  Nearly obscured by corner men, doctors and photographers, he is clearly beaten.

                    TRAINER (CONT'D)
          He's a ten dollar hooker, Bill.

                    TOWEL BOY
          He's a hooker, Duckie.

                    TRAINER
          He wants to go down.

                    TOWEL BOY
          He wants it.

                    TRAINER
          He likes it down there!

                    TOWEL BOY
          He likes it, Duckie!  He likes it!

                    TRAINER
          You just have to tap him.

Duckie's mouthpiece goes back in.

                    TOWEL BOY
          Just tap him...

The BELL rings.  Lockjaw lifts his gloves to his face, and Duckie's magic fist finds its way between them.

The glove smacks skin.  Blood, snot and sweat ripple off.  Lockjaw's head flies back off his neck at an awkward angle, and his body follows it over the ropes and out of the ring.

> JIM LAMPLEY (V.O.)
> I can't believe it!  It's over!  It's all over!

END FLASHBACK.

> FADE TO:

INT. SHERIFF'S STATION -- NIGHT

Duckie's eyes flutter open.  He's looking at the tiled ceiling of the Sheriff's station.

Dierdre is laying back in the chair next to the window, staring out, oblivious to the world.  Phil, the zombie drunk, is sitting at the gate of his cell.  His arms dangle through the bars, a tin cup about to slip out of his fingers.

Duckie turns his eyes back to the tiles on the ceiling, takes a deep breath, and closes them again.  A moment later, he turns and takes another look.

The scene hasn't changed.  Zombie Phil rattles his tin cup across the cell bars with a clatter.

> SHERIFF (O.S.)
> Knock it off!

The clanging continues until the Sheriff walks into the room and snatches the cup away.  Zombie Phil moans and lays back down on his cot.

> ROOKIE
> You're up.

> DUCKIE
> I didn't throw that fight, you know.

> ROOKIE
> Pardon?

> DUCKIE
> My last fight.  I didn't take the dive.

> ROOKIE
> What did you do, Duckie?

Did he really just say that?  Duckie's not so sure.

68.

                    DUCKIE
          I just couldn't hit him.  Not anyone.  Not
          again.

Duckie sits up a little.

                    DUCKIE (CONT'D)
          You know, it's not so bad, really.

                    ROOKIE
          What are you talking about?

                    DUCKIE
          Being dead.

                    ROOKIE
          You're not dead.  You're fine.

Duckie looks unconvinced.

                    DUCKIE
          Yeah?  How do you know?

The Rookie flicks a finger at Duckie's ear, and the boxer yelps in
pain.

                    ROOKIE
          You're fine.  Just a bad knock on the head
          is all.

Duckie is still worried.

                    DUCKIE
          I could've had internal injuries.

The Rookie flicks him again, harder this time.

                    DUCKIE (CONT'D)
          Hey, quit it!

                    ROOKIE
          Then get up.

Duckie does, holding his head as he swoons with the effort.  He walks
to the window behind Dierdre and peers outside.

                                              CUT TO:

EXT. MAIN STREET -- CONTINUOUS

The zombies are congregating around the station now.  Some are at the
front door, slapping at it effortlessly.

69.

Some are leaning against the building.  The rest of the street looks deserted.

                                                        CUT TO:

INT. SHERIFF'S STATION -- CONTINUOUS

The Sheriff, finished browsing Doctor Diedrich's photo album, tosses it onto the desk next to the Rookie.

                    SHERIFF
          Leprosy, my ass.  From the looks of this,
          we'd do good to stay away from that tonic.

Duckie taps at the glass on the window while he watches the zombies outside.

                    DUCKIE
          My dad wouldn't let me be a cop.  He hated
          the idea.  And then when I started
          fighting...but he never wanted me to fight,
          either.  Holly the Hat, been there, done
          that.  Coffin's Bluff has already had
          itself a champion.  Didn't need two.

                    ROOKIE
          I'm sure he didn't-

                    DWAYNE
          He probably meant that this town doesn't
          need the kind of attention fame brings, or
          haven't you figured that out yet, you
          selfish prick?

                    ROOKIE
          Now, stop it!

                    SHERIFF
          Well, folks are going to know, now.
          Hopefully, everyone else made it home.  We
          might be all that's left in town.

A zombie notices Duckie at the window.  It lifts a finger and points at him, wailing pitifully.  Startled, Duckie takes a step back.

                    ROOKIE
          Yeah, they do that.

As they watch through the window, Zombie Captain Kephart returns to the scene.  He walks up behind the wailing zombie and wraps an arm around its rotten neck.

EXT. MAIN STREET -- CONTINUOUS

Kephart squeezes and twists, popping the zombie's head off and letting the body drop.  Holding the head between his hands, he lifts it in the air and throws it to the ground, smashing it onto the pavement like a rotten pumpkin.

INT. SHERIFF'S STATION -- CONTINUOUS

                    DUCKIE
          What in the hell is that?

The Sheriff points to the mantle, where a photograph of a solemn, handsome man in a police uniform sits next to a silver urn.  Duckie walks over and picks up the picture.

                    SHERIFF
          Captain Kephart, my old boss.  Died eight
          years ago.

                    DUCKIE
          Kephart?  Wasn't he my dad's partner?

                    SHERIFF
          His bowling partner.

Duckie brings the picture to the window, holding it up for comparison.  Captain Kephart draws his pistol and walks off down the road, pausing now and then as he shoots a zombie.

                    SHERIFF (CONT'D)
          That was a bad day.  Some folks got
          together for a field trip down to the
          casinos.  There was a terrible accident;
          killed everybody.  Just about all of them
          turned over at the same time and stirred up
          a hell of a mess at the funeral home.  It
          was a long afternoon, that's for sure.
          Kephart took a bite; he died later that
          night.

Sheriff takes the picture from Duckie, looking at it proudly.

                    SHERIFF (CONT'D)
          He was, hands down, the toughest son of a
          bitch I ever met.  He lived to bag zombies.

                    ROOKIE
          And he's been in that pit with them ever
          since?  Poor bastard.

                    SHERIFF
          No, he wasn't down there.  I'd have seen
          him.  Hell, Earl told me they had him
          cremated.

The Rookie takes the urn off the mantle and twists it open.  He reaches
inside, pulls out a peanut M&M, and throws it in his mouth.

                    DUCKIE
          Oh, yeah!  Pass those over, I'm starving.

The Sheriff looks at the candy with surprise as Duckie takes a handful.

                    ROOKIE
          So, if he wasn't in the pit...

                    SHERIFF
          He must have been hanging around somewhere.
          Laying low, waiting.  For this, I wonder?

                    ROOKIE
          With him on our side, maybe we've got
          ourselves a fighting chance.

                    DUCKIE
          Is that what we need?

                    SHERIFF
          No, you're right.  What we need is a plan.

As they talk, Dierdre stares out at the crowd of zombies.  They ignore
her, milling about as zombies do.  One of them, though, in the center
of the crowd, fixates on her.

The crowd thins, and Zombie Doctor Diedrich walks up to the glass.
Dierdre smiles, and touches the glass lightly.  Doc reaches up and
lovingly touches the other side.

The Rookie notices her movement and walks over to check things out.  By
the time he gets to the window, Dierdre's fingers still rest on the
glass, but the Doctor is gone.

