# AO 440 (Rev. 06/12) Summons in a Civil Action

## United States District Court for the Southern District of New York

Trevor Dellno Keeth, Plaintiff
v.

James R. Jarmusch, Defendant

Civil Action No. _____

To: James R Jarmusch

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Trevor Dellno Keeth (pro se)
P.O. Box 7087
Rochester, MN 55903
(507) 321-9740

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____

Clerk of Court

Date: _____

Signature