UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trevor Dellno Keeth,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>James R. Jarmusch,<br><br>                    Defendant. | 25 Civ. 7221 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff has requested the issuance of summons as to Focus Features LLC and Animal Kingdom, LLC, respectively (Dkt. #7-8), neither of which is named as a defendant in this case.

Plaintiff is directed to inform the Court of whether he wishes to amend his complaint and add Focus Features LLC and Animal Kingdom, LLC as defendants in this case. Plaintiff's amended complaint is due on or before **October 24, 2025**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated:  September 25, 2025
        New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge