**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––––––X

**TREVOR DELLNO KEETH,**
                        Plaintiff,
        -against-

**JAMES R. JARMUSCH,**
**FOCUS FEATURES LLC,**
**and ANIMAL KINGDOM LLC,**
                        Defendants.

––––––––––––––––––––––––––––––––––––––X

**Case No. 1:25-cv-07221-KPF**


**NOTICE OF CONVENTIONAL FILING OF EXHIBIT F**


Pursuant to Local Civil Rule 5.2, Plaintiff Trevor Dellno Keeth hereby files Plaintiff's Exhibit F, Defendant's registered screenplay *The Dead Don't Die* (U.S. Copyright Registration No. PA0002190350) which was lawfully obtained from the Library of Congress under 37 C.F.R. § 201.2(b)(2) for use in litigation.

Because the work is copyrighted by the Defendant and PACER is publicly accessible, Exhibit F has been provided to the Court as a PDF on a physical DVD delivered to the Clerk's Office.


Respectfully submitted,



Trevor Dellno Keeth (pro se)

P.O. Box 7087
Rochester, MN 55903
(507) 321-9740
Plaintiff Pro Se

Date:  October 31, 2025



RECEIVED NOV - 4 2025 PRO SE OFFICE



