AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Trevor Dellno Keeth, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.     1:25-cv-07221-KPF |
| James R. Jarmusch and Focus Features LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Focus Features LLC                                                                                    .

Date:      12/04/2025

/s/ Rémi Jaffré
*Attorney's signature*

Rémi Jaffré  5243803
*Printed name and bar number*

1155 Avenue of the Americas
New York, NY 10036-2711

*Address*

RJaffre@jenner.com
*E-mail address*

(212) 303-2536
*Telephone number*

(212) 891-1699
*FAX number*