**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TREVOR DELINO KEETH<br><br>*vs*     *Plaintiff*<br>JAMES R JARMUSCH, FOCUS FEATURES LLC, and ANIMAL KINGDOM LLC,<br><br>*Defendant* | **Case Number:** 1:25-cv-07221-LTS<br><br>**Date Filed:**<br><br>**Client's File No.:**<br><br>**Court Date:** |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
Raed Ibrahim, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/18/2025**, at **3:17 PM** at: **28 Liberty Street,, New York, NY 10005** Deponent served the within **Summons in a Civil Action, Complaint**

On: **Focus Features LLC c/o C T Corporation System**, therein named.

☐ **INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  (Agent For Service Of Process) a person of suitable age and discretion. Said premises is recipient's:[]
actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find
defendant or person of suitable age and discretion thereat having called there

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Ingrid Lopez personally. Deponent knew said corporation/partnership/trust/LLC so served to be the
corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Agent For
Service Of Process thereof.

☐ **MAILING**
On , deponent enclosed a copy of same via USPS first class mail in a postpaid envelope properly addressed to defendant at defendant's last
known [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency,
under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential"
and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action
against the defendant.

☒ **PERCEIVED DESCRIPTION**

| Gender: Female | Race: Hispanic | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 51-65 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and
received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **OTHER**

Sworn to before me on 11/19/2025

*A-7MML*

Ahmed Elwasli
Notary Public - State of New York
No. 01EL6391019 ; Qualified in Kings County
My Commission Expires April 29, 2027

Raed Ibrahim
1326602-DCA

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | |
|---|---|
| Trevor Dellno Keeth | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JAMES R JARMUSCH, | ) |
| FOCUS FEATURES LLC, | ) |
| and ANIMAL KINGDOM LLC, | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Focus Features LLC

c/o C T Corporation System
28 Liberty St.
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Trevor Dellno Keeth
P.O.Box 7087
Rochester, MN 55903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Tammi M. Hellwig*

Date:  10/28/2025

_____
*Signature of Clerk or Deputy Clerk*