**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TREVOR DELLNO KEETH,<br><br>     Plaintiff,<br><br> vs.<br><br>JAMES R. JARMUSCH, and FOCUS FEATURES LLC,<br><br>     Defendants. | Case No.: 1:25-cv-07221-KPF<br><br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for defendant Focus Features LLC.

Dated: New York, New York     **FOX ROTHSCHILD LLP**
    January 22, 2026


               By: */s/Andrew C. Ramstad*
                 Andrew C. Ramstad, Esq.
               Bar No. 5929583
               101 Park Avenue, 17th Floor
               New York, New York 10178
               Telephone: (212) 878-7959
               Email: aramstad@foxrothschild.com

               *Incoming Attorneys for Defendant*
               *Focus Features LLC*