**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
—————————————————————————X

**TREVOR DELLNO KEETH,**
                 Plaintiff,
   -against-

**JAMES R. JARMUSCH**
**and**
**FOCUS FEATURES LLC**

               Defendants.

-----------------------------------------------------------------X
**Case No. 1:25-cv-07221-KPF**


## Plaintiff's Exhibit List


                 Exhibit Description

A - Plaintiff's *Parallels Report* – 5-page summary of similarities between *Dead* and *The Dead Don't Die.*

B - *Independent Reader Report* (Kathryn Reiss) – analysis of similarities between the works.

C - Plaintiff's *Comparative Analysis Video* - compare/contrast video essay.

D - 2003 Registered Deposit of Plaintiff's screenplay *Dead* (U.S. Copyright Office Reg. No. PAU002779531).

E - 2016 Revision of Plaintiff's screenplay *Dead* (supplemental draft showing additional copied dialogue/scenes).

F - Defendant Jim Jarmusch's registered screenplay *The Dead Don't Die* (U.S. Copyright Registration No. PA0002190350), obtained from the Library of Congress under 37 C.F.R. § 201.2(b)(2) for use in this litigation.