UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR DELLNO KEETH,

                    Plaintiff,

          -v.-                                        25 Civ. 7221 (KPF)

JAMES R. JARMUSCH and FOCUS                           **ORDER**
FEATURES LLC,

                    Defendants.

KATHERINE POLK FAILLA, District Judge:

          Pursuant to the Court's instructions during the pre-motion conference to

discuss Defendants' anticipated motion to dismiss, the parties shall adhere to

the following briefing schedule:

          Plaintiff shall have an opportunity to amend his complaint, which is due

on or before **April 17, 2026**.

          Defendants' motion to dismiss is due on or before **May 29, 2026**.

          Plaintiff's opposition is due on or before **July 10, 2026**.

          Defendant's reply is due on or before **July 24, 2026**.

          Defendants are directed to provide Plaintiff with copies of cases and other

authorities cited in their briefing, regardless of publication or reported status.

          SO ORDERED.

Dated:    March 11, 2026
          New York, New York

                                        _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge