**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————————————X

**TREVOR DELLNO KEETH,**
                    Plaintiff,
         -against-

**JAMES R. JARMUSCH**
**and**
**FOCUS FEATURES LLC,**
                    Defendants.
————————————————————————————————X

**Case No. 1:25-cv-07221-KPF**

**THIRD AMENDED COMPLAINT (Jury Trial Demanded)**

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331and 1338, because this case arises under the Copyright Act, 17 U.S.C. § 501.

2. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c) because Defendants' conduct business in this District, and a substantial part of the acts of infringement occurred in this District.

3. Venue is also proper under 28 U.S.C. § 1400(a) as a civil action arising under the copyright laws.

**Plaintiff Trevor Dellno Keeth alleges as follows:**

1. Plaintiff authored the original screenplay *Dead* in 2003. It was registered with the U.S. Copyright Office, Reg. No. PAU002779531 (2003 deposit). A true copy of the registration deposit is filed separately as Exhibit D.

2. Plaintiff authored a subsequent revision of *Dead* circa 2016, retaining the core plot, structure, and protected expression, with limited updates. Defendants' later work incorporates material from both the 2003 deposit and material only present in the 2016 revision. The 2016 revision is filed separately as Exhibit E.

3. Plaintiff's screenplay won positive festival placements in 2003, resulting in industry circulation. He later revised it in 2016 and re-submitted it to multiple festivals, and was met with positive placements again, including at the 2016 Austin Film Festival, where it

advanced past the first two rounds of judges and received an additional "industry insider"critique.  At that same festival, Defendant Jarmusch was premiering another film. Plaintiff's screenplay was also submitted to The Black List (a widely circulated industry database of screenplays for producers and directors.) Through these submissions, circulation, and coverage, Defendants had a reasonable opportunity and access to Plaintiff's work.

4. Defendants James R. Jarmusch and Focus Features LLC authored, produced, and/ or distributed the motion picture *The Dead Don't Die* (2019.) Defendants' work contains substantial similarities to Plaintiff's screenplay *Dead*, including specific characters, names, locations, dialogue, costumes, narrative structure, unique set pieces, unique themes, and near-verbatim copying of protectable expression.

## *** Specific allegations of copying: ***

This list is not exhaustive.

## Characters:

| *Dead* | *The Dead Don't Die* |
|---|---|
| Sheriff | Sheriff Robertson |
| Deputy Dwayne Dawg | Deputy Don Peterson |
| Hank | Hank Thompson |
| Rookie | Ronnie *(film name)* |

## Locations:

| *Dead* | *The Dead Don't Die* |
|---|---|
| Woods | Woods |
| Diner | Terminal Diner |
| Sheriff Station | Police Station |
| Gas Station & Convenience Store | Gas Station/Mini-mart |
| Medical Center | Detention Center |

**The introduction of the unique zombie characters just returned from the grave:**

*(Dead - 2016 version)*
"Some are in funeral dress, some naked, a couple even in football uniforms. All of them are in various states of decay."

*(The Dead Don't Die)*
"Some are dressed as though for Sunday school, others as super-heroes, athletes, Halloween characters, a cub scout, etc. All are covered in a considerable amount of dirt"

**The introduction of the equivalent police characters via their clothing, whether the clothing is identical, with a note of a particular style of shotgun, in the same grammatical style:**

*(Dead - 2016 version only)*
"They all wear the identical, black, padded leather armor of the Coffin's Bluff Zombie Squad. Each has a black canvas bag in one hand and a small, sawed-off shotgun in the other."

*(The Dead Don't Die)*
"Both men wear the khaki uniforms of small-town police officers, and both wear similar, but not identical, retro-looking eyeglasses with thick dark frames. DEPUTY PETERSON cradles a pump-action 12 gauge shotgun.

**A character's remarks on a narrative theme: the undead have a particular, conscious desire to not be dead:**

*(Dead)*
"Some folks around here just don't like to stay dead is all"

*(The Dead Don't Die)*
"So, the dead just don't want to die today."

**The same visual imagery told in the same grammatical style:**

*(Dead 2016 version only)*
"POW! Duckie's right hook is pure power. He hits the zombie in the nose, and the zombie's face collapses"

*(The Dead Don't Die)*
"BLAM! The shotgun blast leaves a large hole in the center of the Zombie's head, essentially removing its face"

**The transformation and amalgamation of two distinct characters from *Dead* into a single character in *The Dead Don't Die:***

*(Dead)*
*Doctor Diedrich + Captain Kephart - a secret zombie medical professional with a secret room who gets away in the end, plus an undead cop who wields a samurai sword*

*(The Dead Don't Die)*
*Zelda- a secret alien medical professional with a secret room who gets away in the end, and wields a samurai sword.*

**The unique "Zombie Town Drunk" characters sleeping on "cots" in the small-town jail cell, presented in the film in a 50/50 split screen as written in *Dead*:**

*(Dead)*
"He was a town drunk. Died before your time, years back" … "We finally get to see the other cell, side by side with Duckie's. … A zombie is sitting up on the cot, its back to the wall. He appears to be sleeping, a bottle of rum in his hand."

