**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TREVOR DELLNO KEETH, | Civil Action No. 1:25-cv-07221-KPF |
| Plaintiff, | |
| v. | |
| JAMES R. JARMUSCH, and FOCUS FEATURES, LLC, | |
| Defendants. | |

### DECLARATION OF DAVID ARONOFF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I, David Aronoff, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following matters are true and correct:

1. I am a partner of the law firm of Fox Rothschild LLP, admitted *pro hac vice*, and lead counsel to defendants James R. Jarmusch and Focus Features LLC (collectively, "Defendants"). I make this Declaration in Support of Defendants' Motion to Dismiss the "corrected" Third Amended Complaint ("TAC") (ECF No. 49) filed by plaintiff Trevor Dellno Keeth ("Plaintiff") pursuant to Fed. R. Civ. P. Rule 12(b)(6) and the Court's March 11, 2026 Order (ECF No. 47). I have personal knowledge of the matters below and, if called upon to testify as a witness, I could and would testify as follows.

2. Plaintiff alleges that Defendants' 2019 satiric zombie film, *The Dead Don't Die* unlawfully copied Plaintiff's unproduced screenplay entitled, *Dead*. TAC ¶ 1. Lodged herewith

1

as **Exhibit "A"** is a true and correct DVD copy of Defendant's film, *The Dead Don't Die*.  The film is also publicly available on various streaming platforms including Netflix, Amazon Prime, Apple TV, YouTube Premium, and Fandango at Home.

3.    Plaintiff further alleges that he registered with the U.S. Copyright Office a draft of *Dead* dated June 13, 2003 under Registration No. Pau2-279-531.  Plaintiff previously filed the purported deposit copy of the registered screenplay with his initial Complaint. *See* ECF No. 1-5. For the Court's convenience, submitted herewith as **Exhibit "B"** is a true and correct copy of Plaintiff's 2003 draft of *Dead*.  The ECF document stamp header from ECF No. 1-5 has been redacted from Exhibit "B" to ensure legibility of the new ECF document stamp header applied to the exhibit. No other modifications were made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.  Executed at Los Angeles, California on this 29th day of May 2026.

_____
DAVID ARONOFF

185497972