**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TREVOR DELLNO KEETH, <br><br> Plaintiff, <br><br> v. <br><br> JAMES R. JARMUSCH, and FOCUS FEATURES, LLC, <br><br> Defendants. | Civil Action No. 1:25-cv-07221-KPF |

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of the motion of defendants James R. Jarmusch and Focus Features LLC (collectively, "Defendants") to dismiss the Third Amended Complaint (ECF No. 49) filed by plaintiff Trevor Dellno Keeth ("Plaintiff ) pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"), and any response thereto, it is ORDERED that Defendants' Motion is GRANTED  as follows:

Plaintiff's Third Amended Complaint alleging a single Count for Copyright Infringement is hereby DISMISSED [with / without] leave to amend. [If leave to amend is granted, Plaintiff may file an amended pleading no later than _____, 2026.]

_____
HON. KATHERINE POLK FAILLA
United States District Judge

1

185510127