To:
Clerk of Court
U.S. District Court
Southern District of New York
500 Pearl Street, Room 120
New York, NY 10007

**Re: Keeth v. Jarmusch et al.,**

**Case No. 1:25-cv-07221-KPF**

**Plaintiff's Opposition to Defendants' Motion to Dismiss**

Dear Clerk of Court:

Plaintiff Trevor Dellno Keeth respectfully submits the enclosed Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Third Amended Complaint, together with the supporting Declaration of Trevor Dellno Keeth and Exhibits G through J. Respectfully submitted,

/s/ Trevor Dellno Keeth

Trevor Dellno Keeth (pro se)
P.O. Box 7087
Rochester, MN 55903

July 9, 2026