UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————————————————X

TREVOR DELLNO KEETH,
     Plaintiff,

          -against-

JAMES R. JARMUSCH and
FOCUS FEATURES LLC,
     Defendants.

——————————————————————————————————————X

**Case No. 1:25-cv-07221-KPF**

**EXHIBIT G**

**Eric Henderson Email (July 6, 2004)**



 **Trevor Keeth**
[Fwd: Hey, are you the same Trevor Keeth...]
To: Ben Zlotucha

-------------------------- Original Message --------------------------
Subject: Hey, are you the same Trevor Keeth...
From:   "Eric @ The Frantic Flicker" <eric@franticflicker.com>
Date:   Tue, July 6, 2004 4:57 pm
To:     tkeeth@2tokens.com
--------------------------------------------------------------------

Hey Trevor Keeth,

My name's Eric Henderson, and I'm a writer in L.A.,
too. I was looking at the website for Screamfest 2004,
and saw your name as a finalist in the screenplay
competition last year. So I looked you up online,
(actually tried to look everyone who placed up online,
you'd think writers would try to keep a higher
profile) to see if I could cajole you into e-mailing
me a copy of DEAD, just so I can get an idea of
something the judges liked.

I ended up on your 2tokens site, and read enough to be
pretty sure you were the same guy. Since that site is
pretty old, I hope the e-mail address still works.

In case you're worried I'm a sicko/ stalker/ nutjob
out to steal your ideas, check out my goofy website
and free weekly story/newsletter at
www.franticflicker.com. Not that that in itself will
necessarily change your mind, but um...

I've been writing screenplays for a good long time,
and I keep saying year after year that this is my
year, but really, hey, this is my year.

Anyway, Screamfest seems cool, and I'm entering a fun
script. I'm just really curious to read something that
did well there.

I dunno if you've got something you're putting in this
year, but if not, any pointers or info about your
experience with the contest would be appreciated.

I dunno if you've got something you're putting in this year, but if not, any pointers or info about your experience with the contest would be appreciated.

Anyway, I hope this e-mail finds you well (and, well, finds you). Write back to let me know about the script, and whatever else you've got to share. Thanks.

ROCK ON!

Eric Henderson


=====
For all of your non-essential needs, it's gotta be franticflicker.com.