UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————X

TREVOR DELLNO KEETH,
    Plaintiff,

        -against-

JAMES R. JARMUSCH and
FOCUS FEATURES LLC,
    Defendants.

—————————————————————————————X

**Case No. 1:25-cv-07221-KPF**

**EXHIBIT I**

**Screamfest Reader Coverage (2016)**

**From:** **Screamfest Mailing List** info@screamfestla.com  📎
**Subject:** Dead
**Date:** December 5, 2016 at 4:31 PM
**To:** trevor.keeth@2tokens.com

Hi Trevor,

You are receiving this email because you requested feedback on your screenplay submission. Please note this is not coverage but simply feedback/ rating on your submission.

Format:  excellent
Grammar: very good
Characters:  fair
Plot/Story:  good
Pacing: fair
Dialogue: very good

This is an engaging and entertaining screenplay which reveals true potential. Although zombie comedies have recently grown in popularity, this series sets itself apart from the likes of Sean of the Dead, Zombieland and Cockneys vs Zombies by giving the zombies endearing personality attributes and allowing them to play a more complex, active role in the film's plot. The concept at the heart of this piece – a southern town's struggle to deal with a zombie takeover in their own very quirky way - isn't particularly unique or compelling; however, the subplots (Doc Diedrich's bizarre experiments, his romance with Dierdre and Captain Kephart's zombie rampage) do add originality and keep things interesting. Furthermore, the writer demonstrates a flair for writing comedic scenes (e.g. Zombie Dale putting 'Staying Alive' on the duke box) and these, together with the warm, laid-back atmosphere ('Some folks around here ... Just don't like to stay dead, is all') give the film plenty of charm. In terms of structure, the writer has taken care to introduce a sense of conflict in most scenes (whether that be large-scale zombie battles or smaller, subtler conflicts between characters) and build tension towards the climax of the film. There does appear to be a bit of a lull around the midpoint of the script, which the writer might remedy by raising the stakes, adding new incentives or bringing in a clear and specific objective for the group a little earlier. When one does appear on p.73 (in the form of the Sheriff's decision to obtain the list from the Old Priest) it might struggle to convince and engage the audience, who are likely to be as unconvinced by the Sheriff's strategy as Duckie. The opening scene of the film, where we first see the zombies escape, works well to grab the audience's attention and build suspense. It doesn't clearly establish the comedic tone of the film (which isn't obvious until we see a zombie drive off with the Sheriff's van); however, this isn't necessarily a bad thing. Cuts between scenes have been used to add to the story and create humour (e.g. The 'zombies can't drive' moment on p.63) and they are, on the whole, a good length. The one exception to this is the scene that begins in the Sheriff's station on p.42, which is too long and contributes to the lack of

momentum around the midpoint. The protagonist of this film, Duckie, does go through a very clear character arc: he has to overcome his fear of taking action in order to defeat Hollis 'the hat' Hendershot, help the others to save the town and regain his respect from the local community in the process. However, his character does appear to fade into the background a little and it might be more rewarding for the audience to see him overcome his flaws if they had more invested in his character. There is also character development present in the other characters: Dwayne starts off as arrogant and aggressive, but he softens up towards the end of the film when he has to shoot Rookie, and Rookie himself shows development by progressing from newcomer to a selfless leader. There are, however, quite a lot of characters involved in the fight against the zombies who don't add a tremendous amount to the story and, in order to allow the audience to get to know the characters a little more and invest more in them emotionally, the writer might consider reducing the group to a smaller number. The dialogue is fairly convincing throughout the script and the writer has taken care to make each character's voice distinguishable. There are a couple of minor things to adjust: when Doc Diedrich asks Paul 'Leave him alone, what's he done to you?' we've just learnt that Duckie had previously thrown him down the stairs; Duckie contradicts himself a little when he states 'My father knew' on p.46, before asking 'Did my father know?' on p.47; finally, the audience might not be convinced by the Sheriff's repulsion at throwing the arm on p.85 after the blood and gore that he's already experienced. The script successfully sets up a very clear 'world' within which the majority of actions make sense, and there is a logical progression of events. There are, however, a couple of very minor logical fallacies the writer might consider looking at: it needs to be made clear that Duckie's fight in the second scene was twenty-five years ago as, otherwise, both the fight scene and the opening scene might be construed as 25 years ago by the audience; secondly, p.63 would feel more natural as Duckie's flashback if it follows a scene with him in it. In terms of format, this script has been executed extremely well, and the writer demonstrates a very clear flair for writing visually. Their passion for the genre really does come across, particularly in the way the zombies themselves are written. If the audience were able to invest more in the protagonist and if the midpoint were adjusted slightly to give a greater sense of urgency and propel the script forward, it would make for a very promising screenplay.

We hope you are able to use this constructive criticism to evaluate any areas in the script that may be improved.

Best regards,

Screamfest®  Horror Film Festival
**Screamfest**
8840 Wilshire Blvd.
Beverly Hills, CA 90211
(310) 358-3273 PHONE

(310) 358-3272 FAX
Screamfestla.com



Like us on Facebook
Follow us on Twitter
Subscribe to us on Youtube
Follow us on Instagram

October 2017
TCL Chinese 6 Theaters – Hollywood & Highland
SCREAMFEST – Discovering the New Blood of Horror and  Honoring the Masters