**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————X

**TREVOR DELLNO KEETH,**
Plaintiff,

**Case No. 1:25-cv-07221-KPF**

-against-

**JAMES R. JARMUSCH and**
**FOCUS FEATURES LLC,**
Defendants.

——————————————————————X

**Exhibit H**

Screamfest screenplay competition listings for 'Dead': the 2003 Finalists page and the 2016 "Semi-Finalists" page.

2003 page: https://screamfestla.com/2003/festival/screenplay-finalists

2016 page: https://screamfestla.com/blog/2016-screenplay-finalists



Home    About Us    Blog    Festival    Screamfest NOLA    Submissions    Events    Donate



## 2016 Screenplay Finalists

Festival — Oct 20, 2016



Congratulations to our 2016 Screenplay Winner and Finalist!

**WINNER**

- **Plum Island** by Matthew Lee Blackburn

**TOP 5:**

- **Spider Eaters** by Michael Klug
- **Red Comet** by Matthew David
- **Dark Jungle** by Kevin Wray Anthony Wilson
- **Plum Island** by Matthew Lee Blackburn
- **Madness in the Mine** by Tasha Lowe Newsome & Yuell Newsome

**TOP 10:**

- **The Black Spot** by Ryan Roope & Joseph Henderson
- **Children of the Dead** by Jeff Bassetti
- **Dark Jungle** by Kevin Wray Anthony Wilson
- **Madness in the Mine** by Tasha Lowe Newsome & Yuell Newsome
- **Plum Island** by Matthew Lee Blackburn
- **Prey** by Jason Fong
- **Red Comet** by Matthew David
- **Red Room** by Michael A. Cantu
- **The Rougarou** by Chris Grillot
- **Spider Eaters** by Michael Klug

**SEMI-FINALISTS:**

- **Axiom of Evil** by Connor Gunnin
- **Black Zombi** by Clint Mathewson
- **Cadaver** by Todd Naylor
- **Catharsis** by Christopher T. Wood
- **Cemetery Hill** by Cornelius Broderick
- **Dead** by Trevor Keeth
- **Dead Children** by Dean Wehrli
- **Die Sitter Die!** by Sam Boxleitner, Lee Boxleitner & Alex Holcomb
- **Hungerpangs** by Nathan Ludwig
- **It's a Love Story** by Laura Patterson & Isaac Alpert
- **Lust for Blood,Lust for Death** by Christopher Fay
- **Scare Me** by Christopher Hlas
- **The Abandoned Ones** by Tim Cairo
- **The Last Day** by Daniel Abts & Simon Nagel
- **The Reaper's Time** by Terrence Mitchell Thibodeaux
- **The Secret Behind Andover Palms** by Jimmy Scanlon
- **Vein** by David Jung
- **Wandering Star** by Michael Raymond
- **Widow** by Robert Bruce Baird & Robert Gosnell
- **Wolves at the Door** by Pradeep Aujla

SCREENPLAYS    2016 FESTIVAL

ALSO ON **SCREAMFESTLA.COM**



| Tremors (1990) Rumbles into Glendale! | [RSVP] A24's 'Undertone': An ... | Ginger Snaps 25th Anniversary Screening | Darkman (1990) Special Screening - 35th ... |
|---|---|---|---|
| 4 months ago | 4 months ago | 4 months ago | 5 months ago |
| On Wednesday, June 11th at 7:30 PM, prepare for an evening of suspense, ... | Join Screamfest for a FREE advance screening of A24's 'Undertone' at AMC ... | Join Screamfest at the LOOK Dine-In Cinemas Glendale for a thrilling ... | Join Screamfest at the LOOK Dine-In Cinemas Glendale for a thrilling ... |

### What do you think?

0 Responses

Upvote    Funny    Love    Surprised    Angry    Sad

---

## Recent Posts

**The Craft 30th Anniversary Screening Glendale | Screamfest**
Events — Jun 03, 2026

**Hostel 20th Anniversary 4K Restoration | Eli Roth Q&A | Screamfest**
Events — May 20, 2026

🧵 **Urban Legend Tribute Screening | Jamie Blanks Retrospective | Screamfest Glendale**
Events — Apr 17, 2026

**The Blob (1988) Screening + Q&A with Shawnee Smith, Donovan Leitch and FX Legend Tony Gardner**
Events — Apr 16, 2026

**[RSVP] A24's 'Undertone': An Exclusive Advance Screening for the Screamfest Community**
Events — Feb 25, 2026

### SIGN UP NOW
FESTIVAL NEWS, EVENTS & UPDATES

---

0 Comments                              Login ▾

Start the discussion...

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Name

Share                    Best  Newest  Oldest

Be the first to comment.

Subscribe   Privacy   Do Not Sell My Data          DISQUS

---

THANKS FOR THE SUPPORT!

