**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**TREVOR DELLNO KEETH,**
Plaintiff,

-against-

**JAMES R. JARMUSCH and**
**FOCUS FEATURES LLC**
Defendants.

-----------------------------------------------------------------X
**Case No. 1:25-cv-07221-KPF**

# EXHIBIT J

Jake Wagner Email (August 16, 2004)

**From:** **Trevor Keeth** tkeeth@2tokens.com  📎
**Subject:** Re: Dead
**Date:** August 16, 2004 at 11:38 PM
**To:** Jake Wagner  jakewagner7@yahoo.com

Hi Jake,
 Thanks for getting in touch.  Yes, Dead is still available; I've
attached a pdf copy for you.  Where did you hear about it, if I may ask?
I think you'll enojoy it, it's been getting a lot of good responses.
Zombie films are a favorite of mine, I think this one does something
really new and exciting for the genre.  Be sure to let me know what you
think of it!

Pleasant reading,
-Trevor Keeth


Trevor,

My name is Jake Wagner and I'm head of Development at
Avatar Entertainment Group.  I contacted Screamfest
and they gave me your email.  I recently read a
breakdown on your project "Dead", and wanted to
get a copy.  I also wanted to know if this script was
still available.  I look forward to hearing from you.

Best,

Jake Wagner
Avatar Entertainment Group
12121 Wilshire Blvd.  Suite 203
Los Angeles, CA  90025

310.207.4047


_____
Do you Yahoo!?
Yahoo! Mail Address AutoComplete - You start. We finish.
http://promotions.yahoo.com/new_mail

**WG915680Dead-
TKEETH.pdf**
162 KB
