UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TREVOR DELLNO KEETH,**
Plaintiff,

v.                                    **Case No. 1:25-cv-07221-KPF**

**JAMES R. JARMUSCH and**
**FOCUS FEATURES LLC,**
Defendants.


**NOTICE OF ERRATA**

Plaintiff respectfully submits this Notice of Errata to correct two entries in the Characters / Role Correspondences table on page 14 of Plaintiff's Opposition.

In the film, Deputy Don Peterson is renamed "Ronnie." Mindy's name remains the same in both the screenplay and the film. All other references to these characters are correct.

Dated: July 10, 2026


Respectfully submitted,

/s/ Trevor Dellno Keeth

Trevor Dellno Keeth, *Pro se* Plaintiff
P.O. Box 7087
Rochester, MN 55903
(507) 321-9740