**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
—————————————————————X

**TREVOR DELLNO KEETH,**
Plaintiff,

-against-

**JAMES R. JARMUSCH and**
**FOCUS FEATURES LLC,**
Defendants.
—————————————————————X

**Case No. 1:25-cv-07221-KPF**


**NOTICE OF ERRATA**

Plaintiff respectfully submits this Notice of Errata to correct three points in Plaintiff's Opposition to Defendants' Motion to Dismiss.

First, in the Characters / Role Correspondences table on page 12: in the film, Deputy Don Peterson is renamed "Ronnie." Mindy's name remains the same in both the screenplay and the film. All other references to these characters are correct.

Second, in Example 14 and Example 25 of Section III.A.5, the italicized words within the quoted passages reflect Plaintiff's added emphasis. The notation "(emphasis added)" was inadvertently omitted from those two examples. The same notation appears correctly in Examples 4, 5, 11, and 16. No quoted text is otherwise altered.

This Notice supersedes an errata letter dated July 10, 2026, which does not appear to have been received by the Court.


Dated: July 13, 2026


Respectfully submitted,


/s/ Trevor Dellno Keeth


Trevor Dellno Keeth, Pro se Plaintiff

P.O. Box 7087

Rochester, MN 55903

(507) 321-9740

trevor.keeth@2tokens.com