**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————————X

**TREVOR DELLNO KEETH,**
Plaintiff,

-against-

**JAMES R. JARMUSCH and**
**FOCUS FEATURES LLC,**
Defendants.
————————————————————————————X

**Case No. 1:25-cv-07221-KPF**


**NOTICE OF FILING PROOF OF SERVICE**


Plaintiff respectfully submits this Notice to complete the record of service on Defendant Focus Features LLC. Plaintiff's process server initially reported a service failure for Plaintiff's December 2025 service request, and Plaintiff re-served Focus Features LLC in January 2026 in reliance on that report. The process server did not furnish a sworn affidavit of service for the December service. Plaintiff has since located the process server's records documenting that service. They are attached.

Attachment 1 is the ABC Legal Services invoice dated December 7, 2025, itemizing the service packet Plaintiff uploaded for service on Focus Features LLC, by filename: Focus_Features_Summons.pdf; second_amended_complaint.pdf; Exhibit_E_2016_Dead_Revision.pdf; Exhibit_D_Dead_2003_LOC_Deposit.pdf; Exhibit_A_Parallels_Report.pdf; updated exhibit C.pdf; Exhibit_B_Independent_Reader_Report.pdf; and Exhibit_F_Defendants_Script_The_Dead_Dont_Die_LOC_Deposit.pdf.

Attachment 2 is the ABC Legal invoice dated December 8, 2025, itemizing the same files in connection with the printing fee for the packet.

Attachment 3 is the ABC Legal "EvidenceChain" Service Detail Report showing personal service of the documents on Focus Features LLC through its registered agent, CT Corporation System, at 28 Liberty Street, New York, New York, on December 11, 2025, at 3:38 PM EST, by licensed process server Stephen Theus (License No. 2074985-DCA).

Together, these records show that Focus Features LLC was personally served on December 11, 2025, with the documents in the uploaded packet: the Summons, the Second Amended Complaint, and Exhibits A through F. Plaintiff's January 13, 2026 re-service (Dkt. 46) is already of record. Plaintiff has requested a sworn affidavit of service for the December 11, 2025 service from the process server and will file it upon receipt.

Dated: July 13, 2026

Respectfully submitted,

/s/ Trevor Dellno Keeth

Trevor Dellno Keeth, Pro se Plaintiff

P.O. Box 7087

Rochester, MN 55903

(507) 321-9740

trevor.keeth@2tokens.com

# ATTACHMENT 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Trevor Keeth <inbox@2tokens.com>**
**po box 7087 Rochester**
**MN 55093**

| | |
|---|---|
| INVOICE# | 25390332.100 |
| DATE | Dec 07, 2025 |
| ACCOUNT# | 248921 |
| ATTENTION | inbox@2tokens.com |
| REFERENCE# | 1:25-cv-07221-KPF |

| AMOUNT DUE | $ 0.00 |
|---|---|

| | |
|---|---|
| CASE # | 1:25-cv-07221-KPF |
| CASE TITLE | Trevor Dellno Keeth v. James R. Jarmusch; ET AL |
| COURT | US District Court, New York, Southern Division, Manhattan |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** Focus_Features_Summons.pdf, second_amended_complaint.pdf, Exhibit_E_2016_Dead_Revision.pdf, Exhibit_D_Dead_2003_LOC_Deposit.pdf, Exhibit_A_Parallels_Report.pdf, updated exhibit C.pdf, Exhibit_B_Independent_Reader_Report.pdf, Exhibit_F_Defendants_Script_The_Dead_Dont_Die_LOC_Deposit.pdf **Rush Requested:** No **Parties To Serve:** 1 | 0.00 |
| | | |
| | SUBTOTAL | $ 0.00 |
| | SALES TAX | $ 0.00 |
| | **TOTAL CHARGES** | **$ 0.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 6516 | December 07, 2025 | 75.00 |
| | | |
| | **AMOUNT PAID** | **$ 75.00** |