EXT. ROAD BLOCK -- NIGHT

The cars have been moved to block off both lanes.  A few portable
sawhorses finish off the blockade.  Earl is patrolling the edge of the
woods while Dawg, Tiny, and the Expendable Crony take up positions
behind the road block.

Paul is in the middle of the road, cutting up a pig with a butcher's
cleaver.

                         PAUL
            Just why, exactly, is this necessary?

                         DWAYNE
            We need bait.  It doesn't do us much good
            if the fuckers just walk around past us
            through the woods.

                         EXPEDABLE CRONY
            Whoa!  We're bringing them to us?  I
            thought we were here to keep 'em from
            leaving.

                         TINY
            And why the hell would psychos be baited by
            a dead pig, anyway?

Earl looks at Dwayne suspiciously.

                         EARL
            Psychos, Dawg?

Dwayne ignores him.

                         DWAYNE
            'Cause they're fucking nuts, Tiny.

Paul looks at Dwayne with disgust.

                         PAUL
            Bunch of bullshit, if you ask me.  Only
            crazies out here are us.  Those things were
            zombies.

                         EXPEDABLE CRONY
            Zombies?

Paul leaves the cleaver in the pig and walks back to the group.  Dwayne
offers him a towel.

                         DWAYNE
            Here, go clean up.

                         TINY
            Psycho zombies!

The radio in the squad car lets out a squelch.

                         SHERIFF (O.S.)
            Dwayne, you there?  Come in.

Dwayne jumps inside the car and grabs the radio.

73.

                    DWAYNE
I'm here, Sheriff.  What's up?

                    SHERIFF (O.S.)
You at the roadblock?

                    DWAYNE
Roger that.

                    SHERIFF (O.S.)
Who've you got with you?

                    DWAYNE
Earl, Paul, and a couple of his boys.
Everything's fine, so far.

                    SHERIFF (O.S.)
I saw Hank.  He's, uh...not gonna be
joining you.

Dwayne hangs his head.

                    DWAYNE
Roger that.

                    SHERIFF (O.S.)
You gonna be okay there for a while?

                    DWAYNE
Ain't nothing I can't handle, boss.

                    SHERIFF (O.S.)
Which car you in, anyway?

                    DWAYNE
Mine.

                    SHERIFF (O.S.)
You still got the big gun in there?

                    DWAYNE
We're just about to set it up now.

Dwayne reaches down below the dash board and pops the release for the
trunk.

                    SHERIFF (O.S.)
Good.  And don't take any shit from Paul's
boys, we don't have time for it.  You
understand?

                    DWAYNE
Loud and clear, Sheriff.  Over and out.

74.

Dwayne steps out of the cruiser and looks out over his men.

They are peering into the darkness, sweaty and nervous.  Earl crouches in front, pistols in hand, prowling the road.  His head jerks sharply at every sound - he's ready for anything.

                    TINY
          Man, I hate psychos.

                    EXPEDABLE CRONY
          Zombies, man.  Crazy mo-fo's.  I seen one
          once.  When I seven.  I'd heard they found
          Old Lady Dinkledge naked as a jay bird and
          stinking like a shithouse, just doing her
          Saturday shopping in Shino's like it was
          nothin'.  Later on, our teacher... Mrs.
          Billingsly, she said Old Lady Dinkledge was
          just bat-shit crazy on account of binging
          on the Sunday service wine all the time.
          But I knew.  They said she was un-dead.  I
          just thought they meant she was okay, you
          know?  So I went in to look... and she was
          moving.  Under the sheets, like.

                    DWAYNE
          That's enough.

                    EXPEDABLE CRONY
          Killing folks?  You really saw 'em though,
          Dawg?  I mean, actually killing folks?

                    DWAYNE
          I don't know what the fuck I saw.  But
          whatever they were, they was nuttier than
          shitcakes, that's for sure.

                    TINY
          I'm gonna pop some caps in some asses, man.
          Pop some caps!

                    PAUL
          Heads, Tiny.  You wanna aim for their
          heads.

Dwayne walks back to the trunk of his cruiser.

                    DWAYNE
          Hey Earl, come on over here.  I'm gonna
          need some help with this.

In the bottom of the trunk, where a spare tire would be, is a brand new, well-oiled M60 MACHINE GUN.

INT. SHERIFF'S STATION -- NIGHT

The Sheriff opens the double doors of the oak locker that houses the Zombie Squad's supplies.  Inside, two suits of leather armor hang on a rod next to one of the strait-jackets we saw Harper in earlier.  An assortment of knives, pistols and sawed-off shotguns line the inside of the doors.  The shelves on the back wall are covered in ammunition, metal collars and a few extra cattle prods.

He takes one of the suits of leather armor down and lays it across a desk, handing the other one to Duckie.

                    SHERIFF
          Watch how I do it.

                    DUCKIE
          So, we got a plan?

                    SHERIFF
          Sort of.  We're gonna go get the list.

                    DUCKIE
          Pardon?

                    SHERIFF
          The Old Priest used to keep a list of who's
          who down in the pit.  I'm not sure how far
          back it dates, but it'll do for starters.
          I figure at some point, most of these
          things are going to try to go back to
          living.  If we know who they were, maybe we
          can head them off at the pass.

                    DUCKIE
          It's pretty thin.

                    SHERIFF
          It's all I've got.

Near the window, a few bars of music float by on the breeze, and Dierdre peers out to find its source.  She sees nothing but hungry zombies.  She slowly gets out of her chair, her joints creaking loudly.

                    ROOKIE
          Why don't we just get them all to come to
          us?

                    SHERIFF
          Dee?  You probably want to sit down,
          sweetie.

Dierdre ignores the others as she hobbles across the room and into one of the other offices, hunting for the music.

                         SHERIFF (CONT'D)
          Dee?

                         DUCKIE
          Ah, leave her alone.  Poor kid.

                         SHERIFF
          Anyway, there's just one bummer.

                         DUCKIE
          Just the one?

                         SHERIFF
          The list, far as I know, is down by the
          zombie pit.  In the basement of the church.

                         ROOKIE
          Hey, right now, that's probably the safest
          place in town.

                                             CUT TO:

INT. SHERIFF'S STATION/BACK OFFICE -- CONTINUOUS

Dierdre walks to the window and opens the shutters.  Down below her on
the street is Doctor Diedrich, along with the zombie blue-grass band.
Dierdre smiles a bloody grin and pushes the window open.

The awful music drifts inside.  Doc holds one hand to his chest and
holds out a single, dead flower in the other.

He starts to sing.  Badly.

                         DOC DIEDRICH
               Agghhh!  Agghhh!  Oh!

Dierdre rests her head on her arms as she enjoys her serenade.

                         DOC DIEDRICH (CONT'D)
               Argg!  Ahh!  Raaaaahggg!

As he finishes, Doc walks to the wall beneath the window.  Dierdre
leans out, her head tilted forward for a kiss.  As their faces draw
close, she coughs, spitting blood all over him.  Doc doesn't mind, and
their mouths lock.

She coughs again, and the blood spills out from between their lips.

                                             CUT TO:

INT. SHERIFF'S STATION -- CONTINUOUS

The Rookie is loading shells into a pistol-grip shotgun.  The Sheriff
is slipping bullets into the loops on his belt.