*(The Dead Don't Die)*
*"Inside it is the corpse of MARTY OBRIEN, former town drunk, completely covered by a white sheet. As Sheriff Robertson continues to snore, in the next cell,"*

**Visuals of zombies goofing around with food in a diner.  Defendant places the word 'throw' in quotes, emphasizing the effect:**

*(Dead:)*
"He looks at the salt shaker for a moment, then throws it over his shoulder for luck. It smacks into the forehead of the zombie behind him, who looks up from the foot he's eating in alarm, watching out for whoever must have hit him."

*(The Dead Don't Die)*
"her eyes widen with wild delight as she attempts to 'throw' the coffee from the cups into her mouth. She gurgles happily as the male watches. He too grunts with delight. He discard the piece of intestine that he's been chewing, and it falls to the floor with a splat."

**The presentation of my secondary characters:**

*(Dead 2016 version only)*

"…adjusts to reveal HANK, a large, elderly New England farmer in a plaid, flannel overcoat," "… to the hands of EARL, a gas station attendant dressed in oil-stained overalls with his name embroidered on the pocket."

*(The Dead Don't Die)*
In the film, Defendant's character Hank is presented wearing the blue shirt of a gas station attendant with the name Hank embroidered on the pocket. Defendant later introduces "Farmer Miller, in pajamas, slippers and a worn plaid flannel bathrobe"

## The progression of events in the climax:

*(Dead)*
"Duckie disappears under a pile of zombies as the CHURCH BELL begins to ring."

*(The Dead Don't Die)*
"soon disappears beneath the clamoring zombies ... the ghouls now swarm over both men, covering them as though in a macabre football pileup."

## Plot Structure and Sequence:

The progression of events and key plot points in key locations align significantly between the two screenplays:

1.) the Zombies' desire to return to their old lives & in their specific costumes, invading a simple, quirky little town.

2.) the presence of a zombie "town drunk" sleeping in a jail cell

3.) the local cops taking shelter in the police station, then being saved by a sword-wielding inhuman with a weapon in each hand

4.) the Zombies providing comic relief when they start goofing off with their food at a classic old diner

5.) the revelation of a non-human character's secret nature, and their eventual escape at the end

6.) the sequence of events leading the police to a climactic confrontation in a church/cemetery

5. Comparisons are documented in Exhibit A (Plaintiff's Parallels Report) Exhibit B (Independent Reader Report by Kathryn Reiss) and Exhibit C (Plaintiff's Comparative

Analysis Video.)  Exhibit D is Plaintiff's 2003 registered deposit of *Dead* (U.S. Copyright Registration No. PAU 002779531). Exhibit E is Plaintiff's 2016 revision of the same work. Exhibit F is Defendant Jim Jarmusch's registered screenplay for T*he Dead Don't Die* (U.S. Copyright Registration No. PA0002190350), lawfully obtained from the Library of Congress under 37 C.F.R. § 201.2(b)(2) for use in this litigation.  Direct comparison of these works shows numerous protectable elements and expressions first appearing in *Dead* and later repeated throughout *The Dead Don't Die*, evidencing deliberate copying and substantial similarity.

6. Plaintiff has been damaged and Defendants have profited by the infringement.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants as follows:

(a) An award of damages in an amount to be determined at trial, but in any event not less than Twenty Million Dollars ($20,000,000), a figure consistent with Defendants' reported worldwide revenues.

(b) Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages under 17 U.S.C. § 504 (including enhanced damages for willful infringement);

(c) Costs, disbursements, and reasonable attorneys' fees as allowed by law;

(d) A permanent injunction restraining Defendants from further reproducing, distributing, or exhibiting *The Dead Don't Die* or any derivative work substantially similar to *Dead*;

((e) In addition, or in the alternative, an injunction requiring Defendants to provide appropriate credit to Plaintiff as the original author of the underlying work *Dead*, upon which *The Dead Don't Die* is based, in all future distributions and public listings of *The Dead Don't Die.*

(f) Such other and further relief as the Court deems just and proper.


March 17, 2026

Respectfully submitted,


/s/ Trevor Dellno Keeth

Trevor Dellno Keeth (pro se)
P.O. Box 7087
Rochester, MN 55903
Phone: (507) 321-9740