## Our Sponsors

     

     

    

    

   

---

### Connect with Us

#### Contact Info

📍 8840 Wilshire Blvd.
Beverly Hills, CA 90211

📞 ( 310) 358-3273

✉ Contact Us

#### Links

About Us
Advisory Board
Blogs
Festival Archives
Privacy Policy
Purchase Policy
Sponsorship
Support the Festival

#### Festival Info

Submit A Film
Submit A Screenplay
Submit Screamfest NOLA
Attending the Festival
Directions & Parking
Purchase A Festival Badge

#### Stay Connected
Screamfest LA

Stay Connected! Screamfest wants to keep you updated on upcoming events, submission deadlines and festival news. Click the envelope to register.


We use cookies on this site to enhance your user experience
By clicking the Accept button, you agree to us doing so. More info

Accept    No, thanks



SCREAMFEST

Home   About Us ⌄   Blog   Festival ⌄   Screamfest NOLA   Submissions ⌄   Events ⌄   Donate   🛒 0



## Recent Posts

The Craft 30th Anniversary Screening Glendale | Screamfest
Events — Jun 03, 2026

Hostel 20th Anniversary 4K Restoration | Eli Roth Q&A | Screamfest
Events — May 20, 2026

🔪 Urban Legend Tribute Screening | Jamie Blanks Retrospective | Screamfest Glendale
Events — Apr 17, 2026

The Blob (1988) Screening + Q&A with Shawnee Smith, Donovan Leitch and FX Legend Tony Gardner
Events — Apr 16, 2026

[RSVP] A24's 'Undertone': An Exclusive Advance Screening for the Screamfest Community
Events — Feb 25, 2026

## 2003 Screenplay Finalists & Winning Screenplay

Festival — Oct 20, 2003

Share   Facebook   X   Email

Screamfest is pleased to announce the Winner of our 2003 screenplay competition. Congratulations!

### 2003 SCREAMFEST SCREENPLAY FINALISTS

THE UNSEEN by R.L. Kienbaum
TORN by Peter Gary Tashjian
DESOLATE by Francisco Castro
DEAD by Trevor Keeth
THE PIPER by Patrick Malone

**SEMI-FINALISTS**

LUPINE RIDGE by Tracy L. Morse
PREDATORS by Troy Goodmon
BEDBUGS by Colin Costello
RIPP by Destin Pfaff
AYLUM by Jerry Connelly
THE WEEPING WOMAN by Sean Keller
THE UNSEEN by R.L. Kienbaum
TORN by Peter Gary Tashjian
DESOLATE by Francisco Castro
DEAD by Trevor Keeth
THE PIPER by Patrick Malone

**SHORTS FINALISTS**

SOULS by James Stevens
FEED THE BABY by Rob Kuhns
WITHIN THE WOODS by Thommy Wojciechowski
& Catherine Trillo LET'S KILL BENNY NARGISO by David Gianatasio

2003 FESTIVAL•   Log in or register to post comments

ALSO ON SCREAMFESTLA.COM

   

Final Destination: A Live Q&A Screening
5 months ago
Experience the fear: 'Final Destination' – A Special Screening Event with live ...

[RSVP] A24's 'Undertone': An ...
4 months ago
Join Screamfest for a FREE advance screening of A24's 'Undertone' at AMC ...

The Last Serp in Croatia Fears & Beers Screening
4 months ago
Screamfest Fears & Beers, in collaboration with SEEfest (South East European Film ...

Friday the 13th A New Beginning w SLASHR
5 months ago
Wednesday March 12, 2025 at 7:30PM Celebrate the 40th anniversary ...

### What do you think?
0 Responses

Upvote   Funny   Love   Surprised   Angry   Sad

0 Comments   1 Login ⌄

Start the discussion...

LOG IN WITH    OR SIGN UP WITH DISQUS ?

Name

♡   Share    Best   Newest   Oldest

Be the first to comment.

Subscribe   Privacy   Do Not Sell My Data    DISQUS

---

THANKS FOR THE SUPPORT!

## Our Sponsors

      

     

    

    

---

Connect with Us

f   X   Instagram   YouTube   Vimeo

### Contact Info
8840 Wilshire Blvd.
Beverly Hills, CA 90211
(310) 358-3273
Contact Us

### Links
About Us
Advisory Board
Blogs
Festival Archives
Privacy Policy
Purchase Policy
Sponsorship
Support the Festival

### Festival Info
Submit A Film
Submit A Screenplay
Submit Screamfest NOLA
Attending the Festival
Directions & Parking
Purchase A Festival Badge

### Stay Connected
Screamfest LA

Stay Connected! Screamfest wants to keep you updated on upcoming events, submission deadlines and festival news. Click the envelope to register.

We use cookies on this site to enhance your user experience
By clicking the Accept button, you agree to us doing so. More info

Accept   No, thanks