| AMOUNT DUE | $ 0.00 |
|---|---|

**ATTACHMENT 2**

 **Invoice**

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Trevor Keeth <inbox@2tokens.com>**
**po box 7087 Rochester**
**MN 55093**

| | |
|---|---|
| **INVOICE#** | 25397040.100 |
| **DATE** | Dec 08, 2025 |
| **ACCOUNT#** | 248921 |
| **ATTENTION** | inbox@2tokens.com |
| **REFERENCE#** | 1:25-cv-07221-KPF |

| **AMOUNT DUE** | **$ 0.00** |
|---|---|

| | |
|---|---|
| **CASE #** | 1:25-cv-07221-KPF |
| **CASE TITLE** | Trevor Dellno Keeth v. James R. Jarmusch; ET AL |
| **COURT** | US District Court, New York, Southern Division, Manhattan |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| PRINTING FEE | **Uploaded File(s):** Focus_Features_Summons.pdf, second_amended_complaint.pdf, Exhibit_E_2016_Dead_Revision.pdf, Exhibit_D_Dead_2003_LOC_Deposit.pdf, Exhibit_A_Parallels_Report. pdf, updated exhibit C.pdf, Exhibit_B_Independent_Reader_Report.pdf, Exhibit_F_Defendants_Script_The_Dead_Dont_Die_LOC_Deposit.pdf **Rush Requested:** No **Parties To Serve:** 1 | 0.00 |
| | | |

| | |
|---|---|
| **SUBTOTAL** | $ 0.00 |
| **SALES TAX** | $ 0.00 |
| **AMOUNT DUE** | **$ 0.00** |

# ATTACHMENT 3

 **evidence**chain™

Service Detail Report

**Trevor Dellno Keeth v. James R. Jarmusch; ET AL**

Case Number 1:25-cv-07221-KPF | US District Court, New York, Southern Division, Manhattan

---

**SERVED**

## Focus Features LLC

**28 Liberty St New York, NY 10005-1400**

 **Process Server**

**Stephen Theus**
License: 2074985-DCA

## Summary

Focus Features LLC was served by Personal Service on 12/11/2025 at 3:38 PM EST by process server Stephen Theus.

The subject's address was provided by the customer.

## ✔ Personal Service

**Date:** 12/11/2025  **Time:** 3:38 PM EST
**Address:** 28 Liberty St, New York, NY 10005-1400
**Process Server:** Stephen Theus  **License:** 2074985-DCA

---

I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a black-haired Middle Eastern female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs. Vincenzo Cipriano, intake specialist

## Event History

---

**4**  **Served by Personal Service**

**Date:** 12/11/2025  **Time:** 3:38 PM EST
**Address:** 28 Liberty St, New York, NY 10005-1400
**Process Server:** Stephen Theus  **License:** 2074985-DCA

---

By delivery to Focus Features Llc, I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a black-haired Middle Eastern female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs. Vincenzo Cipriano, intake specialist

---

**3**  **Process Server Assigned**

**Date:** 12/10/2025  **Time:** 3:32 PM EST
**Process Server:** Stephen Theus  **License:** 2074985-DCA

---

Documents Received: Process server received documents for Focus Features LLC.

---

**2**  **Add Address**

**Date:** 12/9/2025  **Time:** 10:47 AM EST

---

New address added:
28 Liberty St, New York, NY 10005-1400

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

**_ℰevidence_**chain™

**Trevor Dellno Keeth v. James R. Jarmusch; ET AL**

Case Number 1:25-cv-07221-KPF | US District Court, New York, Southern Division, Manhattan

---

**1** **Non Service Confirmed**

**Date:** 12/8/2025  **Time:** 4:08 PM EST
**Address:** 28 Liberty St, New York, NY 10005-1400

---

Other

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

**ℰ**evidencechain™

**Trevor Dellno Keeth v. James R. Jarmusch; ET AL**

Case Number 1:25-cv-07221-KPF | US District Court, New York, Southern Division, Manhattan

## Photos Appendix

**Served by Personal Service on 12/11/2025 3:38 PM EST (No photos available)**

28 Liberty St, New York, NY 10005-1400

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.