                         DUCKIE
              Which way's the..?

Sheriff points down the hallway.

                         SHERIFF
              Back there, first on the left.

Duckie heads off for the bathroom.

No one notices Dierdre as she silently leaves the office and follows
Duckie down the hall, her dreamy smile drenched in blood.

EXT. ROAD BLOCK -- NIGHT

The road block is quiet.  In the street, a lone zombie pokes at the
dead pig with its foot.

Dawg and the boys are laying low, watching and waiting.  Tiny is behind
the M60 with Paul beside him, holding the ammo belt.

                         TINY
                    (whispering)
              Now?

                         PAUL
              No, hold up.  There's only the one.

The zombie sits down in the road and starts to chew on the pig.

                         TINY
              It's working!  He's going for it!

Paul slaps him on the back of the head.

                         PAUL
              Shh!  Whisper.

Dwayne sidles over to them, crouching behind the cars.

                         DWAYNE
                    (whispering)
              Don't shoot 'till I do, you got it?

                         TINY
              Whites of their eyes, right?  Got it!

The zombie in the road looks up at Tiny's exclamation, then resumes
eating.  Dwayne cuffs him in the back of the head.

                         DWAYNE
              Shh!  Whisper!  And remember, short bursts.
              That ammo can go quick.

78.

He leaves them and moves down to where Earl is kneeling behind the hood of the police cruiser, his pistols ready.

>                    DWAYNE (CONT'D)
>          What do you think?  Take this one now?

>                    EARL
>          Shh.  They're coming.

Dwayne follows his gaze, studying the road.  The zombies march quietly, difficult to see through the broken shafts of moonlight.  At first just one or two, then a dozen.

>                    TINY
>               (whispering)
>          Man, he's eating all the pig!

>                    PAUL
>          So?

>                    TINY
>          So, that's our only one.

>                    PAUL
>               (sighing)
>          Wait here.

Paul beckons to the Expendable Crony, handing him the machine gun's ammo belt before crawling over to Dwayne.

>                    PAUL (CONT'D)
>          Hey, Dawg.  We got any more dead pigs?

From down the street, a car horn sounds.  Headlights approach, illuminating the road block.  Unfortunately, the light also REVEALS a handful of zombies previously concealed in the darkness only a few feet behind them.  The road block is surrounded.

Paul's eyes grow wide as he falls backward, struggling to pull the pistol out of the front of his pants.

Dwayne turns his head just in time, squishes the barrel of his gun through the eye of the nearest zombie, and fires.

>                    TINY
>          Whooo!

Tiny pulls the trigger on the M60 and the street is blanketed in GUNFIRE.

INT. SHERIFF'S STATION/BACK DOOR -- NIGHT

Dierdre walks down the back hallway towards the door at the end.  She fumbles with the lock, throws the door open, and falls into Doc Diedrich's arms.

As they embrace, dozens of zombies move past the undead lovers and into the station house through the open door.

The lovers eventually break their kiss and stroll away, hand in hand.

                              CUT TO:


INT. SHERIFF'S STATION -- CONTINUOUS

The Sheriff is sitting on the desk in front of the Rookie's chair, his back to the hallway.  He's in the middle of a story - the Rookie is shaking his head and trying hard not to grin.

                    SHERIFF
          So.  Dawg's there, and he's holding this
          pair of legs.  And Hank's got an arm in
          each hand, and he's waving them back and
          forth...

                    ROOKIE
          Oh, no!

                    SHERIFF
          Oh, it gets better.

Behind him, the zombies begin to enter the room.  The Rookie sees them first and falls out of his chair reaching for a shotgun.

                    SHERIFF (CONT'D)
          Whoa, fella.

                    ROOKIE
          Look out!

The Sheriff turns around, and is quick to react.  He pulls out his cattle prod and smacks the first one in the face.  He kicks another in the crotch as it advances on the left, then shoves the prod into its chest.

The Rookie is on his feet with a double-barreled shotgun, but it's too late.  The zombies are pouring into the room;  there's no way they can hold.

                    SHERIFF
          Run!  Go, go!

80.

He shoves the Rookie towards the front door and turns to cover their exit, jabbing at the zombies with the cattle prod.

The Rookie flips the door open, only to find two zombies blocking the way.  He starts blasting as zombies drag the Sheriff to his knees.

The Rookie drops his now empty shotgun and draws his pistol.  He grabs hold of the Sheriff's leather jacket with his free hand and tries to pull him free.

A few of the zombies manage to get quick bites in, but their rotten teeth are no match for the Sheriff's leather armor.  One zombie gets close enough to the Rookie to snatch the white collar from his neck, and the Rookie sends a bullet through its forehead.

As he struggles to drag the Sheriff free, Zombie Gayle crawls up over the rest, grabs the Rookie's arm and bites into it with gusto.

                                        CUT TO:

INT. SHERIFF'S STATION/BATHROOM -- CONTINUOUS

Duckie is sitting on the toilet, his hands and feet outstretched to the door, bracing it shut.

The door shakes, the knob wiggles, and Duckie tenses up.

                    DUCKIE
              (quietly)
          Someone's in here.

INT. SHERIFF'S STATION -- CONTINUOUS

The Sheriff twists around on the floor and finally manages to free himself.  He pulls the Rookie with him as they run out the front door.

                    SHERIFF
          You okay?  Can you walk?

                    ROOKIE
          She bit my arm- I can run.

They begin to run down the street towards the Sheriff's car, when the Sheriff pulls to a halt.

                    SHERIFF
          Shit!  Duckie!

The Rookie throws a worried glance back at the station and the zombies that are chasing them.  Zombie Gayle is sitting in the doorway, wiping blood off her chin and scooping it into her mouth.

81.

                    ROOKIE
          I hope he locked the door.  He'll be all
          right, but we'd better hurry.  Come on!

He turns and runs for the cars.

                    SHERIFF
          Where are we going?

                    ROOKIE
          To the church!  We're going to get them to
          come to us.

EXT. ROAD BLOCK -- NIGHT

Zombie Hank is standing in the bed of the pick-up truck as it swerves
from side to side.  The truck bounces every so often as it runs over
the other zombies headed for the road block.

Zombie Hank waves his arms at his sides, trying to maintain his
balance, when rounds from the M60 smash through the truck's windows and
cut him apart at the knees.

Tiny is grinning as he squeezes the trigger on the gun.  Spent shells
fly past his face, illuminated in the muzzle blasts.

The oncoming truck's hood flies open, the tires pop, and coolant
steams.  The zombie behind the wheel takes a few bullets in the chest
but manages to keep the truck on the road.  The next one that hits him
takes off half his face, and the rest of his head falls forward into
the steering wheel.  The car horn blares and the truck veers sharply to
the left.

The truck heads directly for the Expendable Crony, who is only now
rising up to stand in front of the barricade.

The Crony fires off two slow, carefully aimed shots from his large
revolver before the truck slams into him and pins his body to the side
of the police cruiser.  The zombie in the truck's passenger seat is
thrown through the windshield, over the cruiser into the street beyond.

                    TINY
          Aww, man!

The zombies in the bed of the truck fall over the sides and start
hobbling towards the Crony.  Tiny panics, and tries to swing the M60
around to face them.  He tips the gun onto its side, and struggles to
right it again.

The Expendable Crony reaches out a pathetic, pleading hand towards
Tiny.

The zombies move closer.  One of them shudders as Paul, on the other side of the street, takes a shot at them.

Another shot bounces off the ground near Tiny.

> PAUL
> Dammit, Tiny, get the hell outta the way!

Tiny drops the M60 and runs over to where the Expendable Crony is pinned between the cars.  He reaches over the hood of the cruiser and grabs the Crony's outstretched arms.

Tiny pulls, and the Expendable Crony comes apart at the waist, his bottom half remaining wedged between the steel.  A zombie grabs the exposed end of the Crony's spine, and, for a moment, it and Tiny play a cruel game of tug-of-war.

The Expendable Crony's dead face freezes in horrible agony.  As more zombies join the game at their end, Tiny lets go and lets them have him.

Dwayne, Earl and Paul are taking cover behind the other car.  Between them, they manage to shoot more than a few of the oncoming zombies in the head, but not enough - more of them keep advancing through the gunfire.

From the edge of the woods, zombie arms reach out and grab Tiny by the ankles, dragging him down.

> TINY
> Aww, man!

The little man falls forward and disappears feet-first into the trees.

Seeing this, Earl drops his spent pistols and runs over to the M60.  He lets out a loud battle cry and hoists the gun to his waist, RAMBO STYLE.

The machine gun cuts the remaining zombies to ribbons.  Heads fly open, limbs are torn off, and bodies drop as the soft, rotten flesh suffers the hail of bullets.

Paul and Dwayne are admiring Earl's handiwork as a zombie runs up behind Paul and jumps up on his back.

The burly man gives a shout, swinging his arms and spinning helplessly as the zombie clings to him.  Dawg is oblivious, the cries overwhelmed by the roar of gunfire.

The undead creature on his back stretches its neck and takes a big bite out of the side of Paul's head, teeth cutting right through the ear.

Earl spends the last of his ammo and the street gets quiet again.  Dawg can finally hear the commotion beside him, and spins around to see Paul flailing in the dirt.  He fires twice, and the two bodies slump to the ground.

And with that, Earl and Dwayne are left alone on the road.

EXT. CHURCH -- NIGHT

The Sheriff's car pulls to a stop in front of the church and idles. The Sheriff and the Rookie get out, leaving the headlights on to illuminate the yard.  They're slow and careful as they approach the large front door.

                    ROOKIE
          Forget trying to find them all.  If we can
          we make this town think it's time for
          Sunday morning church, they might just all
          come to us.

                    SHERIFF
          And then what?

The Rookie shrugs.

                    ROOKIE
          We improvise.

                    SHERIFF
          You know how to ring the bell once we're in
          there, right?  If that place is full of
          corpses, I don't want to be dawdling.

The Rookie stands on tip-toes, trying to peek into the lowest set of windows.

                    ROOKIE
          I can't tell if it is or not.

                    SHERIFF
          How's the arm?

The Rookie clutches his wound, now wrapped in a bloody rag.

                    ROOKIE
          It hurts.  Any idea how long I
          have...before I turn over?

Sheriff shakes his head.

                    SHERIFF
          It's always different for everybody.  I
          don't know why.

84.

                              ROOKIE
                    Well, the first sign you see, shoot me.
                    Don't take any-

The Rookie gags and stops talking, caught up in a sudden fit of juicy
coughing.  There's blood on his hand when he takes it away.

He stares at the blood for a moment, aware of the Sheriff's eyes on
him.

                              ROOKIE (CONT'D)
                    Okay, second sign.

The Sheriff, solemn, gives a curt nod in reply.  They start back
towards the front door.

                              ROOKIE (CONT'D)
                    Maybe even third.

Sheriff tugs on the handle of the massive church door.  It's locked.

                              SHERIFF
                    We're gonna have to try around back.

As they turn to leave-

                              ROOKIE
                    Hey, wait.
                         (beat)
                    The lights are all on.

                              SHERIFF
                    Yeah...why?  Were they off before?  I
                    didn't notice.

                              ROOKIE
                    Neither did I, I was just saying.

                              SHERIFF
                    Well, somebody is in there.

Up on the second story balcony, the shadow of a man is moving about
behind the stained glass.

                              SHERIFF (CONT'D)
                    Probably the Old Priest.  If he's it, we're
                    lucky.

He draws his pistol as he turns to leave.

                              SHERIFF (CONT'D)
                    And lucky, we ain't.

INT. SHERIFF'S STATION/BATHROOM -- NIGHT

Duckie is still sitting on the toilet.  He looks bored.

He spins the toilet roll absentmindedly, spilling the paper onto an already growing pile on the floor.

The doorknob wiggles.

> DUCKIE
> Someone's in here!

The knob stops turning.  And then... quiet.

His hand rises again and gives the toilet paper roll another flip.

                                        CUT TO:

INT. SHERIFF'S STATION -- CONTINUOUS

Many of the zombies are still here, shuffling about.  One finds the urn full of M&Ms, tries some, and spits them out in disgust.  The zombie tosses the urn over his shoulder and moves on.

The urn clatters to the floor and rolls out of the room, down the hallway and towards the open back door.  It comes to rest next to the boot of Zombie Captain Kephart, who kicks it away as he walks into the station.

He walks past the other zombies and stops by the wooden locker housing the Zombie Squad supplies.

Kephart reaches in and presses a switch in the top of the cupboard.  The inside panel unhinges and a hidden door slides open to REVEAL a fine samurai sword, still in its sheath.  Below it, a lever-action sawed-off shotgun and a sash full of incendiary grenades.  It's Captain Kephart's personal stash.

Kephart lifts the sword free and drapes it over his back.  He reaches behind his head and grasps the hilt, pulling the well-oiled blade free.  He holds it out before him and regards the zombies in the room.  They are still now, staring at him.

He lifts the sword and brings it down fast, slicing off a head.

He thrusts forward, skewering the next zombie through the cheek.

A zombie approaches him from behind.  Kephart pulls the sword free, spins around and cuts off the top of its scalp.  With a fine grace, he brings his sword back up in a ready position and holds a moment.

The other zombies in the room pause, their eyes shifting from Kephart...to each other...to the floor...and finally, to the front door.

The zombies turn and head for the exit as fast as they can.

Kephart relaxes and walks back over to the cupboard.  He drapes the sash full of grenades over his neck, and retrieves his shotgun.

The zombies have crowded around the door, all eager to get out, and none able in the press of the crowd.  Kephart walks up behind them, lifts his shotgun into the crowd and fires.

                                        CUT TO:

INT. SHERIFF'S STATION/BATHROOM -- CONTINUOUS

We hear multiple SHOTGUN blasts.  Duckie flinches at the sounds, which soon give way to silence once again.  He holds the door handle and starts psyching himself up to throw it open.

                                        CUT TO:

INT. SHERIFF'S STATION -- CONTINUOUS

In the hallway, the bathroom door bursts open as Duckie throws himself through it, smashing into the opposite wall.  He's worked himself into a frenzy.

                    DUCKIE
          Fuck ya'll mother fuckers!

He lifts his fists, ready to fight anything.

The office is empty.  Bodies are everywhere.  Blood and gore covers the walls and ceiling.  All alone, Duckie stares at the carnage, his eyes wide at the sight of the funky police station.

                                        CUT TO:

EXT. SHERIFF'S STATION/BACK DOOR -- CONTINUOUS

Duckie runs out the back door, gasping for breath and happy to be alive.

He takes a last look back and sees a few zombies, the Bluegrass Band among them.  They've stopped playing now, and are gnawing on the bones of someone's legs.

When they see Duckie, they drop the meager snack and give chase. Duckie takes a deep breath and runs off into the street.

INT. CHURCH CELLAR -- NIGHT

The Rookie pushes uselessly against the narrow door at the top of the cellar stairs.  The Sheriff is standing near the pit's edge, peering in.

>                    ROOKIE
>          Shut tight.

Sheriff kicks a rock into the pit.

>                    SHERIFF
>          We could try ringing the doorbell.  Maybe
>          the Old Priest would just let us in.

They are interrupted by a beeping sound from the bottom of the pit. The Rookie smiles.

>                    ROOKIE
>          Or maybe we could just get him to ring the
>          bells for us.

He gets down on his knees to get a better look into the zombie's lair.

Still there, near the edge, lays the severed arm of the Old Priest, the black wristwatch above the hand.  The alarm is beeping, the word "PILLS" flashing on its LCD screen.

POV BOTTOM OF PIT

The Rookie points into the hole.

>                    ROOKIE (CONT'D)
>          See, on that arm?  That's the old man's
>          watch; it's standard issue.  He used to use
>          that alarm for just about everything.

Our angle shifts, pulling back into the shadows as the Rookie looks over the edge.  Something wet slides along the muddy floor.

END POV.

>                    ROOKIE (CONT'D)
>          I'll lower you in.

>                    SHERIFF
>          You're not serious.

>                    ROOKIE
>          Come on!  We set the alarm, toss it through
>          a window.  He's just a stupid zombie now.
>          We make him think it's Sunday morning,
>          he'll ring those damn church bells for us!

88.

The Rookie lowers the Sheriff into the pit as far as he can.  When he can't go any further, the Sheriff lets go and drops to the ground.

He grabs the severed arm and lifts it up, discovering that a Zombie Skull has clamped its jaw onto the end of the bloody stump.  A solitary eye glares at the Sheriff, who holds the grotesque sight at arm's length.

                    SHERIFF
          Nasty.

He waves the arm in the air a bit, but the Skull refuses to let go.

                    ROOKIE
          Stop playing with it.

The Sheriff pins the Skull to the floor under his boot and pulls on the arm, trying to get the monster's jaw to give.

Suddenly, another arm reaches out of the shadows and grabs onto the Sheriff's pant leg.  A zombie's upper half, its legs severed at the waist, is trying to pull itself up the Sheriff's pants and chow down.

Behind that, two more legless zombies, each with only one arm, are dragging themselves closer to the action, one pull at a time.

The Sheriff shouts as he swings the Old Priest's severed arm at the new threat.  He cracks the Skull into the head of the legless terror, over and over again.

On the fifth swing, both heads finally crack open, and the zombie lets go.  But now the other two legless freaks are on him, and the Sheriff has no where to run.

                    ROOKIE (CONT'D)
          Come on!  Get outta there!

The Rookie lowers his open hand.  Unable to reach, the Sheriff holds the hand of the severed arm and swings it up instead.

The Rookie grabs hold of the dead arm and hauls the Sheriff up and over the edge.

One of the legless zombies has come along for the ride, holding onto the Sheriff's leg and biting uselessly at the protective leather armor.  The Sheriff scrapes it off and kicks it back into the pit.

EXT. MAIN STREET -- NIGHT

Duckie is running through town, zombies chasing after him.  He tries tugging on a couple of shop doors looking for an escape, but finds them all locked.

He rounds a corner and finds his way blocked with even more zombies. He tries another direction - and ends up getting chased back the way he came.

INSERT - DOORWAY ON STREET

Across the street from Duckie, in a recessed doorway, the Zombie Doctor Diedrich's head pops up as he peeks out at the action.  Satisfied it's not headed his way, he looks at the ground beneath him.

Dierdre's hand comes up to grab hold of his hair and she pulls him back down out of sight.

BACK TO SCENE

Out of options, Duckie is herded off the street and into an alleyway. At the other end, a wall of zombies blocks his path.

Behind him, the zombies giving chase block him in, and Duckie has no place left to run.

He leans against the side of the building to catch his breath and wait for the inevitable.  He raises both arms high over his head and flips his middle fingers to the zombies on either side.

> DUCKIE
> That's what I think of you.

His pursuers all move together, two walls of zombies threatening to crush Duckie in the middle.  The horde stops short with about 20 feet to spare, leaving Duckie alone in the center.  Duckie, surprised, peers into the throng ahead of him.

Within the crowd, something big is headed his way.  The zombies ripple like a wave, getting out of its path.

Above the tops of the zombies' heads, a 10-gallon straw hat bobs into view.

> DUCKIE (CONT'D)
> You've got to be shitting me.

The wall of zombies parts to let a very dead HOLLIS "THE HAT" HENDERSHOT step through.  Easily the biggest zombie we've seen yet, he's bare-chested and rippled with muscles.  His face is a rotten mass of puss and bone.  The hat which had hung on the diner wall now sits atop his bald head.

> DUCKIE (CONT'D)
> You must be Hollis.

Hollis cracks his neck and lifts his gloved fists in the air.  A bug jumps out of a hole over his eye.

90.

Duckie holds out his palms in a calming gesture.

                    DUCKIE (CONT'D)
          Hey man, I'm retired.

The zombie lets fly with a massive right hook that hits paydirt.
Duckie drops to the ground, and the crowd roars.

                                        CUT TO:


EXT. CHURCH -- NIGHT

The Sheriff and the Rookie are walking the length of the church,
starring up into the windows.  The Sheriff is holding the Old Priest's
severed arm by the hand.

                    ROOKIE
          Hey, I think I see him!

                    SHERIFF
          All right, great.  Uh, break the glass.
          Look for a rock, we've got to break the
          window next to him.  Before he walks off!

The Rookie chucks a rock.  It sails through the window, making a small
hole and raining shards of glass down upon them.

He picks up a second rock and throws it just as the Old Zombie Priest
looks out through the hole.  The stone cracks the dead priest right in
the forehead, knocking him back out of sight.

                                        CUT TO:


EXT. ALLEY -- NIGHT

Hollis The Hat is in the middle of kicking the Mad Duck's butt,
bigtime.

Duckie buckles under a big blow to his stomach.  Hollis catches him
behind the back of the head, lifts him up, and punches him in the nose.

Duckie wobbles backwards near the line of zombie spectators that form
the makeshift boxing ring.  One of them steps forward and grabs at him,
but Hollis steps in and smashes it in the face with a left hook.  The
zombie backs off and leaves Duckie alone.  The message is clear:
Duckie is to be saved for Hollis.

Hollis shoves Duckie in the chest with his left glove, bouncing him off
the brick wall and right back into the zombie's oncoming jab.

                    TRAINER (V.O.)
          Duck, what the hell are you doing?

Duckie cocks his head a bit as he listens to the voice in his head.

                    DUCKIE
          Pops?

He shakes his head clear, but Hollis just hits it again.  Duckie drops to the ground.

He opens his eyes to see The Zombie Referee, a short zombie in a dingy, gray striped shirt, kneeling next to him and waving his arms.

Behind him, Hollis waves his fists in disgust and turns away.  Seeing this, the zombies at ringside start to move a little closer.

                    TRAINER (V.O.)
          This guys's dead out there, Duck.  Just
          smack him and let's go home.

Duckie scoots back along the ground, trying to push himself away from the oncoming zombies.  He puts his back to the wall and uses it to stand.  His head hangs low, weary and beaten.

                    DUCKIE
          I can't...it's over...it's all over...

                    TRAINER (V.O.)
          Bullshit!  You just need to tap him!

The zombie that grabbed at him earlier snarls and steps forward from the rest.

                    TRAINER (V.O.) (CONT'D)
          What are you, an asshole?  Duckie!  This
          pricks's already dead!

Duckie looks at his hands, realization setting in as he clenches his fists.

The zombie rushes at him -

Wham!

The zombie stops walking.

Wham!  Wham!

The zombie starts to wobble.

POW!  Duckie's thunderous right hook twists the zombie's head around 200 degrees on its neck.  Duckie brings his fist down like a hammer into the top of it's head, and it cracks open beneath the blow.  The zombie falls to the ground, unmoving.

                              DUCKIE
                    Hey, Hollis!

In the crowd, Hollis stops.  He turns back around to face Duckie,
smiling.

                              DUCKIE (CONT'D)
                    Let's try that again.

The crowd of zombies parts again and the boxing ring reforms around the
combatants.  Duckie tucks his chin and puts up his dukes.

Hollis lifts his gloves and comes in swinging, but Duckie steps out of
the way, smacking the zombie in the side of the face with a big right
hook.

It doesn't even phase Hollis.  Duckie swings again and again, big
punches connecting with the zombie's face.

A left jab knocks Hollis' head back, and the famous hat goes flying.
Hollis looks pissed, and he returns with a fearsome head-butt that
sends Duckie sprawling.

                                                  CUT TO:

EXT. ROAD BLOCK -- NIGHT

The roadblock is quiet again.  Dwayne and Earl sit on the ground, their
backs to one of the cars.  They are silent for a while, looking off
down the road.

They are the only ones left alive.

                              EARL
                    You should try the Sheriff again.

Dawg picks up a small pebble and tosses it into the street.  It bounces
off the chest of a zombie and rolls onto the pavement.

                              DWAYNE
                    You do it.  He ain't ever home when I call.

Earl cocks his head to the side, stretching his neck.  He reaches back,
a pebble in hand, and throws it at the same zombie.

It lands in the zombie's open mouth, bouncing off some other pebbles
already piled high in its throat.

                              DWAYNE (CONT'D)
                    Dammit, Earl.

Earl smiles at Dwayne, who stands up and dusts off his rear.

93.

                    DWAYNE (CONT'D)
          Gimme a minute.

Dwayne walks to the edge of the woods with a pained expression.  We stay on his face as he unzips his fly and starts to pee on a tree.  As the stream gets going, Dwayne's face relaxes in relief.

Earl SCREAMS.

Dwayne turns his head to try and get a look, but his predicament keeps him from turning all the way around.

                    DWAYNE (CONT'D)
          Earl?  Earl, what the in the hell's going
          on?

A GUNSHOT.  Dwayne looks down at his crotch, stops peeing, and zips up. He draws his pistol as he runs back to help.

Earl, though, is in bad shape.  The top half of the Zombie Expendable Crony lays under the car behind him, his head blown open.  The zombie's arms are around Earl's waist, who is bleeding badly from a bite in his side.  Earl holds the bite closed with his free hand, the other still holding a pistol up against the Crony's head.

Dwayne's pained expression returns as he looks at his friend.

                    EARL
          I'm sorry, Dawg.  I must've missed one.

Dwayne looks away, gazing out across the vast field of corpses Earl almost single-handedly killed that evening.

                    DWAYNE
          Nah, you did good, Earl.  Don't worry about
          it.

Earl nods, his eyes listless.  His hand slips away from his side, and some vital organs fall out in a fresh flow of blood.

                    EARL
          Gotta do it, though.

Dwayne lowers his head.

                    EARL (CONT'D)
          Hey, hurry it up, huh?  This shit really
          hurts.

                    DWAYNE
          Tell me about it.

Dwayne looks as if he's about to cry.  He lifts his pistol, points it at Earl's head, and pulls the trigger.  Earl's body slumps back against the car.

Dwayne turns away, his eyes teary as he unzips his pants.

His tortured expression soon gives way to relief, and then to a blissful smile, as his eyes close and his urine flow is allowed to continue once more.

>                    DWAYNE (CONT'D)
>          Oh, thank god...

We hear the loud SNAPPING of breaking branches, and Dwayne's eyes snap open.

He gets out one quick SCREAM as a pair of zombie hands reach up, grab the sides of his hips and pull him down out of sight.

EXT. CHURCH -- NIGHT

The Rookie and The Sheriff are staring up at the broken window.

>                    ROOKIE
>          Wait... no.

>                    SHERIFF
>          I see him!  I see him!

The Rookie sighs with relief at the sight of the Old Zombie Priest getting to his feet.

>                    ROOKIE
>          Here, you want me to-

>                    SHERIFF
>              (interrupting)
>          I've got this one, thanks.

The Sheriff takes aim and tosses the arm into the air.  It smacks into the side of the church and falls down to the ground, bouncing off the siding on the way down.

>                    SHERIFF (CONT'D)
>          Shit!

>                    ROOKIE
>          What was that?

The Rookie recovers the arm, inspecting the watch as he does.  It's cracked; the digital readout isn't legible.

>                    ROOKIE (CONT'D)
>          You busted it.

95.

The Sheriff is crestfallen.

                    SHERIFF
          Are you sure?

The Rookie mashes the buttons on the watch in vain.  As he plays with
it, he notices the same watch on his own wrist.

                    ROOKIE
          Hey!  Hey!  We're okay.  We'll just use
          mine.  Standard issue!

He holds the severed arm between his legs as he swaps the watches,
handing the broken one to the Sheriff.

                    ROOKIE (CONT'D)
          Wait.  Hell, I forgot what time it was.
          What time is it?

                    SHERIFF
          I don't know, just throw the thing already,
          before he leaves!

                    ROOKIE
          But I don't know what time it is!

The Sheriff just stares at him.

                    SHERIFF
          So?

                    ROOKIE
          I already started setting the clock, but I
          don't know what time it is.  How am I going
          to set the alarm?

                    SHERIFF
          It doesn't matter!  You're supposed to be
          setting it for Sunday morning, anyway!

The Rookie snaps his fingers-

                    ROOKIE
          That's it.

-And goes back to work on the watch.  The Sheriff shifts his weight as
he stands there, waiting.

                    SHERIFF
          C'mon, Rookie!

                    ROOKIE
          These buttons are small, gimme a break.
                    (MORE)

                        ROOKIE (CONT'D)
                (beat)
            Here!

He hands the arm to the Sheriff, who takes careful aim in lining up his
shot.

                        ROOKIE (CONT'D)
            Throw the thing!

The Sheriff makes his throw, and the severed arm sails through the open
window.

                        SHERIFF
            Yes!

They watch as the Old Zombie Priest picks the arm up and examines it
closely, bringing it right up to his face.  When he sees the bloody
stump, he cries out in recognition and presses the arm to his shoulder,
trying to get it to re-attach.

He presses and presses, but the arm just won't stick on.
Disinterested, the zombie drops the severed arm back out the window.

The Rookie and the Sheriff can't believe their eyes as the arm lands
back on the ground beneath their feet.

                                                        CUT TO:

EXT. ALLEY -- NIGHT

Duckie and his opponent circle each other, waiting for an opening.
Hollis lands a right jab.  Duckie shakes it off, and keeps moving.

Hollis lanes another jab.  And another.

                        DUCKIE
            Quit that!

Duckie throws a left, and the zombie dodges.  Duckie throws a right,
and the zombie ducks.

Duckie feints with his right, and lands with a hard left hook.  A glint
of hope in his eye, he follows up with a fast right - that Hollis
catches!

Holding Duckie's fist in his glove, Hollis brings his elbow down hard
into Duckie's arm.  Duckie howls with pain.

                                                        CUT TO:

EXT. CHURCH -- NIGHT

The Old Zombie Priest turns his back to the window and begins to shuffle away.

                         SHERIFF
          There he goes!

The alarm on the watch starts beeping, the LCD screen flashing the word "BELLS."  The Rookie springs into action.  He grabs the arm and flings it skyward.  The limb smacks into the Old Zombie Priest, who catches it in his free hand.

The zombie stares at the beeping watch for a moment.  Without warning, he drops the arm to the floor and disappears into the church.

The Sheriff looks at the Rookie expectantly.  The Rookie holds up his hands in surrender, and shrugs.

                                             CUT TO:

EXT. ALLEY -- NIGHT

Duckie swings a left hook, but Hollis steps in and entangles, wrapping his arms around Duckie's torso.  Duckie is mindful of the zombie's snapping teeth, leaning his head back as he tries to free himself.

The Zombie Referee finally steps between the fighters, breaking the hold.

Hollis throws Duckie away and follows him to the center of the ring, landing with a devastating combination of punches-

-And DUCKIE GOES DOWN.

Holly "The Hat" raises his hands in victory as the crowd moans its approval.  The Ref stands over Duckie and starts waving his arms in a count.

Duckie sees him... sort of.  One of his eyes is swelling shut.  The Ref is a little blurry as Duckie watches the zombie tick away the seconds.

He looks at the crowd of walking dead, slobbering over him.  He looks at Hollis, his gloves in the air.

Pulling on the last of his strength, Duckie somehow manages to get up.

He rushes unsteadily at Hollis, who can't get his hands down fast enough to block Duckie's right.  He blocks the follow up, though, and returns with some hard shots to Duckie's stomach.

Duckie buckles under the hammer of blows, one after another, into his abdomen.

The zombie hits him in the back of the head and Duckie falls to his knees.

The Ref jumps between them again, waving his arms at Hollis and giving Duckie a chance to stand up.

Hollis shoves the Ref aside to get at Duckie, but the Duck is ready for him.  He jumps to his feet and fires off a series of combos, tagging head and body at will.  The zombie can't react fast enough to block them.

Duckie dances to the side and slams his fist into the zombie's rib cage, and the ribs shatter.  When the zombie turns to face him, Duckie jumps back again and smacks the exposed chin, knocking his jaw loose on the hinge.

Hollis staggers back.  Duckie lands a left jab, again on the broken chin.  And another.  Hollis is out of it now, one corner of his jaw hanging off his face at an awkward angle.

Duckie is smiling wide as he swoops in for the killing blow.  Putting every ounce of strength into his right hook, his next punch literally knocks the zombie's block off.

Hollis' head flies over the crowd and out of sight.  The zombie's body crumples in a heap onto the street.

The Ref stands over the decapitated Hollis Hendershot and starts counting him out.  Duckie watches in a daze, his face drained of color. The zombies in the crowd look on anxiously.

In the distance, Hollis' head is bouncing around atop the crowd like a beach ball on graduation day.

The Ref counts 10, and Duckie has won the day.  He stands over his first fallen opponent in years, and he LOVES IT.

He looks into the crowd, and the zombies are cheering him!  He raises his fists in victory.

As he scans the crowd, realization settles in: the zombies aren't cheering, they're moaning and sneering.

                    DUCKIE
          You ain't so bad.

He throws a few tired punches in air.

                    DUCKIE (CONT'D)
          That's right, ya' dumb dead bastards.  You
          ain't so bad!

Duckie loosens up his shoulders, wiggles his arms at his sides, and lets out a deep, exhausted sigh.

He makes the sign of the cross...

> DUCKIE (CONT'D)
> God bless you dead little fuckers.

...And lifts up his fists.

> DUCKIE (CONT'D)
> Now, come over here and get a piece of the Duck.

For a moment, he stands alone in the center of the crowd.  And then, all at once, they rush him.

Duckie disappears under a pile of zombies as the CHURCH BELL begins to ring.

                                              CUT TO:

EXT. CHURCH -- CONTINUOUS

The Sheriff is sitting on the front steps of the church.  The Rookie stands nearby, looking up at the bell tower.

> SHERIFF
> You really think they'll come?

> ROOKIE
> Hell if I know.

> SHERIFF
> Let's just hope they're the good church going folk you had them figured for, father.

INT. DINER -- CONTINUOUS

Pretty much every surface in the diner is covered with blood and gore. It's quiet now;  there are only a few zombies left, chewing on the remains.

One of them crawls to the front door and picks up a leg, still wearing a sneaker and a pair of blue jeans.  The zombie slides the pant leg up to expose the calf, but finds it already gnawed to the bone.  It throws the leg away, disappointed, but then gives pause.

The faint sound of the CHURCH BELL drifts inside.

The zombie pushes open the door, and the BELL rings louder.  A dreamy look crosses its face as it walks out into the fresh air.

A few zombies jog past the open door, already heading down the street towards the sound.

In the back of the diner, the other two zombies eagerly struggle to their feet and head for the door.

EXT. SHERIFF'S STATION -- CONTINUOUS

The CHURCH BELL rings on as the zombies begin to meander away.  The station door opens and a few more zombies stumble out to join the parade.

EXT. MAIN STREET -- CONTINUOUS

The parade passes by the pair of elderly Zombie Men, still chilling out comfortably in their lawn chairs.  As the BELL rings, they push themselves up to join the march.  One of them gets to his feet and starts to walk off, while the other collapses back into his chair from the effort.  He waves at his friend to wait as he tries again.

EXT. ALLEY -- CONTINUOUS

The pile of zombies covering Duckie is smaller now.  One by one, the zombies peel away from the pile and walk off in the direction of the ringing.  Duckie is slowly revealed at the bottom, crouched on the ground, his arms covering himself protectively.

As the last of the zombies leaves him, he peeks out between his arms. He stands slowly, feeling his limbs for bites, watching the exodus of walking dead move past the end of the alleyway.

He creeps forward for a closer look.

EXT. MAIN STREET -- CONTINUOUS

Bringing up the rear is Zombie Captain Kephart.  He is picking off the slow pokes and the stragglers, swinging his sword without slowing his stride.  He hacks off heads left and right as he heads towards the church.

Duckie jumps in line behind, following in his wake.

EXT. CHURCH -- NIGHT

The zombies have started arriving, piling up behind the front door. The Sheriff and the Rookie watch from minimum safe distance as someone works the door from the other side.

                    ROOKIE
          We're going to need a lot more bullets.

The door opens, and the Old Zombie Priest holds it open to let the congregation enter.

                                        CUT TO:

INT. CHURCH -- CONTINUOUS

Zombie Harper, sill in his straight jacket and caged helmet, is one of the first parishioners inside.  He walks to the end of a pew, and sits.  At the door, the zombies have started filing in and finding seats.  The Old Zombie Priest smiles at them as they begin filling the pews.

                                        CUT TO:

EXT. CHURCH -- CONTINUOUS

The Sheriff and the Rookie are still watching the crowd, thinning out nicely now.  As the last few walk in, the Rookie slaps the Sheriff's shoulder and directs his attention to the two men headed down the road toward them.  They are a sight to behold.

On the left walks Captain Kephart.  A solitary zombie stands before him.  The Captain seems like he's going to ignore it, and begins to walk past, until, at the very last moment -

SWOOSH!  Captain Kephart's samurai sword arcs outward for just an instant.  In the blink of an eye, it is sheathed again.  He walks past, leaving the zombie standing there.

But only for a moment.  As Kephart walks away, the zombie's head slowly tilts backwards, revealing the razor thin cut of the blade.  The head slides off and the body finally drops.

Walking along the other side of the road is "Mad Duck" McGuinness.  A solitary zombie stands before him.  The Mad Duck is headed straight for it.

POW!  Duckie's right hook is pure power.  He hits the zombie in the nose, and the zombie's face collapses.  The body slumps instantly as Duckie's fist replaces its brain.

Duckie's hand is stuck inside the head, and the whole weight of the body is hanging off his arm.  It's heavy, and it's disgusting.

                    DUCKIE
          God damn!  I hate the rotten ones!

                    ROOKIE
          Whoo!  What'd you do, fall in?

                    SHERIFF
          Hey!  All right!

102.

The Sheriff runs over to meet him, but the Rookie struggles, running out of breath and coughing as he walks.

>                         DUCKIE
>           Oh, thank christ!  Get this thing off me.

The Sheriff obliges, wincing at Duckie's face, which is bruising nicely.

>                         SHERIFF
>           What the hell happened to you?

Duckie grins and throws a couple of punches in the air, spraying gore.

>                         DUCKIE
>           Quack, quack.

The church now full, the Old Zombie Priest gives them a polite wave as he closes the door behind him.

>                         DUCKIE (CONT'D)
>           This is one fucked up church.

>                         ROOKIE
>           You don't know the half.

>                         SHERIFF
>           Well, they're all in there.  So, what do
>           you think is the best way to blow the place
>           up?  Light the boiler?

>                         DUCKIE
>           What?

>                         ROOKIE
>           It's electric.  Don't worry, I've got this
>           one.

Another juicy cough from the Rookie, this one filling his  hand with blood and lung tissue.  Duckie finally notices the wound on his arm.

>                         DUCKIE
>           Aww, no.  Man, what'd you go and do that
>           for?

>                         SHERIFF
>           Is it time?

>                         ROOKIE
>           Excuse me, Captain!

Zombie Captain Kephart stands a few feet away, silent.  The others finally take notice of him.

> ROOKIE (CONT'D)
> Captain, are those...?

He holds out his bloody palms.

> ROOKIE (CONT'D)
> May I?

Captain Kephart slowly lifts the belt of incendiary grenades from around his neck, and lays them across the Rookie's outstretched arms.

> DUCKIE
> Aww, Jesus.

Kephart guides the Rookie's hands to a grenade, closing his fingers around it.

> ROOKIE
> Thank you.

Captain Kephart gives him a wink.

> CUT TO:

INT. CHURCH -- MOMENTS LATER

The zombies are a bit rowdy, crammed into the pews.  The Old Zombie Priest sits in a big chair, off to the side of the altar.

The Rookie makes his way through the crowd, down the aisle to the lectern.  Facing the undead congregation, he holds the belt of grenades to his chest and lifts the other hand in a blessing.

> CUT TO:

EXT. CHURCH -- CONTINUOUS

The Sheriff and Duckie watch from behind the police car as the church explodes in a ball of flame.

> FADE TO:

EXT. SHERIFF'S STATION -- DAY

Duckie is holding the Rookie's white collar as he and the Sheriff sit on the steps of the station house.  Duckie's motorcycle is parked in front of them.  They are watching the townsfolk, out and about working to clean up the mess, hauling off bodies.

The Sheriff is holding a stack of paper covered with names.  Some are crossed off, some circled.  It's the Old Priest's roster of zombies.

A GUNSHOT echoes from across the street as someone puts down another one.  The Sheriff looks up, squints at them for a moment, then crosses another name off the list.

                    SHERIFF
          I can't be too sure, but it looks like we
          lost more than a few, I'd say.  There's no
          telling how long that roadblock was left
          open.

They sit in silence for a moment before the Sheriff continues.

                    SHERIFF (CONT'D)
          What are you going to do now?

Duckie sighs.

                    DUCKIE
          I finally got my quack back.

He smiles suddenly, and turns to the Sheriff.

                    DUCKIE (CONT'D)
          Think you folks could use a priest?

                    SHERIFF
          Our church is in flames, and the dead walk.
          I think we could always do with another
          priest around here.  And a Rookie, no less.

Neither of them notices the door behind them open as the Sheriff holds up the sheets of paper.

                    SHERIFF (CONT'D)
          Somebody's gonna have to take care of this,
          though.  Track these things down for good.

A hand reaches out and snatches the list away; it vanishes into the inside pocket of an armored leather vest.

The Sheriff and Duckie watch in surprise as Captain Kephart takes the motorcycle and gets settled in the saddle.  His shotgun and sword are strapped across his back, and the ammo belt across his chest is full of fresh shotgun shells.

The zombie turns and looks at Duckie, waiting.

The Sheriff reaches for his gun, but Duckie lays a gentle hand on his, and stops him.

                    DUCKIE
          Let me handle this.

105.

He lowers his other hand to his pocket, passing the gun tucked there, and comes up with the keys to the bike.

He tosses them to the Captain.

                    DUCKIE (CONT'D)
          Go get 'em, big fella.  And be good!

Kephart grins as he catches the keys.  The engine roars and the zombie rides off down the road, lifting his hand in farewell.

                                        FADE TO:

EXT. HIGHWAY -- EVENING

In bumper to bumper traffic, Doctor Diedrich is driving an old, compact car down a crowded stretch of interstate.  Dierdre is asleep beside him, her head resting on his shoulder.  A road map is stretched out on the dash board.

The Doctor begins to tap his fingers in time to the radio as the car leaves us and heads off into the distance.

On the back of the car, painted in red, bloody letters, are the words "Just Married."

                                        FADE OUT.




                         **THE END.**